IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | C.A. No. 06-197-SLR |
| QUINTUM TECHNOLOGIES, INC., ) ) ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for defendant Quintum Technologies, Inc. to move, answer or otherwise plead in response to the Complaint is extended until May 15, 2006.

ASHBY & GEDDES                           MORRIS, NICHOLS, ARSHT & TUNNELL LLP

  /s/ Steven J. Balick                         /s/Rodger D. Smith II
Steven J. Balick (#2114)                  Rodger D. Smith II (#3778)
John G. Day (#2403)                       1201 N. Market Street
Lauren E. Maguire (#4261)                 P.O. Box 1347
222 Delaware Avenue, 17th Floor           Wilmington, DE 19899
P.O. Box 1150                             (302) 658-9200
Wilmington, DE 19899                       *Attorneys for Defendant*
(302) 654-1888
 *Attorneys for Plaintiff*

SO ORDERED this ___ day of April 2004.

_____
United States District Court Judge