IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>Plaintiff,<br><br>v.<br><br>QUINTUM TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-197-SLR<br>)<br>)<br>)<br>) |

## DEFENDANT'S RULE 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), defendant Quintum Technologies, Inc. states that no publicly traded corporation owns more than 10% of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
  Attorneys for Defendant

OF COUNSEL:

Gerald Levy
Richard H. Brown
PITNEY HARDIN LLP
7 Times Square, 20th Floor
New York, NY  10036
(212) 297-5800

May 16, 2006

520514

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 16, 2006, I caused to be electronically filed Defendant's Rule 7.1 Statement with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> Ashby & Geddes

I also certify that copies were caused to be served on May 16, 2006, upon the following in the manner indicated:

### BY HAND

> Steven J. Balick
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE 19801

### BY FEDERAL EXPRESS

> Michael D. Kaminski
> Foley & Lardner LLP
> 3000 K Street, N.W., Suite 500
> Washington, DC 20007-5109
>
> Andrea M. Augustine
> Foley & Lardner LLP
> 321 North Clark, Suite 2800
> Chicago, IL 60610

>>> */s/ Rodger D. Smith II*
>>> Rodger D. Smith II (#3778)
>>> Morris, Nichols, Arsht & Tunnell LLP
>>> 1201 N. Market Street
>>> P.O. Box 1347
>>> Wilmington, DE 19899-1347
>>> (302) 658-9200
>>> rsmith@mnat.com