IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) C.A. No. 06-197-SLR ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| QUINTUM TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

### PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS

Plaintiff, Teles AG Informationstechnologien ("Teles"), by its undersigned counsel, for its Reply to the Counterclaims of Defendant, Quintum Technologies, Inc., ("Quintum"), responds to the correspondingly-numbered paragraphs of the Answer, Affirmative Defenses and Counterclaim of Defendant Quintum dated May 15, 2006, as follows:

### TELES' ANSWER

#### Parties

1. Teles does not contest the allegations of Paragraph 1.

2. Teles admits the allegations in Paragraph 2.

#### Jurisdiction and Venue

3. The allegations contained in Paragraph 3 are conclusions of law as to which no response is necessary.

4. Teles admits that on March 24, 2006, it filed a Complaint against Quintum alleging patent infringement of U.S. Patent No. 6,954,453 ('453 patent). Teles denies the remaining allegations of Paragraph 4.

5. Teles admits the allegations of Paragraph 5.

6. Teles admits the allegations of Paragraph 6.

### First Count
### (Declaratory Judgment of Noninfringement)

7. Teles re-asserts its responses to Paragraphs 1-6 as if fully set forth herein.

8. Teles denies the allegations of Paragraph 8.

### Second Count
### (Declaratory Judgment of Patent Invalidity)

9. Teles re-asserts its responses to Paragraphs 1-8 as if fully set forth herein.

10. Teles denies the allegations of Paragraph 10.

11. Teles agrees that in June 2004, Teles initiated an action in a German court in Mannheim, Germany, against Quintum for infringement of EP 0 929 884 (the European counterpart patent of the '453 patent). Teles denies the remaining allegations of Paragraph 11.

### Response to Prayer for Relief

Teles denies that Quintum is entitled to any relief whatsoever from Teles, as prayed for in the Counterclaims or otherwise.

### Affirmative Defenses

Except as admitted, specifically denied, or qualifiedly alleged in this Reply, Teles denies the allegations contained in Quintum's Counterclaims. Teles reserves the right to assert affirmative defenses and avoidance defenses that may be discovered in connection with the allegations set forth in Quintum's Counterclaims.

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff,*
*TELES AG INFORMATIONSTECHNOLOGIEN*

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500

Dated: June 5, 2006
170147.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2006, the attached **PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Rodger D. Smith, II, Esquire<br>MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | HAND DELIVERY |
| Gerald Levy, Esquire<br>PITNEY HARDIN LLP<br>7 Times Square<br>New York, NY  10036-7311 | VIA FEDERAL EXPERESS |

*/s/John G. Day*

John G. Day