IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, <br><br> Plaintiff, <br><br> v. <br><br> QUINTUM TECHNOLOGIES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 06-197-SLR <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 21st day of July, 2006, **PLAINTIFF TELES AG INFORMATIONSTECHNOLOGIEN'S RULE 26(A)(1) INITIAL DISCLOSURES** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Rodger D. Smith, II, Esquire <br> Morris, Nichols, Arsht & Tunnell LLP <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899 | HAND DELIVERY |
| Gerald Levy, Esquire <br> Pitney Hardin LLP <br> 7 Times Square <br> New York, NY  10036-7311 | VIA FEDERAL EXPERESS |

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 North Clark, Suite 2800
Chicago, IL 60610
(312) 832-4582

Dated: July 21, 2006
169717.1

ASHBY & GEDDES

*/s/ John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of July, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | <u>**HAND DELIVERY**</u> |
| Gerald Levy, Esquire<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY  10036-7311 | <u>**VIA FEDERAL EXPERESS**</u> |

/s/ John G. Day
_____
John G. Day