IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) |
| Plaintiff, | ) C.A. No. 06-197 (SLR) ) ) **DEMAND FOR JURY TRIAL** |
| v. | ) ) |
| QUINTUM TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of Defendant Quintum Technologies, Inc.'s Initial Disclosures Pursuant To Rule 26(A)(1) Of The Federal Rules Of Civil Procedure And The Court's Scheduling Order Dated July 12, 2006 were caused to be served on July 21, 2006 upon the following in the manner indicated:

**BY E-MAIL & HAND**

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801
jday@ashby-geddes.com


**BY E-MAIL & FEDERAL EXPRESS**

Michael D. Kaminski
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC  20007-5109
mkaminski@foley.com

Andrea M. Augustine
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL  60610
aaugustine@foley.com

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Rodger D. Smith II*

                                        Rodger D. Smith II (#3778)
                                        1201 N. Market Street
                                        P.O. Box 1347
                                        Wilmington, DE  19899-1347
                                        (302) 658-9200
                                        rsmith@mnat.com
                                            *Attorneys for Defendant*
                                            *Quintum Technologies, Inc.*

OF COUNSEL:

Gerald Levy
Richard H. Brown
PITNEY HARDIN LLP
7 Times Square
New York, NY  10036-7311
(212) 297-5800

July 21, 2006
<sub>522179</sub>

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on July 21, 2006, I caused to be electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> John G. Day, Esquire
> Ashby & Geddes

and that on July 21, 2006 I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL & HAND

> John G. Day, Esquire
> Ashby & Geddes
> 222 Delaware Avenue
> Wilmington, DE 19801
> john.day@ashby-geddes.com

### BY E-MAIL & FEDERAL EXPRESS

> Michael D. Kaminski, Esquire
> Foley & Lardner LLP
> 3000 K Street, N.W., Suite 500
> Washington, DC 20007-5109
> mkaminski@foley.com

> Andrea M. Augustine, Esquire
> Foley & Lardner LLP
> 321 North Clark, Suite 2800
> Chicago, IL 60610
> aaugustine@foley.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com