IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>Plaintiff,<br><br>v.<br><br>QUINTUM TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 06-197-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of July, 2006, **TELES FIRST SET OF INTERROGATORIES TO QUINTUM** was served upon the following counsel of record at the address and in the manner indicated:

Rodger D. Smith, II, Esquire                                HAND DELIVERY
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

Gerald Levy, Esquire                                           VIA FEDERAL EXPERESS
Pitney Hardin LLP
7 Times Square
New York, NY 10036-7311

                                                ASHBY & GEDDES

                                                */s/ John G. Day*
                                                _____
                                                Steven J. Balick (I.D. #2114)
                                                John G. Day (I.D. #2403)
                                                Tiffany Geyer Lydon (I.D. #3950)
                                                222 Delaware Avenue, 17th Floor
                                                P.O. Box 1150
                                                Wilmington, DE 19899
                                                Telephone:  (302) 654-1888
                                                Facsimile:  (302) 654-2067
                                                sbalick@ashby-geddes.com
                                                jday@ashby-geddes.com
                                                tlydon@ashby-geddes.com

                                                *Attorneys for Plaintiff*

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 North Clark, Suite 2800
Chicago, IL  60610
(312) 832-4582

Dated: July 25, 2006
169717.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | <u>HAND DELIVERY</u> |
| Gerald Levy, Esquire<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY 10036-7311 | <u>VIA FEDERAL EXPERESS</u> |

*/s/ John G. Day*
_____
John G. Day