IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | C.A. No. 06-197-SLR |
| v. | ) ) | |
| QUINTUM TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 25th day of July, 2006, **TELES' FIRST SET**

**OF REQUESTS FOR PRODUCTION TO QUINTUM** was served upon the following

counsel of record at the address and in the manner indicated:

Rodger D. Smith, II, Esquire                                              HAND DELIVERY
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Gerald Levy, Esquire                                                    VIA FEDERAL EXPERESS
Pitney Hardin LLP
7 Times Square
New York, NY  10036-7311

ASHBY & GEDDES

*/s/ John G. Day*

Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 North Clark, Suite 2800
Chicago, IL 60610
(312) 832-4582

Dated: July 25, 2006
169717.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2006, the attached **NOTICE OF SERVICE**

was served upon the below-named counsel of record at the address and in the manner indicated:

Rodger D. Smith, II, Esquire                                    <u>HAND DELIVERY</u>
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899

Gerald Levy, Esquire                                            <u>VIA FEDERAL EXPERESS</u>
Pitney Hardin LLP
7 Times Square
New York, NY  10036-7311

*/s/ John G. Day*
_____

John G. Day