IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>        Plaintiff,<br><br>    v.<br><br>QUINTUM TECHNOLOGIES, INC.,<br><br>        Defendant. | ) ) ) ) ) ) ) ) ) ) )   C.A. No. 06-197 (SLR)<br><br>  **DEMAND FOR JURY TRIAL** |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) Quintum Technologies, Inc.'s First Set Of Interrogatories To Teles AG Informationstechnologien; and (2) Quintum Technologies, Inc.'s First Set Of Requests For Production Of Documents And Things were caused to be served on August 4, 2006 upon the following in the manner indicated:

### BY E-MAIL & HAND

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801
jday@ashby-geddes.com

### BY E-MAIL & FEDERAL EXPRESS

Michael D. Kaminski
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC  20007-5109
mkaminski@foley.com

Andrea M. Augustine
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL  60610
aaugustine@foley.com

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Rodger D. Smith II*

                                          _____
                                          Rodger D. Smith II (#3778)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19899-1347
                                          (302) 658-9200
                                          rsmith@mnat.com
                                             *Attorneys for Defendant*
                                             *Quintum Technologies, Inc.*

OF COUNSEL:

Gerald Levy
Richard H. Brown
John L. Dauer, Jr.
PITNEY HARDIN LLP
7 Times Square
New York, NY  10036-7311
(212) 297-5800

August 4, 2006
522179

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 4, 2006, I caused to be electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>John G. Day, Esquire
>Ashby & Geddes

and that on August 4, 2006 I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL & HAND

>John G. Day, Esquire
>Ashby & Geddes
>222 Delaware Avenue
>Wilmington, DE 19801
>john.day@ashby-geddes.com

### BY E-MAIL & FEDERAL EXPRESS

>Michael D. Kaminski, Esquire
>Foley & Lardner LLP
>3000 K Street, N.W., Suite 500
>Washington, DC 20007-5109
>mkaminski@foley.com

>Andrea M. Augustine, Esquire
>Foley & Lardner LLP
>321 North Clark, Suite 2800
>Chicago, IL 60610
>aaugustine@foley.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com