IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>Plaintiff,<br><br>v.<br><br>QUINTUM TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 06-197-SLR<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the deadline by which the parties must initially examine the hard drives of the most likely custodians for highly relevant e-mail materials, as set forth in section 2(h) of the Scheduling Order in this matter (D.I. 12), is hereby extended through and including September 22, 2006.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| */s/ John G. Day* | */s/ Rodger D. Smith II* |
| Steven J. Balick (I.D.#2114)<br>John G. Day (I.D. #2403)<br>Tiffany Geyer Lydon (I.D. #3950)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>tlydon@ashby-geddes.com | Rodger D. Smith II (I.D. #3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302-575-7205<br>rsmith@mnat.com<br><br>*Attorneys for Defendant* |
| *Attorneys for Plaintiff*<br>172496.1 | |

SO ORDERED this ____ day of _____, 2006.

_____
Chief Judge