IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-197-SLR |
| v. | ) ) | |
| QUINTUM TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of:  (1) Quintum Technologies, Inc.'s

Response To Teles's First Set Of Requests For Production; and (2) Quintum Technologies, Inc.'s

Responses To Teles's First Set Of Interrogatories were caused to be served on August 25, 2006

upon the following in the manner indicated:

### BY E-MAIL & HAND

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE  19801
jday@ashby-geddes.com


### BY E-MAIL & FEDERAL EXPRESS

Michael D. Kaminski
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC  20007-5109
mkaminski@foley.com

Andrea M. Augustine
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL  60610
aaugustine@foley.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
　*Attorneys for Defendant*
　*Quintum Technologies, Inc.*

OF COUNSEL:

Gerald Levy
Richard H. Brown
John L. Dauer, Jr.
PITNEY HARDIN LLP
7 Times Square
New York, NY  10036-7311
(212) 297-5800

August 25, 2006
522179

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on August 25, 2006, I caused to be electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> John G. Day, Esquire
> Ashby & Geddes

and that on August 25, 2006 I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL & HAND

John G. Day, Esquire
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801
john.day@ashby-geddes.com

### BY E-MAIL & FEDERAL EXPRESS

Michael D. Kaminski, Esquire
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007-5109
mkaminski@foley.com

Andrea M. Augustine, Esquire
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610
aaugustine@foley.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com