IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>Plaintiff,<br><br>v.<br><br>QUINTUM TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 06-197 (SLR)<br>)<br>)<br>)<br>)<br>) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Gerald E. Levy and John L. Dauer, Jr., Pitney Hardin LLP, 7 Times Square, New York, New York 10036, and Richard H. Brown, III, Pitney Hardin LLP, 200 Campus Drive, Florham Park, NJ 07932 to represent defendant Quintum Technologies, Inc. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorney for Defendant*
  *Quintum Technologies, Inc.*

August 28, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.
Date: _____    _____
                                                                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/23/06

Gerald E. Levy
Pitney Hardin LLP
7 Times Square
New York, NY 10036-7311
(212) 297-5824

531757

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/22/06

John L. Dauer, Jr.
Pitney Hardin LLP
7 Times Square
New York, NY  10036
(212) 297-5839

531757

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New Jersey and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 8/22/06

Richard H. Brown, III
Pitney Hardin LLP
200 Campus Drive
Florham Park, NJ 07932
(973) 966-8119

531757

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on August 28, 2006, I caused to be electronically filed a Motion And Order For Admission *Pro Hac Vice* with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> Ashby & Geddes

and that on August 28, 2006, I caused copies to be served upon the following in the manner indicated:

**BY HAND**

Steven J. Balick
Ashby & Geddes
222 Delaware Avenue
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Michael D. Kaminski
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007-5109

Andrea M. Augustine
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610

> */s/ Rodger D. Smith II*
> Rodger D. Smith II (#3778)
> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
> Wilmington, DE 19801
> (302) 658-9200
> rsmith@mnat.com