IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>Plaintiff,<br><br>v.<br><br>QUINTUM TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 06-197-SLR<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 5th day of September, 2006, **TELES' RESPONSES TO QUINTUM'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-72)** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | HAND DELIVERY |
| Gerald Levy, Esquire<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY 10036-7311 | VIA FEDERAL EXPRESS |
| Richard H. Brown, III, Esquire<br>Pitney Hardin LLP<br>200 Campus Drive<br>Florham Park, NJ 07932 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

/s/ *John G. Day*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
tlydon@ashby-geddes.com

***Attorneys for Plaintiff***

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 North Clark, Suite 2800
Chicago, IL 60610
(312) 832-4582

Dated: September 5, 2006
169717.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899 | HAND DELIVERY |
| Gerald Levy, Esquire<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY 10036-7311 | VIA FEDERAL EXPRESS |
| Richard H. Brown, III, Esquire<br>Pitney Hardin LLP<br>200 Campus Drive<br>Florham Park, NJ 07932 | VIA FEDERAL EXPRESS |

/s/ *John G. Day*
_____
John G. Day