IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-197-SLR |
| v. | ) ) ) | |
| QUINTUM TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

**<u>STIPULATION AND ORDER</u>**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and Order of the Court, that the deadline by which the parties must file all motions to join other parties and amend the pleadings, as set forth in Paragraph 3 of the Scheduling Order (D.I. 12), is hereby extended through and including December 12, 2006.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Lauren E. Maguire*_____ | */s/ Rodger D. Smith II*_____ |
| Steven J. Balick (I.D.#2114) | Rodger D. Smith II (I.D. #3778) |
| John G. Day (I.D. #2403) | 1201 North Market Street |
| Lauren E. Maguire (I.D. #4261) | P.O. Box 1347 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE  19899-1347 |
| P.O. Box 1150 | 302-351-9205 |
| Wilmington, DE  19899 | rsmith@mnat.com |
| 302-654-1888 | |
| sbalick@ashby-geddes.com | *Attorneys for Defendant* |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |

*Attorneys for Plaintiff*

SO ORDERED this ____ day of _____, 2006.

_____
                            Chief Judge

175578.1