IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, ) ) ) Plaintiff, ) ) ) v. ) ) QUINTUM TECHNOLOGIES, INC., ) ) Defendant. ) | C.A. No. 06-197-SLR |

### NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

> ASHBY & GEDDES
>
> */s/ Steven J. Balick*
> _____
> Steven J. Balick (I.D. #2114)
> John G. Day (I.D. #2403)
> Lauren E. Maguire (I.D. #4261)
> 222 Delaware Avenue, 17th Floor
> Wilmington, DE 19899
> (302) 654-1888
>
> *Attorneys for Plaintiff*

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 North Clark, Suite 2800
Chicago, IL  60610
(312) 832-4582

Dated:  December 14, 2006
175975.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | **VIA ELECTRONIC MAIL** |
| Gerald Levy, Esquire<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY  10036-7311 | **VIA ELECTRONIC MAIL** |
| Richard H. Brown, III, Esquire<br>Pitney Hardin LLP<br>200 Campus Drive<br>Florham Park, NJ  07932 | **VIA ELECTRONIC MAIL** |

*/s/ Steven J. Balick*
_____
Steven J. Balick