IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, ) ) ) Plaintiff, ) ) v. ) ) QUINTUM TECHNOLOGIES, INC., ) ) Defendant. ) | C.A. No. 06-197-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 20th day of December, 2006, **PLAINTIFF TELES' SUPPLEMENTAL RULE 26(A)(1) INITIAL DISCLOSURES** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | HAND DELIVERY |
| Gerald Levy, Esquire<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY  10036-7311 | VIA FEDERAL EXPRESS |
| Richard H. Brown, III, Esquire<br>Pitney Hardin LLP<br>200 Campus Drive<br>Florham Park, NJ  07932 | VIA FEDERAL EXPRESS |

ASHBY & GEDDES

*/s/ Lauren E. Maguire*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 North Clark, Suite 2800
Chicago, IL 60610
(312) 832-4582

Dated: December 20, 2006
169717.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of September, 2006, the attached **NOTICE OF SERVICE** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899 | HAND DELIVERY |
| Gerald Levy, Esquire<br>Pitney Hardin LLP<br>7 Times Square<br>New York, NY  10036-7311 | VIA FEDERAL EXPRESS |
| Richard H. Brown, III, Esquire<br>Pitney Hardin LLP<br>200 Campus Drive<br>Florham Park, NJ  07932 | VIA FEDERAL EXPRESS |

*/s/ Lauren E. Maguire*

Lauren E. Maguire