IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>    Plaintiff,<br><br>    v.<br><br>QUINTUM TECHNOLOGIES, INC.,<br><br>    Defendant. | C. A. No. 06-197-SLR |

**NOTICE OF CHANGE OF LAW FIRM NAME TO**
**DAY PITNEY LLP**

PLEASE TAKE NOTICE that effective January 1, 2007, the name of the law firm serving as of counsel of record for Quintum Technologies, Inc., formerly known as Pitney Hardin LLP, has been changed to "Day Pitney LLP." The addresses and telephone numbers of the firm will not change.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
   *Attorneys for Defendant*
   *Quintum Technologies, Inc.*

OF COUNSEL:

Gerald Levy
Richard H. Brown
John L. Dauer, Jr.
DAY PITNEY LLP
7 Times Square
New York, NY  10036-7311
(212) 297-5800

January 2, 2007
550214

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 2, 2007, I caused to be electronically filed the NOTICE OF CHANGE OF LAW FIRM NAME TO DAY PITNEY LLP with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>Ashby & Geddes

I also certify that copies were caused to be served on January 2, 2007, upon the following in the manner indicated:

### BY EMAIL AND HAND

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Fl.
Wilmington, DE  19801

### BY EMAIL FEDERAL EXPRESS

Michael D. Kaminski
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC  20007-5109

Andrea M. Augustine
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL  60610

>*/s/ Rodger D. Smith II*
>Rodger D. Smith II (#3778)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE  19899-1347
>(302) 658-9200
>rsmith@mnat.com