IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) | C.A. No. 06-197-SLR |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| QUINTUM TECHNOLOGIES, INC., | ) ) |  |
| Defendant. | ) |  |

## PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIMS

Plaintiff, Teles AG Informationstechnologien ("Teles"), by its undersigned counsel, for its Reply to the Counterclaims of Defendant, Quintum Technologies, Inc., ("Quintum"), responds to the correspondingly-numbered paragraphs of the Answer and Affirmative Defenses to Amended Complaint and Counterclaims of Defendant Quintum Technologies, Inc. dated January 2, 2007 as follows:

## TELES' ANSWER

### Parties

**1.**     Teles does not contest the allegations of Paragraph 1.

**2.**     Teles admits the allegations in Paragraph 2.

### Jurisdiction and Venue

**3.**     The allegations contained in Paragraph 3 are conclusions of law as to which no response is necessary.

**4.**     Teles admits that on March 24, 2006, it filed a Complaint against Quintum alleging patent infringement of U.S. Patent No. 6,954,453 ('453 patent).  Teles denies the remaining allegations of Paragraph 4.

**5.**     Teles admits the allegations of Paragraph 5.

**6.**     Teles admits the allegations of Paragraph 6.

**7.**     Teles admits that the Federal Patent Court in Germany declared European Patent EP 0 929 884 and DE 196 45 368 (German patent equivalent of EP 0 929 884) null and void. Teles denies the remaining allegations of Paragraph 7.

## First Count
### (Declaratory Judgment of Noninfringement of the '453 Patent)

**8.**     Teles re-asserts its responses to Paragraphs 1-7 as if fully set forth herein.

**9.**     Teles denies the allegations of Paragraph 9.

## Second Count
### (Declaratory Judgment of Noninfringement of the '902 Patent)

**10.**     Teles re-asserts its responses to Paragraphs 1-9 as if fully set forth herein.

**11.**     Teles denies the allegations of Paragraph 11.

## Third Count
### (Declaratory Judgment of Invalidity of the '453 Patent)

**12.**     Teles re-asserts its responses to Paragraphs 1-11 as if fully set forth herein.

**13.**     Teles denies the allegations of Paragraph 13.

## Fourth Count
### (Declaratory Judgment of Invalidity of the '902 Patent)

**14.**     Teles re-asserts its responses to Paragraphs 1-13 as if fully set forth herein.

**15.**     Teles denies the allegations of Paragraph 15.

## Response to Prayer for Relief

Teles denies that Quintum is entitled to any relief whatsoever from Teles, as prayed for in the Counterclaims or otherwise.

## Affirmative Defenses

Except as admitted, specifically denied, or qualifiedly alleged in this Reply, Teles denies the allegations contained in Quintum's Counterclaims.    Teles reserves the right to assert

affirmative defenses and avoidance defenses that may be discovered in connection with the
allegations set forth in Quintum's Counterclaims.

ASHBY & GEDDES

/s/ *Lauren E. Maguire*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff,*
*TELES AG INFORMATIONSTECHNOLOGIEN*

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500

Dated:  January 22, 2007
177040.1