IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>Plaintiff,<br><br>v.<br><br>QUINTUM TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-197-SLR<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Court's July 12, 2006 Scheduling Order (D.I. 12) is hereby amended as follows:

1. Document production shall be completed on or before February 28, 2007;

2. Quintum shall advise Teles by February 28, 2007, whether it intends to rely on advice of counsel in defense of Teles' charge of willful infringement; and

3. The parties shall exchange lists of those claim terms they believe need construction and their proposed claim construction of those terms on February 28, 2007.

All other provisions of the Court's July 12, 2006 Scheduling Order (D.I. 12) shall remain in full force and effect.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | |
| */s/ John G. Day* | */s/ Rodger D. Smith II* |
| Steven J. Balick (#2114) | Rodger D. Smith II (#3778) |
| John G. Day (#2403) | 1201 N. Market Street |
| Lauren E. Maguire (#4261) | P.O. Box 1347 |
| 222 Delaware Avenue, 17th Floor | Wilmington, DE  19899 |
| P.O. Box 1150 | (302) 658-9200 |
| Wilmington, DE  19899 | *Attorneys for Defendant* |
| (302) 654-1888 | |
| *Attorneys for Plaintiff* | |

SO ORDERED this ___ day of January 2007.

_____
                                    Chief Judge

706580