IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-197-SLR |
| QUINTUM TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

**<u>STIPULATION AND ORDER</u>**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the Court's July 12, 2006 Scheduling Order (D.I. 12) is hereby amended as follows:

1. Document production shall be completed on or before March 16, 2007;

2. Quintum shall advise Teles by March 16, 2007, whether it intends to rely on advice of counsel in defense of Teles' charge of willful infringement;

3. The parties shall exchange lists of those claim terms they believe need construction and their proposed claim construction of those terms on March 16, 2007; and

4. Supplementation under Rule 26(e) shall take place in a timely manner throughout discovery, but at the very least shall be made on March 29, 2007.

All other provisions of the Court's July 12, 2006 Scheduling Order (D.I. 12) shall remain in full force and effect.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ John G. Day* | */s/ Rodger D. Smith II* |
| Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Lauren E. Maguire (#4261)<br>222 Delaware Avenue, 17th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>  *Attorneys for Plaintiff* | Rodger D. Smith II (#3778)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>  *Attorneys for Defendant* |

SO ORDERED this ___ day of February 2007.

_____
Chief Judge

706580