IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 06-197-SLR |
| QUINTUM TECHNOLOGIES, INC., | : : : |
| Defendant. | : |

### ORDER

At Wilmington this **9th** day of **April, 2007,**

IT IS ORDERED that the mediation conference scheduled for Thursday, April 19, 2007 at 9:00 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE