IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-197-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| QUINTUM TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATED ORDER**

WHEREAS, the parties to this action have reached an agreement in principle to settle their dispute and are finalizing the necessary formal settlement agreement documentation;

WHEREAS, at the request of the parties, the Court previously has entered stipulated orders vacating all currently scheduled dates and deadlines in this action, staying the action, and requiring the parties to report on their progress in completing the necessary formal settlement agreement documentation; and

WHEREAS, the parties have exchanged various revised drafts of the formal settlement agreement and are presently working to finalize the certain final open terms of such settlement agreement, and believe an additional stay of 30 days would facilitate their efforts toward completing the settlement documentation.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that this action is stayed for 30 days from the entry of this Order.  At the conclusion of that 30-day period, if a stipulation of dismissal has not been filed, counsel shall submit a status report to the Court setting forth: (i) the status of the parties' efforts

to finalize their settlement; and (ii) counsels' views as to whether a further extension of this stay would be productive.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ John G. Day* | */s/ Roger D. Smith* |
| Steven J. Balick (I.D.#2114) | Rodger D. Smith II (I.D. #3778) |
| John G. Day (I.D. #2403) | 1201 North Market Street |
| Lauren E. Maguire (I.D. #4261) | P.O. Box 1347 |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19899-1347 |
| P.O. Box 1150 | 302-351-9205 |
| Wilmington, DE 19899 | rsmith@mnat.com |
| 302-654-1888 | |
| sbalick@ashby-geddes.com | *Attorneys for Defendant* |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |
| *Attorneys for Plaintiff* | |

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge

184097.1