IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-197-SLR |
| v. | ) | |
| | ) | |
| QUINTUM TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATED ORDER

WHEREAS, the parties to this action have reached an agreement in principle to settle their dispute and are finalizing the necessary formal settlement agreement documentation;

WHEREAS, at the request of the parties, the Court previously has entered stipulated orders vacating all currently scheduled dates and deadlines in this action, staying the action, and requiring the parties to report on their progress in completing the necessary formal settlement agreement documentation;

WHEREAS, the parties have exchanged various revised drafts of the formal settlement agreement and have been presently working to finalize the certain final open terms of such settlement agreement;

WHEREAS, on October 26, 2007, defendant Quintum Technologies, Inc. ("Quintum") and Network Equipment Technologies, Inc. ("NET") jointly announced that: (a) NET would be acquiring Quintum; (b) Quintum would become a wholly owned subsidiary of NET; and (c) they expect to close the transaction by December 28, 2007;

WHEREAS, NET would like an opportunity to participate in the settlement process, including a meeting with principals of Teles, but would like to do so after it closes its transaction with Quintum;

WHEREAS, in view of the upcoming holidays, the parties believe an additional stay of 75 days would facilitate their efforts toward completing the settlement documentation.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that this action is stayed for 75 days from the entry of this Order. At the conclusion of that 75-day period, if a stipulation of dismissal has not been filed, counsel shall submit a status report to the Court setting forth: (i) the status of the parties' efforts to finalize their settlement; and (ii) counsels' views as to whether a further extension of this stay would be productive.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ John G. Day (#2403)* | */s/ Rodger D. Smith II (#3778)* |
| Steven J. Balick (#2114) | Rodger D. Smith II (#3778) |
| John G. Day (#2403) | 1201 North Market Street |
| Lauren E. Maguire (#4261) | P.O. Box 1347 |
| 500 Delaware Avenue, 8th floor | Wilmington, DE 19899-1347 |
| P.O. Box 1150 | 302-658-9200 |
| Wilmington, DE 19899 | rsmith@mnat.com |
| 302-654-1888 | |
| sbalick@ashby-geddes.com | *Attorneys for Defendant* |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |
| *Attorneys for Plaintiff* | |

SO ORDERED this ____ day of _____, 2007.

_____
          Judge

1316165