IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-197-SLR |
| QUINTUM TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION TO SUBSTITUTE DEFENDANT

WHEREAS, Quintum Technologies, Inc. was named as the Defendant when this action was filed; and

WHEREAS, effective December 4, 2007, Quintum Technologies Inc. merged into Sibley Acquisition Corp., a Delaware corporation, which merged into Quintum LLC, a Delaware limited liability company, and Quintum Technologies, Inc. ceased to exist; and

WHEREAS, plaintiff Teles AG Informationstechnologien does not oppose the substitution of Quintum LLC as the named Defendant in this action;

Defendant hereby moves to substitute Quintum LLC as the named Defendant in this action, and to amend the caption as follows:

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 06-197-SLR |
| QUINTUM LLC, | ) ) ) | |
| Defendant. | ) | |

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Rodger D. Smith II*
                                            Rodger D. Smith II (#3778)
                                            1201 N. Market Street
                                            P.O. Box 1347
                                            Wilmington, DE  19899-1347
                                            (302) 658-9200
                                            rsmith@mnat.com
                                               *Attorneys for Defendant*

OF COUNSEL:

Gerald Levy
Richard H. Brown
John L. Dauer, Jr.
DAY PITNEY LLP
7 Times Square
New York, NY  10036-7311
(212) 297-5800

January 9, 2008

1331868

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on January 9, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> John G. Day
> Ashby & Geddes

and that on January 9, 2008, I caused copies to be served upon the following in the manner indicated:

**BY HAND & EMAIL**

Steven J. Balick
John G. Day
Ashby & Geddes
500 Delaware Avenue, 8th Fl.
Wilmington, DE  19801

**BY EMAIL**

Michael D. Kaminski
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC  20007-5109
mkaminski@foley.com

Andrea M. Augustine
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL  60610
aaugustine@foley.com

/s/ Rodger D. Smith II
Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com

          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

      */s/ Rodger D. Smith II*
      Rodger D. Smith II (#3778)
      1201 N. Market Street
      P.O. Box 1347
      Wilmington, DE 19899-1347
      (302) 658-9200
      rsmith@mnat.com
        *Attorneys for Defendant*

OF COUNSEL:

Gerald Levy
Richard H. Brown
John L. Dauer, Jr.
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
(212) 297-5800

January 9, 2008


SO ORDERED this ____ day of _____, 2008.


_____
               Judge

1331868