IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 06-197-SLR |
| v. | ) | |
| | ) | |
| QUINTUM LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATED ORDER**

WHEREAS, Teles AG Informationstechnologien ("Teles") and Quintum Technologies, Inc. (k/k/a Quintum LLC) have reached an agreement in principle to settle their dispute and are working to finalize the necessary formal settlement agreement documentation and certain open terms;

WHEREAS, at the request of the parties, the Court previously has entered stipulated orders vacating all currently scheduled dates and deadlines in this action, staying the action, and requiring the parties to report on their progress in completing the necessary formal settlement agreement documentation;

WHEREAS, the parties have exchanged various revised drafts of the formal settlement agreement and have been working to finalize the certain final open terms of such settlement agreement;

WHEREAS, on December 5, 2007, Network Equipment Technologies, Inc. ("NET") completed the acquisition of Quintum Technologies, Inc., and Quintum Technologies, Inc. thereafter moved this Court on January 9, 2008, to substitute Quintum LLC as the named defendant [see Docket No. 46] and such unopposed motion was granted by the Court on

January 11, 2008;

WHEREAS, Teles and NET/Quintum LLC have been unsuccessful, despite good faith efforts, to arrange for an in person meeting between principals of Teles and principals of NET/Quintum LLC to discuss and finalize settlement of the litigation, and believe an additional stay of 90 days would allow time to arrange such meeting and facilitate completing the settlement documentation.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that this action is stayed for 90 days from the entry of this Order. At the conclusion of that 90-day period, if a stipulation of dismissal has not been filed, counsel shall submit a status report to the Court setting forth: (i) the status of the parties' efforts to finalize their settlement; and (ii) counsels' views as to whether a further extension of this stay would be productive.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ John G. Day | /s/ Rodger D. Smith |
| Steven J. Balick (#2114)<br>John G. Day (#2403)<br>Lauren E. Maguire (#4261)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>302-654-1888<br>sbalick@ashby-geddes.com<br>jday@ashby-geddes.com<br>lmaguire@ashby-geddes.com<br><br>*Attorneys for Plaintiff* | Rodger D. Smith II (I.D. #3778)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>302-658-9200<br>rsmith@mnat.com<br><br>*Attorneys for Defendant* |

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge