IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUINTUM LLC, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 06-197-SLR |

## JOINT STATUS REPORT

Teles AG Informationstechnologien ("Teles") and Quintum LLC f/k/a Quintum Technologies, Inc. ("Quintum") hereby provide the following joint status report:

Teles and Quintum previously reached an agreement in principle to settle their dispute and, at the request of the parties, the Court previously entered stipulated orders vacating all scheduled dates and deadlines in this action, staying the action, and requiring the parties to report on their progress in completing the necessary formal settlement agreement documentation. The current stay expired on May 7, 2008.

During the stays, the parties exchanged various revised drafts of the formal settlement agreement and worked to finalize the terms of a settlement agreement.

On December 5, 2007, Network Equipment Technologies, Inc. ("NET") completed its acquisition of Quintum Technologies, Inc., and Quintum Technologies, Inc. thereafter moved this Court on January 9, 2008, to substitute Quintum LLC as the named defendant (*see* D.I. 46), which was granted on January 11, 2008. In April 2008, the principals of Teles and NET/Quintum LLC conducted an in-person meeting to discuss the open terms of the parties' draft settlement agreement.

The parties have not reached an agreement and are unable to finalize the terms of a settlement agreement.

In view of the events described above, Teles desires to continue litigating the case and will be filing a motion for an amended scheduling order (D.I. 12).

Quintum, on the other hand, believes the litigation should be transferred to the U.S. District Court for the District of Columbia where Teles has asserted patent infringement claims against Cisco Systems, Inc. based on the same patents in suit in this action. In the alternative, Quintum believes the stay of the present litigation should continue pending the results of the U.S. Patent Office's reexamination of the patents in suit. Quintum will be filing a motion to transfer or, in the alternative, to stay.

| ASHBY & GEDDES | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ John G. Day* | */s/ Rodger D. Smith II* |
| Steven J. Balick (#2114) | Rodger D. Smith II (#3778) |
| John G. Day (#2403) | 1201 North Market Street |
| Lauren E. Maguire (#4261) | P.O. Box 1347 |
| 500 Delaware Avenue | Wilmington, DE 19899-1347 |
| P.O. Box 1150 | 302-658-9200 |
| Wilmington, DE 19899 | rsmith@mnat.com |
| 302-654-1888 | |
| sbalick@ashby-geddes.com | *Attorneys for Defendant* |
| jday@ashby-geddes.com | |
| lmaguire@ashby-geddes.com | |
| *Attorneys for Plaintiff* | |

2321607