**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>            Plaintiff,<br><br>v.<br><br>QUINTUM LLC,<br><br>            Defendant. | C.A. No. 06-197-SLR |

**DEFENDANT'S MOTION TO TRANSFER THIS ACTION OR, IN THE
ALTERNATIVE, TO STAY THIS ACTION**

   Defendant Quintum LLC ("Quintum") respectfully moves to transfer this action to the United States District Court for the District of Columbia, or in the alternative, to stay this action until the conclusion of the United States Patent Office's reexaminations of U.S. Patent Nos. 6,954,453 and 7,145,902. The grounds supporting this motion are set forth in the Opening Brief filed herewith.

                   MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                   */s/ Rodger D. Smith II*

                   Rodger D. Smith II (#3778)
                   1201 N. Market Street
                   P.O. Box 1347
                   Wilmington, DE  19899-1347
                   (302) 658-9200
                   rsmith@mnat.com
                    *Attorneys for Defendant*
                    *Quintum LLC*

OF COUNSEL:

Gerald Levy
Richard H. Brown
John L. Dauer, Jr.
PITNEY HARDIN LLP
7 Times Square
New York, NY  10036-7311
(212) 297-5800

May 9, 2008

2321648

**RULE 7.1.1 CERTIFICATE**

I hereby certify that counsel for defendant have discussed the foregoing motion with counsel for plaintiff, and the parties have not been able to reach agreement on the issues raised in the motion.

*/s/ Rodger D. Smith II (#3778)*
Rodger D. Smith II

May 9, 2008

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on May 9, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>Ashby & Geddes

and that on May 9, 2008 I caused copies to be served upon the following in the manner indicated:

### BY HAND

>Steven J. Balick
>Ashby & Geddes
>500 Delaware Avenue, 8th Fl.
>Wilmington, DE 19801

### BY EMAIL & FEDERAL EXPRESS

>Michael D. Kaminski
>Foley & Lardner LLP
>3000 K Street, N.W., Suite 500
>Washington, DC 20007-5109
>mkaminski@foley.com

>Andrea M. Augustine
>Foley & Lardner LLP
>321 North Clark, Suite 2800
>Chicago, IL 60610
>aaugustine@foley.com

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
rsmith@mnat.com