IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. No. 06-197-SLR |
| QUINTUM LLC, | ) ) ) | |
| Defendant. | ) | |

ORDER

At Wilmington this 19th day of May, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Wednesday, May 21, 2008**, at 2:00 p.m.  Counsel for plaintiff shall coordinate and initiate this call.

_____
United States District Judge