# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>                Plaintiff,<br><br>v.<br><br>QUINTUM LLC,<br><br>                Defendant. | C.A. No. 06-197-SLR<br><br>**PUBLIC VERSION** |

### AFFIDAVIT OF JOHN L. DAUER, JR. IN SUPPORT OF DEFENDANT'S MOTION TO TRANSFER THIS ACTION OR, IN THE ALTERNATIVE, TO STAY THIS ACTION

MORRIS, NICHOLS, ARSHT &TUNNELL LLP
Rodger D. Smith II (No. 3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com

*Attorneys for Defendant Quintum LLC*

OF COUNSEL:

Richard H. Brown
John L. Dauer, Jr.
DAY PITNEY LLP
7 Times Square
New York, NY  10036-7311
(212) 297-5800

Confidential Version Filed: May 9, 2008

Public Version Filed: May 21, 2008

I, **John L. Dauer, Jr.**, an attorney at Day Pitney LLP, counsel for Plaintiff Quintum LLC, declare as follows:

1. Exhibit 1 is a true and accurate copy of German Patent No. 196 45 368.

2. Exhibit 2 is a true and accurate copy of European Patent No. 0 929 884.

3. Exhibit 3 is a true and accurate copy of U.S. Patent No. 6,954,453.

4. Exhibit 4 is a true and accurate copy of U.S. Patent No. 7,145,902.

5. Exhibit 5 is a true and accurate copy of a Federal Supreme Court for Patent Matters opinion nullifying all the claims of German Patent No. 196 45 368.

6. Exhibit 6 is a true and accurate copy of a translation of Exhibit 5, which Cisco Systems, Inc. submitted to the U.S. Patent Office in connection with the reexaminations of U.S. Patent Nos. 6,954,453 and 7,145,902.

7. Exhibit 7 is a true and accurate copy of a Federal Supreme Court for Patent Matters opinion nullifying all the claims of European Patent No. 0 929 884.

8. Exhibit 8 is a true and accurate copy of a translation of Exhibit 7, which Cisco Systems, Inc. submitted to the U.S. Patent Office in connection with the reexaminations of U.S. Patent Nos. 6,954,453 and 7,145,902.

9. Exhibit 9 is a true and accurate copy of a Complaint filed by Cisco Systems, Inc. in *Cisco Systems, Inc. v. Teles AG Informationstechnologien*, Civ. No. 1:05-CV-2048-RBW pending in the U.S. District Court for the District of Columbia.

10. Exhibit 10 is a true and accurate copy of Teles' Supplemental Response to Cisco's Interrogatory Nos. 1, 2, 3, 6 and 7, dated June 19, 2007, and Exhibit A thereto, which Cisco Systems, Inc. submitted to the U.S. Patent Office in connection with the reexaminations of U.S. Patent Nos. 6,954,453 and 7,145,902.

11. Exhibit 11 is a true and accurate copy of a Court Order dated March 14, 2008, issued in *Cisco Systems, Inc. v. Teles AG Informationstechnologien*, Civ. No. 1:05-CV-2048-RBW pending in the U.S. District Court for the District of Columbia.

12. Exhibit 12 is a true and accurate copy of a U.S. Patent Office *Inter Partes* Reexamination Communication dated November 27, 2007, from the *Inter Partes* Reexamination of U.S. Patent No. 7,145,902, Control No. 95/001,001, which is an Order from the U.S. Patent Office granting Cisco's request to reexamine the '902 patent and is an Office Action rejecting all of the claims subject to reexamination.

13. Exhibit 13 is a true and accurate copy of a U.S. Patent Office *Ex Parte* Reexamination Communication dated November 23, 2007, from the *Ex Parte* Reexamination of U.S. Patent No. 6,954,453, Control No. 90/010,017, which is an Order from the U.S. Patent Office granting Cisco's request to reexamine the '453 patent.

14. Exhibit 14 is a true and accurate copy of a U.S. Patent Office *Ex Parte* Reexamination Communication dated February 13, 2008, from the *Ex Parte* Reexamination of U.S. Patent No. 6,954,453, Control No. 90/010,017, which is an Office Action rejecting all of the claims subject to reexamination.

15. Exhibit 15 is a true and accurate copy of a Transaction History list for the *Ex Parte* Reexamination of U.S. Patent No. 6,954,453, Control No. 90/010,017, as obtained from the Patent Application Information Retrieval system available at the U.S. Patent Office's website on May 8, 2008.

16. Exhibit 16 is a true and accurate copy of a Transaction History list for the *Inter Partes* Reexamination of U.S. Patent No. 7,145,902, Control No. 95/001,001, as obtained from

the Patent Application Information Retrieval system available at the U.S. Patent Office's website on May 8, 2008.

    17.    Exhibit 17 is a true and accurate copy of Teles' Responses to Quintum's First Set of Interrogatories (Nos. 1-12), dated September 5, 2006.

    18.    Exhibit 18 is a true and accurate copy of "*Inter Partes* Reexamination Filing Data – June 30, 2007" published by the Patent Office.

    19.    Exhibit 19 is a true and accurate copy of "*Ex Parte* Reexamination Filing Data – December 31, 2007" published by the Patent Office.

    20.    Exhibit 19 is a true and accurate copy of Section 2686.04 of the U.S. Patent Office's *Manual Of Patent Examining Procedure* (September 2007).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2008

                                                 /s/ John L. Dauer, Jr.
                                                 John L. Dauer, Jr.

## CERTIFICATE OF SERVICE

I, Rodger D. Smith II, hereby certify that on May 21, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> Steven J. Balick
> Ashby & Geddes

and that on May 21, 2008 I caused copies to be served upon the following in the manner indicated:

### BY EMAIL

Steven J. Balick
Ashby & Geddes
500 Delaware Avenue, 8th Fl.
Wilmington, DE 19801
sbalick@ashby-geddes.com

Michael D. Kaminski
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007-5109
mkaminski@foley.com

Andrea M. Augustine
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610
aaugustine@foley.com

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)
rsmith@mnat.com