# EXHIBIT 1



⑲ BUNDESREPUBLIK DEUTSCHLAND

DEUTSCHES PATENTAMT

⑫ **Offenlegungsschrift**

⑩ **DE 196 45 368 A 1**

㉑ Aktenzeichen:        196 45 368.2
㉒ Anmeldetag:         23. 10. 96
㊸ Offenlegungstag:     16.  4. 98

�testimonial Int. Cl.⁶:
**H 04 L 12/64**
H 04 M 1/00
H 04 M 11/06
H 04 L 29/02
H 04 M 1/21

DE 196 45 368 A 1

㉞ Innere Priorität:
196 42 063. 6        07. 10. 96

�temporal Anmelder:
Teles AG Informationstechnologien, 10587 Berlin, DE

㉞ Vertreter:
Maikowski & Ninnemann, Pat.-Anw., 10707 Berlin

㉞ Erfinder:
Sigram, Schindler, Prof.Dr., 14109 Berlin, DE; Illg, Andreas, 10555 Berlin, DE; Lüdtke, Karsten, 12167 Berlin, DE; Paetsch, Frank, 10961 Berlin, DE

㉞ Entgegenhaltungen:
WO        90 12 466

**Die folgenden Angaben sind den vom Anmelder eingereichten Unterlagen entnommen**

Prüfungsantrag gem. § 44 PatG ist gestellt

�554 Verfahren zur Kommunikationseinrichtung zur Übertragung von Daten in einem Telekommunikationsnetz

�557    Die Erfindung betrifft ein Verfahren, eine Kommunikationseinrichtung und ein Fernsprechgerät zur Übertragung von digitalen Daten in einem Telekommunikationsnetz, sowie ein auf diesen Elementen basierendes Telekommunikationsnetz. Erfindungsgemäß werden Router zur Verfügung gestellt, die sowohl die Funktionalität eines IP-Routers als auch die Funktionalität einer TK-Anlage oder einer Vermittlungsstelle zur Verfügung stellen und dabei Mittel aufweisen, die während einer Datenübertragung einen Wechsel zwischen einer paketvermittelten und einer leitungsvermittelten Übertragung ermöglichen. Die Erfindung ermöglicht a) eine Integration der Telekommunikationsdienste Telefonie, Internet-Zugang und LAN-Zugang, b) eine flexible und mit dynamischen Kosten verbundene paketvermittelte oder leitungsvermittelte Datenübertragung und schafft c) die Voraussetzungen für eine Datenübertragung mit Realzeiteigenschaften.

DE 196 45 368 A 1

DE  196 45 368  A 1

1

Beschreibung

Gegenstand der Erfindung

Die Erfindung betrifft ein Verfahren, eine Kommunikationseinrichtung und ein Fernsprechgerät zur Übertragung von Daten in einem Telekommunikationsnetz, sowie ein auf der Kommunikationseinrichtung basierendes Telekommunikationsnetz.

Hintergrund der Erfindung

Die heutige Situation in der Telekommunikation zeichnet sich durch eine Zweiteilung zwischen unterschiedlichen Verbindungs- und Schalttechniken aus. Es handelt sich hierbei um synchrone, leitungsvermittelte Techniken (line-switching) und um asynchrone, paketvermittelte Techniken (IP-switching).

Leitungsvermittelte Verbindungen sind synchron, d. h. eine Datenübermittlung erfolgt im wesentlichen ohne zeitliche Verzögerung. Auch ist eine leitungsvermittelte Verbindung direkt und unmittelbar. Es wird eine exklusive, feste Leitung aufgebaut. Die Leitungsvermittlung erfolgt über Telekommunikationsanlagen (TK-Anlagen) oder Vermittlungsstellen des Netzanbieters. Bei den verwendeten Leitungen handelt es sich entweder um PSTN-Leitungen oder – bei digitaler Übertragung – um ISDN-Leitungen. PSTN steht dabei für Public Switch Telefonie Network – das konventionelle Telefon-Fernmeldenetz, und ISDN für Integrated Services Digital Network – das mit digitaler Technik betriebene Fernmeldenetz. Statt der Bezeichnung PSTN wird häufig auch die Bezeichnung POTS (Plain Old Telephone Service) verwendet.

Bei leitungsvermittelter Durchschaltung wird eine Verbindung kontinuierlich in Echtzeit mit der vollständigen Bandbreite eines Kanals zwischen zwei Punkten zur Verfügung gestellt. Auch wenn keine Nutznachrichten übersandt werden, z. B. während eines Telefongesprächs, ist der Übertragungskanal belegt. Eine flexibel verfügbare Übertragungskapazität eines Übertragungskanals für eine Vielzahl von Diensten wie Sprache, Daten und Bild ist dagegen nicht möglich.

Aufgrund dieser inhärenten Eigenschaft sind leitungsvermittelte Verbindungen wenig effizient und nicht geeignet, ein hohes Verkehrsaufkommen in Netzen zu handhaben. Auch sind sie teuer – man denke insbesondere an Telefon-Ferngespräche– da die Kosten unabhängig von der tatsächlich übertragenen Information entstehen. Der Vorteil liegt in einer zeitverzögerungsfreien und eine feste Bandbreite zur Verfügung stellenden Verbindung.

Die andere, heute wesentliche Art der Datenvermittlung ist die Paketvermittlung. Die Paketvermittlung arbeitet nach dem Asynchrontransfermodus, d. h. Informationen werden zeitverzögert zwischen Sender und Empfänger übertragen. Bei der Paketvermittlung muß anders als bei der Leitungsvermittlung keine Verbindung aufrechterhalten werden. Sie ist verbindungslos, d. h. jedes Paket wird einzeln und nicht im Zusammenhang mit anderen behandelt.

Bei Verwendung eines Asynchrontransfermodus in einem Übertragungssystem werden Nutzinformationen, z. B. Fernsprech-, Bild-, Tonsignale oder Daten eines Computers in Paketen fester Länge über digitale Einrichtungen gesendet. Diese Übertragungsart wird insbesondere auf dem zur Zeit an Bedeutung exponentiell zunehmenden Internet eingesetzt. Die Datenpakete werden dabei als IP-Pakete bezeichnet. IP steht für Internet Protokoll oder Informationspaket. Jedes IP-Paket enthält einen Vorspann, in welchem u. a. eine Absender- und eine Empfängeradresse angegeben ist, sowie

2

eine Teilmenge der zu versendenden Daten. Die IP-Pakete bilden einen Datenstrom, der über Hosts (Rechner) im Internet zu dem jeweiligen Empfänger übertragen wird.

Das Internet besteht aus einer großen Anzahl miteinander verbundener kleinerer Netze. In jedem Teilnetz kann ein Paket erzeugt werden, welches für einen anderen Host in einem anderen Teil des Internets bestimmt ist. Da es nicht direkt zugestellt werden kann, muß es über einen oder mehrere an das Internet angeschlossene Hosts weitergeleitet werden. Dieses Weiterleiten wird als Routen bezeichnet und erfolgt über als Router bezeichnete digitale Kommunikationseinrichtungen. In einem Router erfolgt ein Umkopieren der einzelnen Datenpakete, die durch den Router an einen anderen Teil des Netzes weitergeleitet werden. Aufgrund der Länge der IP-Pakete (ab 16 Byte aufwärts) tritt in den Routern eine Zeitverzögerung auf, die bei einer starken Belastung des Routers oder bei einer großen Anzahl von Routern, die ein Datenpaket auf dem Weg zur Zieladresse durchläuft, erheblich sein kann.

Diese Verzögerungen sind insbesondere bei einer neuen und wichtigen Anwendung der Datenübertragung im Internet, der Internet-Telefonie, von großer Bedeutung. Bei der Internet-Telefonie benutzt ein kostenbewußter Anrufer das normale Internet mit etwa 8 kbit/s Bandbreite und einer Zeitverzögerung von 0.5 Sekunden. Bei Überlastung des Internets wird die Verzögerungszeit der einzelnen Pakete derart lang, daß eine angenehme Gesprächsverbindung zwischen den Telefonpartnern nicht mehr möglich ist.

Internet-Telefonie zeichnet sich durch den großen Vorteil aus, das nur die jeweiligen lokalen Telefongebühren zum nächsten POP (Point of Presence), dem von einem Internet Service Provider ISP angebotenen Einwählpunkt zum Internet anfallen, sowie von den ISPs berechnete Zeitgebühren für die Dauer des Internet-Zugangs sowie ggf. Volumengebühren, nicht jedoch teuere Fernsprechgebühren.

Zur weiteren Erläuterung des Hintergrundes der vorliegenden Erfindung werden im folgenden die drei wichtigsten, bestehenden Telekommunikationsdienste für eine Datenfernübertragung betrachtet.

Hierbei handelt es sich erstens um die Audiokommunikation, insbesondere die Telefonie, die seit der Erfindung des Telefons die wichtigste Telekommunikationsart darstellen.

Zweitens handelt es sich um den Zugang zum Internet, das mit der Entwicklung von WWW-Browsern eine enorme Popularität gewonnen hat.

Ein dritter wichtiger Telekommunikationsdienst ist der Zugang zu LANs (Local Area Networks = lokalen Netzwerken) genannt. Ein Beispiel ist der Remote Access Service, der es einem Nutzer ermöglicht, sich von zu Hause in ein LAN einzuloggen. Weitere Stichpunkte in diesem Zusammenhang sind Virtual LANs und Remote LAN Service.

Der lokale Zugang zum entsprechende Netz erfolgt bei allen drei genannten Telekommunikationsdiensten über eine leitungsvermittelte ISDN/PSTN Verbindung. Der lokale Netzzugang ist dabei nachteilig darauf beschränkt, zu einer bestimmten Zeit nur einen der drei genannten Dienste zu ermöglichen. Eine lokale ISDN/PSTN Leitung kann also jeweils nur für eine der Kommunikationsdienste Telefonie, Internet-Zugang oder LAN-Zugang benutzt werden.

Diese strikte Trennung der Kommunikationsdienste spiegelt sich in der Struktur bestehender Diensteanbieter wieder. Im Bereich Audiokommunikation sind allein die Telefongesellschaften Diensteanbieter, deren Monopol allerdings langsam fällt. Inzwischen gibt es auch Low Cost Routing Providers (LCRPs) und CallBack Providers (CBPs). Der Zugang zum Internet wird mittels der bereits erwähnten ISPs (Internet Service Providers) durch entsprechende Einwählpunkte (POPs) zur Verfügung gestellt. Der Zutritt bis

## DE 196 45 368 A 1

3

zum POP erfolgt dabei ebenfalls über eine ISDN/PSTN Verbindung. Der Zugang zu LAN's wird hier insoweit betrachtet, als er auf der Internet-Technologie beruht. Technisch ist er mit einem üblichen Internet-Zugang fast identisch und kann direkt über eine ISDN/PSTN Verbindung oder indirekt über das Internet erfolgen.

Die dargelegte Aufsplittung sowohl der Telekommunikationstechniken als auch der Anbieter für Telekommunikationsdienste ist für den Nutzer unbefriedigend, da er mit zahlreichen Diensteanbietern und Techniken zu schaffen hat und durch die leitungsvermittelten Dienste mit erheblichen Kosten belastet wird.

Auch für die Diensteanbieter ist diese Situation jedoch unbefriedigend, da sie nur eine begrenzte Anzahl von Diensten anbieten können und jeweils von einem bestimmten Markt ausgeschlossen sind. Bei den Telefongesellschaften ergibt sich das besondere Problem, daß sie den Zugang zum Internet seht preisgünstig anbieten müssen, obwohl Internet-Verbindungen im Mittel länger dauern als Ortsgespräche. Dies bringt für die involvierten Leitungsvermittlungs-Anlagen und Leitungen ernsthafte Probleme mit sich, da sie für ein derartiges Verkehrsprofil nicht ausgelegt sind: normale Telefonanrufe finden häufig eine belegte ISDN/PSTN Leitung vor, insbesondere in Ländern, in denen die lokalen Telefongebühren pauschal abgerechnet werden.

### Aufgabe der Erfindung

Ausgehend von dem dargelegten Stand der Technik liegt der vorliegenden Erfindung die Aufgabe zugrunde, die genannten Telekommunikationsdienste Telefonie, Internet-Zugang und LAN-Zugang zu integrieren und gleichberechtigt zur Verfügung zu stellen. Es wird insbesondere angestrebt, bei der Datenfernübertragung eine flexible und mit dynamischen Kosten verbundene Verbindung zur Verfügung zu stellen, die eine Datenübertragung mit Realzeiteigenschaften ermöglicht.

### Zusammenfassung der Erfindung

Diese Aufgabe wird erfindungsgemäß durch ein Verfahren mit den Merkmalen des Anspruchs 1, ein Verfahren mit den Merkmalen des Anspruchs 11, eine digitale Kommunikationseinrichtung mit den Merkmalen des Anspruchs 15, ein Fernsprechgerät mit den Merkmalen des Anspruchs 19 und ein Telekommunikationssystem mit den Merkmalen des Anspruchs 24 gelöst. Vorteilhafte Ausführungsformen der Erfindung sind in der Unteransprüchen gekennzeichnet.

Die erfindungsgemäße Lösung ermöglicht durch Zurverfügungstellung eines dynamischen und flexiblen Übergangs zwischen leitungsvermittelter und paketvermittelter Datenübertragung eine kostengünstige und dabei qualitativ immer zufriedenstellende Fernübertragung von Daten, seien es Audiodaten, Videodaten, Daten eines Computers oder Steuerdaten.

Dabei werden Mittel zur Verfügung gestellt, die auf Befehl des Nutzers oder automatisch zwischen einer Leitungsvermittlung (line-switching) und einer Paketvermittlung (IP-switching) beliebig umschalten. Auf diese Weise hat der Anwender beispielsweise die Möglichkeit, zunächst Daten in kostengünstiger Art und Weise über das Internet zu versenden und dann für einen größeren Datendurchsatz auf Leitungsvermittlung umzuschalten, ohne den Telekommunikationsvorgang unterbrechen zu müssen. Ein dynamisches hin-und-her-Schalten eines Telekommunikationsvorgangs wird ermöglicht.

Durch die Möglichkeit eines dynamischen hin-und-her-Schalten eines Telekommunikationsvorgangs zwischen lei-

4

tungsvermittelter und paketvermittelter Übertragung wird gewährleistet, daß eine Datenübertragung immer in Realzeit erfolgen kann.

Die vorliegende Erfindung stellt ein völlig neues Konzept in der Telekommunikation dar, insofern, als eine Telekommunikations-Verbindung nicht mehr bereits zu deren Beginn für ihre gesamte Dauer festgelegt werden muß, ob das normale Internet (über paketvermittelte Dienste) oder das ISDN/PSTN Telefonnetz (über leitungsvermittelte Dienste) benutzt wird. Die bisherige Zweiteilung Leitungsvermittlung/Paketvermittlung wird damit für den Nutzer aufgehoben.

Leitungsvermittlung und Paketvermittlung stehen sich nicht mehr als Alternativen gegenüber, sondern sind integriert und ergänzen sich. Hiervon profitieren sowohl die Endnutzer als auch die Diensteanbieter. Die Endnutzer erhalten einen besseren Service bei geringeren Telekommunikationskosten und sind nicht mehr gezwungen, auf mehrere Diensteanbieter zurückgreifen zu müssen. Die Diensteanbieter können ihre Infrastruktur vereinfachen und besser nutzen sowie das vorhandene Dienstangebot erweitern.

In einer bevorzugten Ausgestaltung des erfindungsgemäßen Verfahrens wird ein Wechsel zwischen Leitungsvermittlung und Paketvermittlung bzw. umgekehrt durch ein Steuersignal initiiert, das durch den Nutzer etwa durch Drücken einer dafür vorgesehenen Befehlstaste am Telefon ausgelöst wird. Hierdurch hat der Nutzer ständig die Möglichkeit, die gewählte Art der Datenübertragung auf Wunsch zu wechseln.

Alternativ oder ergänzend wird ein Wechsel zwischen Leitungsvermittlung und Paketvermittlung bzw. umgekehrt durch ein Steuersignal ausgelöst, das in einer Prüfeinrichtung bei Unter- bzw. Überschreiten bestimmter Anforderungen an die Qualität der Datenübertragung automatisch erzeugt wird. Beispielsweise prüft die Prüfeinrichtung laufend den Rauschanteil der ankommenden Daten oder die Zeitverzögerung bei einer paketvermittelten Übertragung, und löst bei Überschreiten vorgegebener Grenzwerte ein Steuersignal zur Änderung der Übertragungsart auf Leitungsvermittlung bzw. Paketvermittlung aus.

In einer vorteilhaften Ausgestaltung der Erfindung werden Daten zwischen einem ersten und einem zweiten ISDN-Endgerät übertragen, wobei von dem ersten ISDN-Endgerät zu einem B-Kanal eine Verbindung zu einem Internet Service Provider hergestellt wird. Vom Einwählpunkt in das Internet (POP) werden die in IP-Pakete gepackten Daten paketvermittelt über das Internet zum anderen ISDN-Endgerät übertragen, so daß Internet-Telefonie stattfindet.

Sofern die Qualität der Datenübertragung unbefriedigend wird, etwa bei einem hohen Verkehrsaufkommen im Internet und damit verbundenen langen Verzögerungszeiten der einzelnen IP-Pakete, wird durch einen Auslösebefehl des Nutzers oder automatisch über den anderen B-Kanal eine leitungsvermittelte Verbindung zum Empfänger hergestellt, worauf die Datenübertragung leitungsvermittelt über das Telefonnetz erfolgt. Sobald die Überlastung des Internet wieder aufgehoben ist oder eine schlechtere Qualität in Kauf genommen wird, wird ggf. die leitungsvermittelte ISDN-Verbindung wieder fallen gelassen und es erfolgt erneut eine Datenübertragung über das Internet. Da der Nutzer sich lediglich bei dem lokalen ISP einwählen muß, fallen während der Dauer der Datenübertragung, insbesondere während eines Telefonats über das Internet nur geringe Kosten an.

Neben der Internet-Telefonie liegt eine andere wichtige Anwendung des erfindungsgemäßen Verfahren in der Übertragung von Daten zwischen einem PC und einem Internet-Server, wobei zum Herunterladen von Dateien vom Internet-Server auf den PC ein Wechsel von einer paketvermittel-

# DE  196 45 368  A 1

5

ten Übertragung auf eine eine höhere Bandbreite aufweisende leitungsvermittelte Übertragung erfolgt, und nach Herunterladen der Dateien gegebenenfalls ein erneuter Wechsel auf eine paketvermittelte Übertragung erfolgt.

Mit Vorteil werden bei dem erfindungsgemäßen Verfahren auf den verwendeten ISDN/PSTN Leitungen die Daten mehrerer Fernsprechkanäle gemultiplext. Insbesondere wird eine Leitung zwischen einer ISDN/PSTN Vermittlungsstelle und einen Einwählpunkt zum Internet (POP) zwischen mehreren Internet-Sitzungen gemultiplext. Hierdurch wird erreicht, daß nicht für jeden Internet-Zugang eines Nutzers eine ISDN/PSTN Datenleitung ständig belegt ist. Beispielsweise werden auf einen 64 kbit Kanal zwischen Vermittlungsstelle und Einwählpunkt zum Internet (POP) ein unterschiedliche Internet-Verbindungen gemultiplext. Auf diese Weise stehen der Telefongesellschaft insgesamt mehr freie Leitungen zur Verfügung.

Die Erfindung stellt zur Implementierung des erfindungsgemäßen Verfahrens neuartige Router zum Weiterleiten und Vermitteln digitaler Daten in einem Telekommunikationsnetz zur Verfügung, die sowohl eine Leitungsvermittlung als auch eine Paketvermittlung ermöglichen und dabei die Funktionalität einer TK-Anlage bzw. Vermittlungsstelle (switch von 1-byte-Paketen) und eines Internet-Router (switch von viele-byte-Paketen) kombinieren. Die Implementierung erfolgt wahlweise durch Hardware oder Software, bevorzugt jedoch durch Software.

Ein erfindungsgemäßer Router weist eine Router-Einrichtung zum Routen von IP-Datenpaketen, eine Line-Switching-Einrichtung mit digitalem Koppelfeld zum Verbindungsaufbau und zum Durchschalten von Fernsprechkanälen sowie eine Steuereinrichtung auf, die in Abhängikeit von Steuersignalen ankommende Daten entweder an die Router-Einrichtung oder an die Line-Switching-Einrichtung leitet. Die Steuersignale werden dabei bevorzugt durch den Nutzer ausgelöst und zusammen mit anderen Signalisierungsdaten an den Router übertragen.

Um die Vorteile einer Datenübertragung über das Internet optimal auszunutzen, erfolgt eine paketorientierte Datenübertragung im Internet bevorzugt innerhalb eines Intranets, das aus einer Teilmenge der lokalen Netzwerke und Hostrechner besteht, aus denen sich das Internet zusammensetzt. Diese Teilmenge ist durch bestimmte Eigenschaften gekennzeichnet, deren hervorragendste die Realzeitfähigkeit ist. Durch Zurverfügungstellung ausreichender Bandbreite etwa auf bestehenden Standleitungen sowie durch restriktive Zugangsregeln wird unter normalen Bedingungen eine Datenübertragung mit Realzeiteigenschaften ermöglicht. Dies ist insbesondere für die Internet-Telefonie von Bedeutung, da das menschliche Ohr Zeitverzögerungen kaum akzeptiert.

Idealerweise erfolgt eine Datenübertragung zunächst über das übliche Internet, da dies am kostengünstigsten ist. Sofern sich nicht akzeptable Zeitverzögerungen durch hohes Verkehrsaufkommen im Netz oder die Blockierung einzelner Router durch umfangreiche IP-Pakete ergeben, wechselt der Nutzer zu einem Intranet, in dem Realzeitfähigkeit besteht. Wenn auch in diesem Netz ein Datenstau stattfindet, wird durch einen entsprechenden Befehl der Nutzers durch das Endgerät oder einen erfindungsgemäßen Router eine Leitung mit einer festen Bandbreite, etwa 64 kbit/s hergestellt, die eine Datenübertragung mit ausreichender Bandbreite sicherstellt. Die Erfindung ermöglicht eine dynamische Übergabe eines Telekommunikations-Kanals vom normalen Internet zu einem realzeitfähigen Intranet und/oder zu einem ISDN/POTS Netz bzw. umgekehrt.

Es gibt zahlreiche Einsatz ebenen der erfindungsgemäßen Router. Die erfindungsgemäßen Router können dabei

6

in TK-Endgeräte integriert werden oder stellen alternativ selbständige Geräte dar. Im ersten Fall werden sie im folgenden als Terminal Router und im zweiten Fall als Infrastruktur-Router bezeichnet.

Ein Terminal Router ist beispielsweise in ein ISDN-Telefon integriert. In dieser Ausführung ist der Router insbesondere eine Steuereinrichtung, mittels derer eine zusätzliche leitungsvermittelte bzw. paketvermittelte Leitung aufbaubar ist, welche die Datenübertragung (Telefonie, Übertragung von Files etc.) im wesentlichen übergangslos übernimmt. Das Datenendgerät wird durch den Router zur nebenläufigen direkten Benutzung sowohl des normalen Internet (über einen IP-switch eines POP) als auch des ISDN/PSTN Netzes (über eine line-switch) befähigt.

Ein Infrastruktur-Router stellt dagegen einen Ersatz für bestehende TK-Anlagen, Vermittlungsstellen und Internet-Router dar. Infrastruktur-Router bieten dabei eine paketvermittelte Datenübertragung mit Realzeitfähigkeit zu anderen Infrastruktur-Routern an. Infrastruktur-Router bilden somit ein Realzeit-Intranet im Internet aus, auf dem Daten in Echtzeit übertragbar sind. Dabei wird allen existierenden TK-Endgeräten ein Zugang zu den Infrastruktur-Routern ermöglicht, unabhängig davon, ob es sich um analoge oder digitale Endgeräte handelt.

Die Erfindung stellt des weiteren ein Fernsprechgerät mit den Merkmalen des Anspruchs 19 zur Verfügung, mit welchem IP-Pakete gesendet und empfangen werden können. In das Fernsprechgerät ist eine Einrichtung zur Kompression bzw. Dekompression der Audiodaten integriert, um mit das weniger als 8 kbit/s Bandbreite der normalen Internet-Fernkommunikation auszukommen. Während einer leitungsvermittelten Übertragung werden die Header der IP-Pakete bevorzugt weggelassen, da sie dann nicht benötigt werden und auf diese Weise der Bandbreitenbedarf für das Gespräch temporär weiter reduziert wird.

## Beschreibung mehrerer Ausführungsbeispiele

Die Erfindung wird nachfolgend unter Bezugnahme auf die Figuren der Zeichnung an mehreren Ausführungsbeispielen näher erläutert werden. Es zeigen:

**Fig. 1** schematisch ein erfindungsgemäßes Telekommunikationsnetz,

**Fig. 2** schematisch ein im Stand der Technik bekanntes Telekommunikationsnetz,

**Fig. 3** eine schematische Darstellung der Funktionseinheiten eines erfindungsgemäßen Router,

**Fig. 4** schematisch die Vernetzung zwischen einem LAN und dem Internet bzw. dem Fernmeldenetz bei Verwendung eines erfindungsgemäßen Routers als Ersatz für eine herkömmliche TK-Anlage,

**Fig. 5** schematisch ein Telekommunikationsnetz, bei dem erfindungsgemäße Router als Vorrechner für vorhandene TK-Anlagen verwendet werden,

**Fig. 6** schematisch ein Telekommunikationsnetz, in dem erfindungsgemäße Router ein Intranet ausbilden,

**Fig. 7** schematisch die Vernetzung zwischen einem erfindungsgemäßen Telefon und dem Internet bzw. dem Fernmeldenetz,

**Fig. 8** eine schematische Darstellung eines Verfahrens zur Internet-Telefonie mit ergänzender Leitungsvermittlung und

**Fig. 9** schematisch ein Telekommunikationsnetz, das einen PC und einen WWW Server verbindet.

**Fig. 2** zeigt ein herkömmliches Telekommunikationsnetz. Datenendeinrichtungen wie Telefon **1** oder Personal Computer **2** sind direkt oder mittels einer Telekommunikationsanlage (TK-Anlage) 3 über eine ISDN/POTS Leitung mit einer Vermittlungsstelle **4** des Fernmeldenetzes verbunden.

7

8

An die TK-Anlage 3 ist gegebenenfalls ein lokales Netzwerk LAN 5 angeschlossen. Die Vermittlungsstellen 4 leiten eingehende Verbindungswünsche weiter und stellen leitungsvermittelte Verbindungen zur Verfügung. Über einen Einwählpunkt POP (Point of Presence) 6 zum Internet wird ein Zugang zum Internet ermöglicht. Sowohl Infrastruktur als auch Endgeräte sind derart konzipiert, daß sie in einer Kommunikations-Beziehung entweder einen leitungsvermittelten oder einen paketvermittelten Dienst anbieten bzw. benutzen.

Die eingesetzten Techniken sind an sich bekannt. Die Datenübertragung zwischen Endgerät 1, 2 bzw. TK-Anlage 3 und der Vermittlungsstelle 4 erfolgt leitungsorientiert, ebenso die Datenübertragung zwischen der Vermittlungsstelle 4 und dem POP 6 des Internet Service Providers IPS, und zwar unabhängig davon, ob Telefonie, Internet-Zugang oder LAN-Zugang erfolgt. Ein Durchschalten der Leitungen erfolgt über Koppelfelder, die in der Vermittlungsstelle oder auch in der TK-Anlage realisiert sind. Bei einem ISDN-Netz werden die Informationen von Endgerät zu Endgerät digital übertragen.

Entsprechend sind ISDN-TK-Anlagen mit digitalen Koppelfeldern und digitale Vermittlungsstellen, ebenfalls mit digitalen Koppelfeldern vorgesehen.

Besonders verbreitet ist das PCM 30 System, bei dem 8 Bit Codewörter für je 30 Nutzkanäle innerhalb einer Abtastperiode von 125 µs gemultiplext und in einem Pulsrahmen gesendet werden. Auf einem einzelnen Kanal findet dabei allerdings kein Multiplexing statt. Der Pulsrahmen wird in ständiger Wiederholung zwischen Sender (Endgerät, TK-Anlage) und Empfänger (TK-Anlage, Vermittlungsstelle) übertragen, auch wenn keine Nutzsignale enthalten sind.

Im digitalen Koppelfeld werden einzelne Bytes umkopiert und dann versendet (switch von 1-byte-Paketen). Da während des Vermittlungsvorgangs jeweils nur ein Byte in einen Informationsspeicher eingelesen und dann wieder ausgelesen wird, entsteht bei der Vermittlung des Verbindungswegs eine nur minimale zeitliche Verzögerung.

Ab dem Zugangspunkt POP 6 zum Internet erfolgt eine Datenübertragung nur noch paketvermittelt. Grundlage ist das an sich bekannte Netzprotokoll IP/UDP oder IP/TCP. Der Zugang zum Internet wird durch einen Hostrechner bewirkt, der Datenpakete, die nicht für ihn selbst bestimmt sind, entgegennimmt und an das Teilnetz, dessen Adresse sind tragen, weiterleitet. Derartige Hostrechner werden als Router bezeichnet. Beim Routen erfolgt ebenso wie bei einer Vermittlungsstelle ein Umkopieren, hier der IP-Pakete (switch von viele-byte-Paketen). Entsprechend der Größe der IP-Pakete und der Anzahl der ein IP-Paket weiter leitenden Router treten dabei Zeitverzögerungen auf. Diese können bei Überlastung der Router derartige Ausmaße annehmen, daß etwa bei der Internet-Telefonie Verzögerungen von mehr als 0.5 s auftreten, die das menschliche Ohr nicht mehr toleriert.

Fig. 1 zeigt ein erfindungsgemäßes Telekommunikationsnetz, das auf neuartigen Routern 7, 7a basiert, die im einzelnen in Fig. 3 beschrieben sind und im folgenden *Router genannt werden. Die *Router 7 integrieren die Funktionalität eines Internet-Routers und einer Telekommunikationsanlage bzw. Vermittlungsstelle. Wesentlich ist dabei die Möglichkeit, zwischen Leitungsvermittlung und Paketvermittlung während einer Übertragung dynamisch umzuschalten, wie noch näher beschrieben werden wird. Dadurch wird es möglich, aus einer asynchronen paketvermittelten Übertragung variabler Bandbreite bei Wunsch auf eine synchrone leitungsvermittelte Übertragung größerer und fester Bandbreite umzustellen. Internet-Telefonie und das Downlowden von Files von einem WWW-Server sind zwei wichtige Anwendungen.

Doch zunächst zum Netz selbst. Die mit Datenendeinrichtungen 1, 2 bzw. LANs 5 verbundenen *Router 7 sind gemäß Fig. 1 über eine Leitung 8 mit einer Vermittlungsstelle 6 des Telefonnetzes verbunden, um gegebenenfalls eine leitungsvermittelte Übertragung zum Empfänger über das Telefonnetz aufzubauen.

Gleichzeitig sind die *Router 7 bevorzugt bereits ins Internet integriert und etwa über eine Standleitung 9 direkt mit weiteren *Routern 7a verbunden. Dadurch wird gewährleistet, das eine Paketvermittlung sogleich im Internet stattfindet, ohne einen Zugang zum Internet über eigene ISDN/ POTS Leitungen nehmen zu müssen. Hierdurch werden die lokalen Telefonkosten für die Verbindung bis zum POP gespart.

Bei noch unvollständigem Ausbau des erfindungsgemäßen Telekommunikationsnetz es wird allerdings häufig noch ein Zugang zum Internet zunächst über herkömmliche Vermittlungsstellen erfolgen müssen. Ausgebaut, besteht das Netz idealerweise nur noch aus *Routern 7, die die Vermittlungsstellen ersetzen. Datenübertragung jeglicher Art erfolgt standardgemäß dann nur noch über das Internet, wobei jedoch die Möglichkeit besteht, bei Bedarf eine höherqualitative leitungsvermittelte Übertragung zur Verfügung zu stellen. Dabei ist es ggf. ausreichend, eine leitungsvermittelte Übertragung lediglich zwischen zwei benachbarten *Routern aufzubauen, zwischen denen der "Datenstau" herrscht. Hierdurch werden die Kosten für eine exklusive Datenfernleitung gering gehalten.

Da bei dem erfindungsgemäßen Netz die Datenübertragung standardgemäß paketvermittelt erfolgt (IP switching), wird für eine bessere und sicherere paketvermittelte Übertragung eine Untermenge des Internets, nämlich ein virtuelles Intranet mit bestimmten Qualitätseigenschaften ausgewählt. Bezüglich der Internet-Telefonie ist dabei das wesentlichste Qualitätsmerkmal die Realzeitfähigkeit, d. h. es treten keine Zeitverzögerungen der IP-Pakete während eines Gespräches auf, die Router werden also nicht mit zu vielen und zu langen IP-Paketen konfrontiert. Die Internet-Telefonie innerhalb eines Intranets weist damit eine gute Qualität auf. Dennoch kann es erforderlich oder wünschenswert sein, bei bestimmten Gelegenheiten (sehr gute Tonqualität erforderlich, Downlowden großer Files) auf Leitungsvermittlung umzuschalten.

Fig. 3 zeigt schematisch den Aufbau eines erfindungsgemäßen *Routers 7 und stellt den Fall dar, das der *Router ein eigenständiges Gerät ist (Infrastruktur-Router). Der Infrastruktur-Router stellt in Realzeit Intranet-Dienste sowohl zu anderen Infrastruktur-Routern als auch zu TK-Endgeräten her.

Es wird darauf hingewiesen, daß die in Fig. 3 vorgenommene Einteilung des *Routers 7 lediglich funktioneller Art ist. Es liegt im Rahmen der Erfindung, daß der Router allein als Software implementiert ist. Alternativ ist auch eine Hardware-Realisierung möglich.

Der in Fig. 3 dargestellte *Router 7 weist einen Dateneingang 74 auf. Eingehende Daten können eine beliebige Quelle haben, insbesondere von einem anderen Router im Internet, einer herkömmlichen Vermittlungsstelle, einer Telekommunikationsanlage, einem LAN oder einer Endeinrichtung 1, 2 kommen. In den meisten Fällen wird es sich bei den ankommenden Daten um 8 Bit lange PCM-Wörter handeln (PCM = Puls Code Modulation), die auf einer gemultiplexten Zubringerleitung des *Routers 7 ankommen. Etwa bei Einsatz des *Routers 7 in Verbindung mit einem analogen Endgerät oder einer analogen TK-Anlage kann es sich bei den eingehenden Signalen jedoch auch um analoge Signale handeln.

Der *Router 7 weist einen an sich bekannten IP-Router 72 auf, der ankommende IP-Pakete umkopiert (switch von vielebyte-Paketen) und entsprechend der Adresse der Pakete im Internet weiterversendet. Es wird hierbei auf die bekannten Internet-Protokolle IP/UDP und IP/TCP zurückgegriffen.

In den IP-Router 72 ist eine Datenkompressionseinrichtung 721 integriert. Zur Datenkompression wird auf für die Individualkommunikation entwickelte ITU-Kompressionsstandards zurückgegriffen, insbesondere Kompressionsverfahren gemäß dem Standard G.XX. Als Besonderheit ist dabei anzumerken, die vorliegend für die Massenkommunikation ursprünglich für die Individualkommunikation entwickelte Standards verwendet werden.

Des weiteren ist in einer Ausführung des *Routers 7 eine Verschlüsselungseinrichtung 722 zur Verschlüsselung der Daten vorgesehen.

Sofern in dieser Beschreibung und den Ansprüchen von Einrichtungen die Rede ist, werden hierunter mit Software oder alternativ mit Hardware realisierte Funktionalitäten bezeichnet.

Weiter weist der *Router 7 eine Line-Switching-Einrichtung 73 auf, die die Funktionalität einer Telekommunikationsanlage oder einer Vermittlungsstelle besitzt. Insbesondere weist der Baustein 73 ein digitales Koppelfeld 731 zum Durchschalten von Fernsprechkanälen des Telefonnetzes auf. Hierbei wird auf bekannte digitale Koppelnetze zurückgegriffen.

Der IP-Router 72 ist über eine Wählleitung oder eine Standleitung 76 mit anderen Routern bzw. Hosts des Internet verbunden. Die Einrichtung 73 ist über Leitungen 75 mit dem Telefonnetz verbunden, in dem eine Datenkommunikation leitungsvermittelt über ISDN-Leitungen oder POTS-Leitungen erfolgt. Über das Telefonnetz erfolgt über Leitungen 77 gegebenenfalls erneut ein Zugang zum Internet. Dies beispielsweise, wenn nur ein Bypass um einen überlasteten Router geschaffen werden soll.

Die Steuerbefehle, ob eine Paketvermittlung über den IP-Router 72 oder eine Leitungsvermittlung über die Line-switching-Einrichtung 73 erfolgen soll, werden in einer Steuereinrichtung 71 erzeugt. Bei der Einrichtung 71 handelt es sich im wesentlichen um einen logischen Schalter, der die ankommenden Daten entweder zu dem IP-Router 72 oder zu der Line-switching-Einrichtung 73 weiterleitet. Hierzu werden die Steuernachrichten der ankommenden Daten, gegebenenfalls für jeden Kanal gesondert, ausgewertet.

Sofern es sich bei den ankommenden Daten um IP-Pakete handelt, wird der Vorspann der IP-Pakete ausgewertet. Sofern es sich um digitale über eine ISDN-Leitung gesendete Daten handelt, werden die Signalisierungsinformationen ausgewertet. Sofern es sich bei den eingehenden Signalen um analoge Signale handelt, wird die Wählinformation ausgewertet. Der Grundzustand sieht dabei vor, daß die ankommenden Daten über den IP-Router 72 ins Internet gesandt werden. Falls die ankommenden Daten noch nicht als IP-Pakete vorliegen, werden sie in einer in die Steuereinrichtung 71 integrierten Paketierungs-/Depaketierungseinrichtung 711 in entsprechende IP-Pakete gepackt.

Über einen Steuerbefehl, der von einer Endeinrichtung oder einem anderen Router gesendet wird und beispielsweise durch einen Nutzer durch Drücken einer bestimmten Taste an der Endeinrichtung ausgelöst wird, erfolgt eine Umstellung der Vermittlungsart auf leitungsorientierte bzw. paketorientierte Vermittlung. Ein entsprechender Signalisierungsbefehl wird beispielsweise durch eine bestimmte Bit-Folge dargestellt, wobei die Schalteinrichtung 71 die eingehenden Daten in einem Zwischenregister 712 speichert und mit gespeicherten Bit-Folgen vergleicht.

Zur Umstellung von einer Paketvermittlung auf eine Leitungsvermittlung wird zunächst auf Befehl der Steuereinrichtung 71 über die Line-Switching-Einrichtung 73 eine Verbindung zur nächsten Vermittlungsstelle des Fernmeldenetzes oder zu einem anderen *Router aufgebaut. Nach Aufbau der Verbindung werden sämtliche ankommenden Daten der betrachteten Kommunikationsverbindung nicht mehr über den IP-Router 72, sondern über die Line-switching-Einrichtung 73 geleitet. Dabei prüft die Einrichtung 71 vor Weitergabe der Daten an die Einrichtung 73, ob es sich um IP-Pakete handelt und eine Umwandlung in einen anderen Datenrahmen erforderlich ist.

Für den betrachteten Kanal erfolgt nun eine leitungsvermittelte Übertragung, bis erneut ein Steuerbefehl an die Einrichtung 71 ergeht, wieder auf IP-switching umzuschalten. Dieser Befehl wird wiederum durch eine bestimmte Bit-Folge kodiert. Daraufhin wird durch die Steuereinrichtung die durchgeschaltete Leitung abgebrochen und die eingehenden Daten werden wieder an den IP-Router 72 geleitet.

Durch die Steuereinrichtung 71 wird die Möglichkeit geschaffen, in einem *Router 7 sowohl die IP-Technologie als auch die Technologie von Telekommunikationsanlagen bzw. Vermittlungsstellen dynamisch und zur gegenseitigen Ergänzung einzusetzen.

Fig. 4 zeigt einen *Router 7, der als kleiner privater Infrastruktur-Router die Verbindung zwischen einem LAN und dem Fernmeldenetz sowie dem Internet herstellt und private TK-Anlagen oder IP-Router ersetzt. Der *Router 7 ist im betrachteten Ausführungsbeispiel über einen Primärmultiplexanschluß (S2M-Anschluß) mit 30B-Kanälen mit dem ISDN-Netz verbunden. Gleichzeitig besteht eine Verbindung zu einem Internet-Router 7a, der bevorzugt ebenfalls als erfindungsgemäßer *Router ausgebildet ist. Je nach der gewünschten Funktionalität führt der *Router 7 mittels der Einrichtung 71 oder Fig. 3 eine Leitungsvermittlung zwischen dem LAN und dem Fernmeldenetz oder eine Paketvermittlung zwischen dem LAN und dem Internet durch.

Durch den Einsatz eines *Router 7 wird ohne den Umweg über eine Vermittlungsstelle der billige Zugang zum Internet und insbesondere zur Internet-Telefonie eröffnet. Es besteht jedoch weiterhin die flexibel gestaltbare Möglichkeit, eine leitungsvermittelte Verbindung über das ISDN-Netz zur Informationsübertragung zu benutzen, mit den genannten Vor- und Nachteilen.

In Fig. 5 ist ein *Router 7 als privater Infrastruktur-Router vor eine vorhandene TK-Anlage 3 gesetzt und unterbricht dabei die Leitung-zur TK-Anlage 3. Im Normalfall funktioniert der Router als Realzeit-Rerouter vor der TK-Anlage 3 und routet die IP-switched/line-switched Kanäle auf der von ihm kontrollierten Leitung derart, daß sie kostengünstiger oder echtzeitfähiger werden, je nach Wunsch des Nutzers bzw. Bereitstellers der Kanäle. Der *Router 7 beinhaltet dabei einen Bypass, der im Bedarfsfall die eigene Funktionalität auf dieser Leitung völlig eliminiert, wobei die Unterbrechung der Leitung natürlich aufgehoben wird.

Fig. 6 zeigt ähnlich wie Fig. 1 ein aus leistungsstarken Infrastruktur-Routern 7 aufgebautes Intranet. Das Intranet besteht aus einer Menge von Infrastruktur-Routern 7, zwischen denen eine Realzeit-Kommunikationsmöglichkeit besteht. Damit dies möglich ist, stehen zwischen den einzelnen Infrastruktur-Routern 7 zusätzliche Realzeit-Kommunikationskanäle 12 zur Verfügung. Dabei handelt es sich um zusätzliche ISDN/PSTN-Verbindungen oder zusätzliche Intranet-Kanäle. Es kann also zwischen den Infrastruktur-Routern 7 eine leitungsvermittelte Verbindung nicht nur über das Telefonnetz, sondern auch über gesonderte Kanäle 12 erfolgen. Netzseitig können an die Infrastruktur-Router 7 beliebige Endgeräte, TK-Anlagen und LANs angeschlossen

11

12

werden.

**Fig.** 7 zeigt eine Implementierung der Erfindung in einem Telefon **11** als Endeinrichtung, wobei das Telefon zur nebenläufigen direkten Verbindung sowohl des normalen Internet als auch des ISDN/PSTN Netzes befähigt ist und auf das bestehende Telekommunikationsnetz zurückgegriffen werden kann. Ein erfindungsgemäßer *Router ist hier in ein TK-Endgerät integriert.

In einem ISDN-Pulsrahmen werden Signale vom Telefon **11** zur Vermittlungsstelle VS übertragen. Je nach der gewünschten Übertragungsart erfolgt entweder eine leitungsvermittelte Übertragung der Daten ans Telefonnetz oder an einen herkömmlichen IP-Router **6**, der die Daten ins Internet weiterleitet. In beiden Fällen erfolgt eine Datenübertragung dabei zunächst über eine ISDN/POTS Leitung.

Es sei nun der Fall betrachtet, daß der Nutzer zunächst eine paketvermittelte Übertragung über das Internet möchte. Entsprechend wählt er sich über die Vermittlungsstelle beim IP-Router **6** ein. Wie bereits erläutert, ist die Qualität der Internet-Telefonie aufgrund von Zeitverzögerungen gegebenenfalls jedoch unbefriedigend, so daß ein Übergang zu einer leitungsvermittelten Verbindung gewünscht wird.

Hierzu ist im Telefon **11** eine Steuereinrichtung **114** vorgesehen, die in ihrer Funktion der in Bezug auf **Fig.** 3 beschriebenen Steuereinrichtung **71** entspricht. Die Einrichtung **114** weist im wesentlichen Schaltmittel sowie Mittel zum Erkennen der Steuerbefehlen auf. In diesem ist das Telefon **11** derart aufgebaut, daß eine Paketiereinrichtung **111** zum Paketieren der digitalisierten Audiodaten gemäß dem Standard IP aufweist. Die Paketiereinrichtung **111** wird aktiviert, wenn eine paketvermittelte Übertragung über das Internet erfolgt. Ferner ist eine Einrichtung **112** zur Anordnung der Audiodaten in ISDN-Datenrahmen vorgesehen. Bei einer paketvermittelten Verbindung zum Empfänger über das Internet werden die IP-Pakete auf den ISDN-Datenrahmen aufgebracht. Bei einer leitungsvermittelten Verbindung zum Empfänger über das Telefonnetz werden die digitalen Daten ohne Paketierung auf den ISDN-Rahmen aufgebracht.

In einer alternativen Ausführungsform werden die Daten grundsätzlich paketiert, auch bei einer leitungsvermittelten Verbindung. Es werden dann in beiden Fällen IP-Pakete zwischen Sender und Empfänger ausgetauscht, unabhängig davon, ob die Fern-Kommunikation per Line-switching oder IP-switching erfolgt. Während einer leitungsvermittelten Verbindung können allerdings die Header der IP-Pakete weggelassen werden, da diese nicht benötigt werden und auf diese Weise die Bandbreite reduziert werden kann.

Weiter ist im Telefon **11** in an sich bekannter Weise eine Einrichtung **113** zum Versenden der Daten an eine Telekommunikationsanlage oder eine Vermittlungsstelle bzw. an einen Zugangspunkt zum Internet vorgesehen.

Die Steuereinrichtung **114** zum Aktivieren und Deaktivieren der Einrichtungen **111, 112**, die ein Hin- und Herschalten zwischen einer paketvermittelten und einer leitungsvermittelten Übertragung bewirkt, ist den beiden Einrichtungen **111, 112** vorgeschaltet und wird durch eine durch den Nutzer auslösbare Befehlstaste **115** mit Steuersignalen beaufschlagt. Alternativ ist eine Prüfeinrichtung **116** vorgesehen, die die Qualität der Datenübertragung überprüft. Hierbei werden insbesondere der Rauschanteil des Signals und/oder Zeitverzögerungen der Datenpakete bestimmt. Sofern dabei ein gewisser, vorgegebener Grenzwert überschritten wird, erzeugt die Prüfvorrichtung ein Steuersignal, das an die Steuereinrichtung gegeben wird und einen Wechsel der Übertragungsart auf Leitungsvermittlung bzw. Paketvermittlung bewirkt.

Das Telefon **11** weist im übrigen eine Einrichtung **117** zur

Kompression bzw. Dekompression der Audiodaten auf. Hierfür wird auf für die Individualkommunikation entwickelte Kompressionsstandards zurückgegriffen. Durch die Sprachkompression ist es möglich, mit einer Bandbreite von weniger als 8 kbit/s auszukommen, so daß bei einer Telefonie über das Internet bei normalen Verhältnissen eine gute Sprachqualität vorliegt.

Die Verbindung zum IP-Router **6** erfolgt über einen Datentransfer auf einem der beiden B-Kanäle. Sofern ein entsprechender Steuerbefehl durch die bestimmte Befehlstaste **115** des Telefons **11** oder eine bestimmte Tastenkombination ausgelöst wird, erkennt die Einrichtung **114** diesen Steuerbefehl und baut auf dem anderen B-Kanal eine direkte Leitung zum Empfänger auf. Sobald die Leitung zwischen Sender und Empfänger aufgebaut ist, wechselt die Informationsübertragung während des Gesprächs und ohne dessen Unterbrechung vom einen B-Kanal auf den anderen B-Kanal.

Es steht nun die synchrone Verbindung mit einer festen Bandbreite zur Verfügung. Die Verbindung zum IP-Router **6** wird wahlweise fallengelassen oder noch aufrechterhalten. Bei einer durch den Nutzer ausgelösten weiteren Befehlsfolge wird die leitungsvermittelte Verbindung zum Empfänger wieder abgebrochen und eine Informationsübertragung findet wiederum über den IP-Router **6** und das Internet statt.

Die in **Fig.** 7 geschilderte Lösung stellt ein Telefon zur Verfügung, das IP-Pakete senden und empfangen kann. Dabei erfolgt eine Sprachkompression bzw. Sprachdekompression, um mit weniger als 8 kbit/s Bandbreite für die Internet-Telefonie auszukommen.

In einem weiteren Aspekt der Erfindung werden zur Datenübertragung zwischen der Vermittlungsstelle VS und dem Einwählpunkt POP zum Internet auf der Leitung zwischen Vermittlungsstelle und POP die Daten mehrerer Internet-Sitzungen gemultiplext. Hierdurch werden die Datenleitungen besser ausgelastet.

**Fig.** 8a bis 8e veranschaulichen ein Ausführungsbeispiel des erfindungsgemäßen Verfahrens. Zum Führen eines Telefongespräches zwischen den Teilnehmern bzw. Endgeräten A und B erfolgt zunächst ein Verbindungsaufbau über das Internet. Hierzu wird die Audioinformation in IP-Pakete gepackt und mittels zahlreicher Router durch das Internet geroutet. Eine Echtzeitkommunikation ist dabei nicht möglich. Wenn die einzelnen Router jedoch nicht allzu stark belastet sind, ist eine akzeptable Sprachqualität erzielbar. Die Internet-Telefonie stellt die kostengünstige Art der Telefonie dar, da der Nutzer nur die Telefongebühren bis zum POP sowie die Gebühren des Internet-Service-Provider zu entrichten hat. Da ein POP fast immer lokal zu erreichen ist, fallen somit nur die Gebühren für ein Ortsgespräch bei der Telefongesellschaft an.

Sobald erfindungsgemäße *Router **7** die herkömmlichen Vermittlungsstellen ersetzen, kann sogar direkt ein Zugang ins Internet erfolgen, so daß überhaupt keine Gebühren mehr an die Telefongesellschaften für die Zurverfügungstellung einer Verbindung bis zum POP entrichtet werden müssen.

Wie in **Fig.** 8b angedeutet, erreicht die Qualität des über das Internet geführten Telefongespräches in Stoßzeiten eine nicht mehr akzeptable Qualität, da die im Internet zur Verfügung stehende Bandbreite dann unter 8 kbit/s fällt. Sobald sich Zeitverzögerungen von mehr als 50 ms ergeben, ist ein Gespräch kaum noch zu führen. Gemäß **Fig.** 8c werden die IP-Pakete der Audioinformation daraufhin nur noch innerhalb eines Intranets weitergeleitet. Das Intranet besteht ausschließlich aus *Routern **7** und ermöglicht bei normalen Bedingungen eine Realzeitfähigkeit. Die Datenkommunikation ist schneller, da die einzelnen *Router **7** durch speziell

DE  196 45 368  A 1

reservierte Leitungen miteinander verbunden sind.

Da durch das Intranet eine eigenen Infrastruktur zur Verfügung gestellt werden muß, sind die Gebühren des Intranet-Service-Providers etwas höher als des Internet-Service-Providers. Im übrigen entstehen weiterhin nur die lokalen Telefonkosten.

In Stoßzeiten kann das Intranet jedoch so stark belegt sein, daß es keine Datenpakete mehr entgegennimmt, wie in **Fig.** 8d angedeutet. Möglicherweise wünschen sich die Gesprächsteilnehmer auch lediglich eine bessere Qualität, etwa um ein Musikstück zu überspielen. Es wird dann gemäß **Fig.** 8e zwischen einzelnen \*Routern **7** eine Verbindung aufgebaut, über die die Teilnehmer in herkömmlicher Art und Weise telefonieren können. Erst jetzt entstehen die bekannten hohen Kosten für ein Ferngespräch.

Die dargestellte Abfolge einer zunehmenden Verbesserung der Qualität der Audioübertragung ist auch in umgekehrter Richtung möglich. Wenn eine Verbindung zunächst leitungsvermittelt hergestellt wurde, beispielsweise weil die Übertragung im Internet ein zu starke Zeitverzögerung aufwies, sich die Situation aber inzwischen entspannt hat oder die Telefonpartner übereingekommen sind, eine schlechtere Qualität zu akzeptieren, kann mittels der \*Router **7** während des Gespräches ohne Unterbrechung ein Wechsel der Datenübertragung über das Intranet bzw. das Internet mittels IP-Pakete erfolgen.

Um einen Wechsel zwischen den einzelnen Serviceklassen Internet, Intranet und ISDN/POTS herbeizuführen, sind mehrere Auslösemechanismen denkbar. Zunächst findet ein Wechsel immer dann statt, wenn der Nutzer dies wünscht und einen entsprechenden Befehl auslöst, etwa durch Drücken einer bestimmten Taste an seinem Telefon. Jedoch können in den Endgeräten A, B bzw. den \*Routern **7** auch Prüfeinrichtungen integriert sein, die automatisch auftretende Zeitverzögerungen oder den Rauschanteil eines übertragenden Gespräches bestimmen und bei Überschreiten eines bestimmten Grenzwertes automatisch eine Umschaltung auf die nächst höherwertige Servicestufe veranlassen.

Eine andere Anwendung, bei der ein graduelles Wechseln vom Internet über das Intranet bis zu einer Leitungsvermittlung sinnvoll ist, ist das Herunterladen von Daten von WWW-Servern **14**, die auch an das Telefonnetz angeschlossen sind. Gemäß **Fig.** 9 ist ein WWW Client, ein PC **13**, mit dem Internet verbunden. Um in WWW von Schlagwort zu Schlagwort zu browsen, genügt einem PC-Nutzer eine Bandbreite von etwa 8 kbit/s, die' üblicherweise für eine normale Internet-Benutzung zur Verfügung stehen. Wenn ein Nutzer während des Browsens eine große Datei findet, die er auf seinen PC **13** herunterladen möchte, so kann er, um Wartezeiten zu vermeiden, auf ein Intranet oder auch gleich auf eine ISTN/PSTN Verbindung um' schalten, die ihm im Falle von ISDN 64 oder 128 kbit/s Bandbreite zur Verfügung stellt. Der Nutzer kann das die Daten über die aufgebaute Leitung schnell vom WWW Server **14** herunterladen und danach zum Browsen wieder auf die kostengünstigen 8 kbit/s zurückkehren.

Zwischen PC **13** und WWW Server **14** werden dabei in beiden Fällen IP-Pakete ausgetauscht, unabhängig davon, ob die Datenfernübertragung per line-switching (leitungsvermittelt) oder IP-switching (paketvermittelt) erfolgt. Der Grund hierfür liegt darin, daß die Daten eines Computers anders als Audiodaten in jedem Fall in Pakete gepackt werden.

Auf der Leitung **15** zwischen der ISDN/PSTN Vermittlungsstelle **16** des PC **13** und dem Einwählpunkt POP **17** in das Internet erfolgt in einer bevorzugten Ausgestaltung ein Multiplexing der Datenpakete mehrerer Internet-Sitzungen, um die Leitung **16** optimal auszunutzen.

Die Erfindung beschränkt sich in ihrer Ausführung nicht auf die vorstehend angegebenen Ausführungsbeispiele. Vielmehr sind eine Anzahl von Varianten denkbar, welche von der Erfindung auch bei grundsätzlich anders gearteten Ausführungen Gebrauch machen.

Patentansprüche

1. Verfahren zur Fernübertragung von Daten zwischen zwei Einrichtungen wie Telefon oder PC eines Telekommunikationsnetzes, bei dem während einer Datenübertragung zwischen den Einrichtungen mindestens einmal ein Wechsel von einer paketvermittelten auf eine leitungsvermittelte Übertragung bzw. ein Wechsel von einer leitungsvermittelten auf eine paketvermittelte Übertragung stattfindet, ohne daß die Datenübertragung dabei unterbrochen wird.

2. Verfahren nach Anspruch 1, bei dem ein Wechsel zwischen Leitungsvermittlung und Paketvermittlung bzw. umgekehrt durch ein Steuersignal ausgelöst wird, das durch einen Nutzer initiiert wird.

3. Verfahren nach Anspruch 1 oder 2, bei dem ein Wechsel zwischen Leitungsvermittlung und Paketvermittlung bzw. umgekehrt durch ein Steuersignal ausgelöst wird, das in einer Prüfeinrichtung bei Unter- bzw. Überschreiten bestimmter Anforderungen an die Qualität der Datenübertragung, wie Zeitverzögerung oder Rauschanteil, automatisch erzeugt wird.

4. Verfahren nach mindestens einem der Ansprüche 1 bis 3 zur Übertragung von Audiodaten zwischen einem ersten und einem zweiten Telefon, bei dem vom ersten Telefon über das Internet eine paketvermittelnde Verbindung zu dem zweiten Telefon hergestellt wird, bei Unterschreiten bestimmter Qualitätsanforderungen an die Übertragung eine leitungsvermittelte Verbindung zwischen den Endgeräten aufgebaut und die Daten daraufhin über die leitungsvermittelte Verbindung übertragen werden, und gegebenenfalls ein erneuter Wechsel auf eine paketvermittelte Übertragung erfolgt.

5. Verfahren nach mindestens einem der Ansprüche 1 bis 3 zur Übertragung von Daten zwischen einem PC und einem Internet-Server, bei dem zum Herunterladen von Dateien vom Internet-Server auf den PC ein Wechsel von einer paketvermittelten Übertragung auf eine eine höhere Bandbreite aufweisende leitungsvermittelte Übertragung erfolgt, und nach Herunterladen der Dateien gegebenenfalls ein erneuter Wechsel auf eine paketvermittelte Übertragung erfolgt.

6. Verfahren nach mindestens einem der vorangehenden Ansprüche zur Übertragung von Daten zwischen einem ersten und einem zweiten ISDN-Endgerät, bei dem vom ersten ISDN-Endgerät auf dem einen B-Kanal eine Verbindung zu einem Internet Service Provider hergestellt wird, mittels dieser Verbindung in IP-Pakete gepackte Daten paketvermittelt über das Internet zu dem anderen ISDN-Endgerät übertragen werden und bei Unterschreiten bestimmter Qualitätsanforderungen an die übertragenen Daten über den anderen B-Kanal eine leitungsvermittelte Verbindung zu dem anderen ISDN-Endgerät aufgebaut wird, und die Datenübertragung daraufhin leitungsvermittelt über das Telefonnetz erfolgt.

7. Verfahren nach mindestens einem der vorangehenden Ansprüche, bei dem auf den verwendeten ISDN/PSTN Leitungen die Daten mehrerer Fernsprechkanäle gemultiplext werden.

8. Verfahren nach Anspruch 8, bei dem eine Leitung zwischen einer ISDN/PSTN Vermittlungsstelle und ei-

DE 196 45 368 A 1

15

nem Einwählpunkt zum Internet (POP) zwischen mehreren Internet-Sitzungen gemultiplext wird.

9. Verfahren nach mindestens einem der vorangehenden Ansprüche, bei dem der Aufbau einer leitungsvermittelten Verbindung erst durch diejenige Instanz zwischen Sender und Empfänger erfolgt, vor der ein Stau der paketvermittelten Datenübertragung besteht.

10. Verfahren nach mindestens einem der vorangehenden Ansprüche zur Übertragung von Audiodaten, bei dem die Audiodaten vom jeweiligen Endgerät auf eine Bandbreite zwischen 1 und 8 kbit/s komprimiert werden.

11. In einer ‚digitalen Kommunikationseinrichtung ein Verfahren zur Übertragung von Daten über das Telefonnetz und/oder Internet, bestehend aus folgenden Schritten:

    a) Aufbau einer Verbindung zu einem Zugangspunkt zum Internet,

    b) Paketierung der Daten in IP-Pakete und Versendung der IP-Pakete über das Internet,
    c) wiederholtes Prüfen, ob ein Steuersignal zum Aufbau einer leitungsvermittelten Verbindung vorliegt,
    d) Aufbau einer leitungsvermittelten Verbindung bei vorliegen eines entsprechenden Steuersignals,
    e) Wechsel auf eine leitungsvermittelte Datenübertragung über das Telefonnetz ohne Unterbrechung der Übertragung.

12. Verfahren nach Anspruch 11 unter Verwendung zweier ISDN-Endgeräte, wobei die IP-Pakete über den einen B-Kanal zum Internet-Zugangspunkt und der Aufbau einer leitungsvermittelten Verbindung über den anderen B-Kanal erfolgt.

13. Verfahren nach Anspruch 11 oder 12, bei dem in analoger Weise ein Wechsel zwischen einer leitungsvermittelten Übertragung und einer paketvermittelten Übertragung erfolgt.

14. Verfahren nach mindestens einem der Ansprüche 11 bis 13, bei dem eine paketvermittelte Übertragung über ein Intranet erfolgt, das Realzeitfähigkeit besitzt.

15. Digitale Kommunikationseinrichtung (Router) zum Weiterleiten und Vermitteln von Daten in einem Telekommunikationsnetz mit

    a) einer Router-Einrichtung (72) zum Routen von IP-Datenpaketen,
    b) einer Line-Switching-Einrichtung (73) mit digitalem Koppelfeld zum Verbindungsaufbau und zum Durchschalten von Fernsprechkanälen,
    c) einer Steuereinrichtung (71), die in Abhängigkeit von Steuersignalen ankommende Daten entweder an die Router-Einrichtung (72) oder an die Line-Switching-Einrichtung (73) leitet.

16. Router nach Anspruch 15, wobei die Steuereinrichtung Mittel aufweist, durch die vor Weiterleitung der Daten an die Router-Einrichtung bzw. an die Line-Switching-Einrichtung, sofern erforderlich, eine Anpassung der Signalisierungsdaten und Nutzdaten an das jeweilige Datenformat erfolgt.

17. Router nach Anspruch 15 oder 16, der zusätzlich eine Einrichtung zur Komprimierung und Dekomprimierung von Daten aufweist.

18. Router nach mindestens einem der Ansprüche 15 bis 17, der zusätzlich eine Einrichtung zur Verschlüsselung und Entschlüsselung von Daten aufweist.

19. TK-Endgerät, insbesondere Fernsprechgerät mit
    a) einer Paketiereinrichtung (111) zum Paketieren der Audiodaten gemäß dem Standard IP,

16

    b) einer Einrichtung (112) zur Anordnung der Audiodaten in Datenrahmen für eine leitungsvermittelte Übertragung,
    c) einer Einrichtung (113) zum Versenden der Daten an einen Zugangspunkt zum Internet bzw. eine Telekommunikationsanlage oder eine Vermittlungsstelle,
    d) einer Steuereinrichtung (114), die ein Hin- und Herschalten zwischen einer paketvermittelten und einer leitungsvermittelten Übertragung ermöglicht, und
    e) einer Auswahleinheit (115), die Steuersignale an die Steuereinrichtung (114) gibt.

20. Fernsprechgerät nach Anspruch 19, das eine Prüfeinrichtung (116) aufweist, die bei Unter- bzw. Überschreiten bestimmter Anforderungen an die Qualität der Datenübertragung, wie Zeitverzögerung oder Rauschanteil, automatisch ein Steuersignal an die Steuereinrichtung (114) sendet.

21. Fernsprechgerät nach Anspruch 19 oder 20, das eine Einrichtung (117) zur Kompression bzw. Dekompression der Audiodaten, insbesondere auf eine Bandbreite von weniger als 8 kbit/s, aufweist.

22. Fernsprechgerät nach einem der Ansprüche 19 bis 21, bei dem während einer leitungsvermittelten Übertragung die, Header der IP-Pakete weggelassen werden.

23. Fernsprechgerät mit einer digitalen Kommunikationseinrichtung gemäß Anspruch 15.

24. Telekommunikationsnetz mit Verbindungsknoten, die als digitale Kommunikationseinrichtungen gemäß Anspruch 15
ausgebildet sind und wahlweise paketvermittelt oder leitungsvermittelt kommunizieren.

25. Telekommunikationsnetz nach Anspruch 24, wobei zwischen den Kommunikationseinrichtungen des Netzes eine Datenübertragung in Realzeit erfolgt.

---

Hierzu 8 Seite(n) Zeichnungen

- Leerseite -

Nummer:                    DE 196 45 368 A1
Int. Cl.[6]:               H 04 L  12/64
Offenlegungstag:           16. April 1998



F i g. 1

ZEICHNUNGEN SEITE 2

Nummer:              DE 196 45 368 A1
Int. Cl.⁶:           H 04 L 12/64
Offenlegungstag:     16. April 1998



F i g. 2

Nummer:                DE 196 45 368 A1
Int. Cl.⁶:             H 04 L 12/64
Offenlegungstag:       16. April 1998



Fig. 3

Nummer:                    DE 196 45 368 A1
Int. Cl.⁶:                 H 04 L 12/64
Offenlegungstag:           16. April 1998



Fig. 4

Nummer:                 DE 196 45 368 A1
Int. Cl.⁶:              H 04 L  12/64
Offenlegungstag:        16. April 1998



F i g. 5



F i g. 6

Nummer:                DE 196 45 368 A1
Int. Cl.[6]:           H 04 L 12/64
Offenlegungstag:       16. April 1998



Fig. 7

Nummer:                DE 196 45 368 A1
Int. Cl.[6]:            H 04 L 12/64
Offenlegungstag:       16. April 1998











F i g. 8

Nummer:              DE 196 45 368 A1
Int. Cl.[6]:          H 04 L 12/64
Offenlegungstag:     16. April 1998



F i g. 9

EXHIBIT 2

(19)

Europäisches Patentamt

European Patent Office

Office européen des brevets

(11) **EP 0 929 884 B1**

(12) **EUROPÄISCHE PATENTSCHRIFT**

(45) Veröffentlichungstag und Bekanntmachung des Hinweises auf die Patenterteilung:
**27.10.1999 Patentblatt 1999/43**

(21) Anmeldenummer: **97913101.8**

(22) Anmeldetag: **07.10.1997**

(51) Int Cl.[6]: **H04M 7/00**, H04L 12/64

(86) Internationale Anmeldenummer:
**PCT/DE97/02363**

(87) Internationale Veröffentlichungsnummer:
**WO 98/15933 (16.04.1998 Gazette 1998/15)**

(54) **VERFAHREN ZUR ÜBERTRAGUNG VON DATEN IN EINEM TELEKOMMUNIKATIONSNETZ UND SWITCH ZUR DURCHFÜHRUNG DES VERFAHRENS**

METHOD FOR TRANSMITTING DATA IN A TELECOMMUNICATIONS NETWORK AND SWITCH FOR IMPLEMENTING SAID METHOD

PROCEDE DE TRANSMISSION DE DONNEES DANS UN RESEAU DE TELECOMMUNICATION ET COMMUTATEUR POUR LA MISE EN OEUVRE DE CE PROCEDE

(84) Benannte Vertragsstaaten:
**AT BE CH DE DK ES FI FR GB IE IT LI LU NL PT SE**

(30) Priorität: **07.10.1996 DE 19642063**
**23.10.1996 DE 19645368**

(43) Veröffentlichungstag der Anmeldung:
**21.07.1999 Patentblatt 1999/29**

(73) Patentinhaber: **Teles AG**
**Informationstechnologien**
**10587 Berlin (DE)**

(72) Erfinder:
- SCHINDLER, Sigram
  D-14109 Berlin (DE)
- ILLG, Andreas
  D-10555 Berlin (DE)
- LÜDTKE, Karsten
  D-12167 Berlin (DE)
- PAETSCH, Frank
  D-10961 Berlin (DE)

(74) Vertreter:
**Müller, Wolfram Hubertus, Dipl.-Phys. et al**
**Patentanwälte**
**Maikowski & Ninnemann,**
**Xantener Strasse 10**
**10707 Berlin (DE)**

(56) Entgegenhaltungen:
EP-A- 0 732 835        WO-A-95/25407
WO-A-95/31060        US-A- 4 903 260

- LOW C ET AL: "WEBIN - AN ARCHITECTURE FOR FAST DEPLOYMENT OF IN-BASED PERSONAL SERVICES" WORKSHOP RECORD. INTELLIGENT NETWORK. FREEDOM AND FLEXIBILITY: REALISING THE PROMISE OF INTELLIGENT NETWORK SERVICES, 21.April 1996, Seiten 1-12, XP002043670
- RABBAGE R ET AL: "INTERNET PHONE-CHANGING THE TELEPHONY PARADIGM?" BT TECHNOLOGY JOURNAL, Bd. 15, Nr. 2, April 1997, Seiten 145-157, XP000676853

**EP 0 929 884 B1**

Anmerkung: Innerhalb von neun Monaten nach der Bekanntmachung des Hinweises auf die Erteilung des europäischen Patents kann jedermann beim Europäischen Patentamt gegen das erteilte europäische Patent Einspruch einlegen. Der Einspruch ist schriftlich einzureichen und zu begründen. Er gilt erst als eingelegt, wenn die Einspruchsgebühr entrichtet worden ist. (Art. 99(1) Europäisches Patentübereinkommen).

**Beschreibung**

Gegenstand der Erfindung

[0001]    Die Erfindung betrifft ein Verfahren zur Übertragung von Daten von einem ersten Switch zu einem zweiten Switch wahlweise per Leitungsvermittlung oder per Paketvermittlung sowie einen Switch zur Durchführung des Verfahrens.

Hintergrund der Erfindung

[0002]    Die heutige Situation in der Telekommunikation zeichnet sich durch eine Zweiteilung zwischen unterschiedlichen Verbindungs- alias Schalttechniken aus. Es handelt sich hierbei um synchrone, leitungsvermittelte Techniken (line-switching oder circuit switching) und um asynchrone, paketvermittelte Techniken (packet-switching).

[0003]    Leitungsvermittelte Techniken verwenden zwischen den einzelnen Leitungsabschnitten eines Netzes Line-Switches alias Leitungsvermittlungsanlagen, die jeweils 1 Byte-Pakete umkopieren und eine entsprechende Puffergröße aufweisen. Paketvermittelte Techniken verwenden zwischen den einzelnen Leitungsabschnitten eines Netzes Packet-Switches alias Paketvermittlungsanlagen, die Viele-Byte-Pakete umkopieren. Entsprechend beträgt die Puffergröße der Packet-Switches n Bytes, wobei n für die Anzahl der Bytes der umkopierten Datenpakete steht. Der Begriff "Switch" wird nachfolgend derart gebraucht, daß er sowohl einen Line-Switch eines leitungsvermittelten Netzes als auch einen Packet-Switch eines paketvermittelten Netzes umfaßt.

[0004]    Ein Line-Switch alias Leitungsvermittlungsanlage wird im privaten Bereich Telekommunikationsanlage (TK-Anlage), im öffentlichen Bereich Vermittlungsstelle des Netzanbieters genannt. Ein Packet-Switch alias Paketvermittlungsanlage wird auch als Router, IP-Switch oder Host-Rechner bezeichnet.

[0005]    Leitungsvermittelte Verbindungen sind synchron, d.h. die Informationsübertragung von einem Leitungsabschnitt zu einem anschließenden Leitungsabschnitt durch einen Switch (hier: Leitungsvermittlungsanlage) erfolgt im wesentlichen ohne zeitliche Verzögerung.

[0006]    Bei leitungsvermittelter Durchschaltung wird eine Verbindung kontinuierlich in Echtzeit mit der vollständigen Bandbreite eines Kanals zwischen zwei Punkten zur Verfügung gestellt. Auch wenn keine Nutznachrichten übersandt werden, z.B. während eines Telefongesprächs, ist der Übertragungskanal belegt. Leitungsvermittelte Verbindungen sind teuer, man denke insbesondere an Telefon-Ferngespräche, da die Kosten unabhängig von der tatsächlich übertragenen Information entstehen. Der Vorteil liegt in einer zeitverzögerungsfreien und eine feste Bandbreite zur Verfügung stellenden Verbindung.

[0007]    Die andere, heute wesentliche Art der Informationsübertragung ist die Paketvermittlung. Bei der Paketvermittlung werden Informationen, z.B. Audiodaten, Videodaten oder Files eines Computers, paketiert und als Datenpakete übertragen. Die Paketvermittlung arbeitet nach einem asynchronen Übertragungsmodus, d. h. Informationen werden zwischen zwei benachbarten Leitungsabschnitten von einem Switch (hier: Paketvermittlungsanlage) zeitverzögert übertragen. Bei der Paketvermittlung muß anders als bei der Leitungsvermittlung keine feste Verbindung aufrechterhalten werden. Sie ist verbindungslos, d.h. jedes Paket wird einzeln und nicht im Zusammenhang mit anderen behandelt.

[0008]    Die Paketvermittlung wird insbesondere auf dem Internet eingesetzt. Die Datenpakete werden dort als IP-Pakete bezeichnet (IP = Internet Protokoll). Jedes IP-Paket enthält einen Vorspann, in welchem u.a. eine Absender- und eine Empfängeradresse angegeben ist. Die IP-Pakete bilden einen Datenstrom, der über Paketvermittlungsanlagen (alias IP-Switches alias Router alias Host-Rechner) im Internet vom Sender zu dem jeweiligen Empfänger übertragen wird.

[0009]    Aufgrund der Länge der IP-Pakete (ab 16 Byte aufwärts) tritt in den Paketvermittlungsanlagen eine Zeitverzögerung beim Umkopieren auf. Diese Zeitverzögerung kann bei einer starken Belastung der Paketvermittlungsanlage oder bei einer großen Anzahl von Paketvermittlungsanlagen, die ein Datenpaket auf dem Weg zur Zieladresse durchläuft, derart groß sein, daß gewisse Anwendungen nicht mehr möglich sind.

[0010]    Die Zeitverzögerungen sind insbesondere bei der Internet-Telefonie bedeutsam. Bei der Internet-Telefonie benutzt ein kostenbewußter Anrufer das normale Internet mit etwa 8 kbit/s Bandbreite und einer Zeitverzögerung von 0.5 Sekunden. Bei Überlastung des Internets wird die Verzögerungszeit der einzelnen Pakete derart lang, daß eine angenehme Gesprächsverbindung zwischen den Telefonpartnern nicht mehr möglich ist.

[0011]    Internet-Telefonie zeichnet sich durch den großen Vorteil aus, das nur die jeweiligen lokalen Telefongebühren zum nächsten POP (Point of Presence), dem von einem Internet Service Provider ISP angebotenen Einwählpunkt zum Internet anfallen, sowie von den ISPs berechnete Zeitgebühren für die Dauer des Internet-Zugangs sowie ggf. Volumengebühren, nicht jedoch teuere Fernsprechgebühren.

[0012]    Aus der US-PS 4,996,685 sind ein Verfahren und eine Vorrichtung bekannt, die in einem ISDN Kommunikationsnetz während einer bestehenden Verbindung zwischen einem User und einem Host Computer einen dynamischen Wechsel zwischen einer leitungsvermittelten Verbindung über einen ISDN B-Kanal und einer paketvermittelten Verbindung über einen ISDN D-Kanal ermöglichen. Ein Befehl zum Wechseln zwischen einer leitungsvermittelten und einer paketvermittelten Verbindung geht dabei immer vom Host Computer aus.

[0013]    Das aus der US-PS 4,996,685 offenbarte Ver-

3                         EP 0 929 884 B1                         4

fahren ist darauf beschränkt, auf einer ISDN-Verbindung einen Wechsel zwischen einer leitungsvermittelten und einer paketvermittelten Datenübertragung vorzunehmen, wobei eine leitungsvermittelte Übertragung auf einem B-Kanal eine paketvermittelte Übertragung auf dem D-Kanal erfolgt. Ein derartiges Verfahren ist zwar sinnvoll, um einen effektiven Zugang von einem Endteilnehmer zu einem Host-Computer, etwa einer Vermittlungsstelle des Telefonnetzes oder einem Zugangspunkt zum Internet herzustellen, betrifft jedoch nicht die Übertragung von Daten zwischen Switches bzw. Routern eines Netzes.

[0014]   Die WO 95/31060 A1 beschreibt ein Verfahren zur Datenübertragung zwischen einer Informationsquelle und einer Zieleinrichtung, bei der die zu übertragenen Daten als Datenpakete übertragen werden. In Abhängigkeit vom Nachrichtentyp der Datenpakete werden die Daten automatisch entweder ausschließlich leitungsvermittelt oder ausschließlich paketvermittelt übertragen. Insbesondere wird bei kleinen, zu übertragenen Datenmengen eine paketvermittelte Übertragung und bei großen, zu übertragenen Datenmengen eine leitungsvermittelte Datenübertragung gewählt.

[0015]   Die WO 95/23407 A1 beschreibt ein Verfahren zur Übertragung von Daten zwischen einer Datenquelle und Transceiver entweder über ein paketvermitteltes Netz oder ein leitungsvermitteltes Netz. Dabei ist eine Kontrollvorrichtung vorgesehen, die anhand bestimmter Kriterien festlegt, welches Netz und welche Übertragungsmethode für die Übertragung am geeignetsten ist und diese dann auswählt.

[0016]   Die US-A-4,903,260 beschreibt ein digitales Koppelnetz eine Koppelfeldbaustein, die derart ausgestaltet sind, daß von einem beliebigen Eingang zu einem beliebigen Ausgang führende Wege je nach Bedarf entweder für leitungsvermittelte Verbindungen durchgeschaltet oder für paketvermittelte Nachrichten voreingestellt werden können. Voreingestellte Wege für die paketvermittelten Nachrichten bilden ein Netz, dessen Knoten in den Koppelfeldbaustein des Koppelnetzes liegen. In die Koppelfeldbausteine sind diejenigen Funktionseinrichtungen integriert, die erforderlich sind, um jedes Datenpaket auf den dafür voreingestellten Weg zu vermitteln. Es ist damit möglich, ein einziges Koppelnetz je nach Bedarf dynamisch in ein leitungsvermitteltes Netz und ein paketvermitteltes Netz aufzuteilen.

Aufgabe der Erfindung

[0017]   Ausgehend von dem dargelegten Stand der Technik liegt der vorliegenden Erfindung die Aufgabe zugrunde, ein Verfahren zur Übertragung von Daten von einem ersten Switch zu einem zweiten Switch sowie einen Switch zur Durchführung des Verfahrens zur Verfügung zu stellen, die in Abhängigkeit vom Datenaufkommen und den Vorgaben eines Nutzers oder eines Netzmanagements eine flexible Datenübertragung zwischen den Switches und insbesondere eine kostengünstige Datenübertragung in Realzeit ermöglichen.

Zusammenfassung der Erfindung

[0018]   Diese Aufgabe wird erfindungsgemäß durch ein Verfahren mit den Merkmalen des Anspruchs 1, ein Verfahren mit den Merkmalen des Anspruchs 2 und einen Switch mit den Merkmalen des Anspruchs 17 gelöst. Vorteilhafte und bevorzugte Ausführungsformen der Erfindung sind in der Unteransprüchen angegeben.

[0019]   Die erfindungsgemäße Lösung ermöglicht, während einer paketvermittelten Verbindung zwischen zwei Switches dynamisch auf eine leitungsvermittelte Verbindung ohne Unterbrechung der Verbindung umzuwechseln. Dies wird immer dann sinnvoll sein, wenn vor den Switches des paketvermittelten Netzes ein "Datenstau" von Datenpaketen vorliegt. Durch den Aufbau einer leitungsvermittelten Verbindung zwischen den Switches wird erfindungsgemäß ein "Bypass" zur Verfügung gestellt, auf dem Daten mit fester Bandbreite und geringen Verzögerungszeiten im wesentlichen mit Realzeit übertragbar sind, so daß der "Datenstau" umgangen wird. Da eine leitungsvermittelte Verbindung jedoch nur bei Bedarf aufgebaut wird, d.h. wenn eine paketvermittelte Datenübertragung nicht mehr die gewünschte Bandbreite aufweist, ermöglicht die Erfindung eine flexible und möglichst kostengünstige Datenübertragung.

[0020]   Der Begriff "Switch" wird im Sinne der Erfindung dabei wie bereits erläutert derart gebraucht, daß er sowohl einen Line-Switch eines leitungsvermittelten Netzes, der 1-Byte Pakete umkopiert, als auch einen Packet-Switch (Router) eines paketvermittelten Netzes, der Viele-Byte Pakete umkopiert, umfaßt. Bei den zu übertragenen Daten kann es sich um beliebige Daten handeln, etwa Audiodaten, Videodaten oder Files eines Computers.

[0021]   Die Erfindung stellt zur Durchführung des erfindungsgemäßen Verfahrens Switches zur Verfügung, die sowohl eine Leitungsvermittlung als auch eine Paketvermittlung ermöglichen und dabei die Funktionalität eines Line-Switch und eines Packet-Switch kombinieren. Ein erfindungsgemäßer Switch weist eine Paketier-Einrichtung zum Paketieren von Daten, eine IP-Switching-Einrichtung zum Routen von Datenpaketen, eine Line-Switching-Einrichtung zum Verbindungsaufbau zum Durchschalten von Datenkanälen sowie eine Steuereinrichtung auf, die in Abhängigkeit von Steuersignalen ankommende Daten entweder an die IP-Switching-Einrichtung oder an die Line-Switching-Einrichtung leitet.

[0022]   Die entsprechenden Steuersignale werden durch einen Nutzer oder auf Befehl eines Netzwerkmanagements ausgelöst und zusammen mit anderen Signalisierungsdaten an den Switch übertragen. Alternativ erzeugt der Switch selbst bei Unterschreiten einer bestimmten Bandbreite der paketvermittelten Übertragung automatisch einen entsprechenden Steuerbefehl.

[0023] Das aus miteinander verbundenen, erfindungsgemäßen Switches bestehende Netz bildet ein Intranet, auf dem der Datenübertragung dynamisch zwischen Leitungsvermittlung und Paketvermittlung wechselbar ist und das durch die Möglichkeit, bei Bedarf eine leitungsvermittelte Verbindung fester Bandbreite aufzubauen, unter Normalbedingungen eine Datenübertragung in wesentlichen in Realzeit sicherstellt. Dies ist insbesondere für die Internet-Telefonie von Bedeutung.

[0024] Es gibt zahlreiche Einsatzgebiete für die erfindungsgemäßen Switches. Die erfindungsgemäßen Switches können etwa herkömmliche Line-Switches wie TK-Anlagen und Vermittlungsstellen sowie Packet-Switches ersetzen. Insbesondere sind sie zum Bau von neuen Netzen mit Realzeitfähigkeit (Intranets) verwendbar, die sowohl paketvermittelt als auch leitungsvermittelt arbeiten können.

[0025] Das erfindungsgemäße Verfahren wird in einer ersten Variante der Erfindung zwischen zwei Switches eingesetzt, die zwar Teil eines leitungsvermittelten Netzes sind, jedoch nicht unmittelbar Teil eines paketvermittelten Netzes. Es wird daher für eine paketvermittelte Übertragung zunächst eine Verbindung über das leitungsvermittelte Netz vom ersten Switch zu einem Zugangspunkt zum paketvermittelten Netz (etwa Internet-Zugangspunkt) aufgebaut. Die Daten werden leitungsvermittelt zum Zugangspunkt zum paketvermittelten Netz übertragen, dort paketiert, sofern sie nicht bereits als Datenpakete vorliegen, und vom Zugangspunkt paketvermittelt über das paketvermittelte Netz zum zweiten Switch übertragen. Bevorzugt werden die Daten dabei bereits im ersten Switch paketiert und als Datenpakete leitungsvermittelt zum Zugangspunkt übertragen.

[0026] Sofern beide Switches sowohl Teil eines leitungsvermittelten Netzes als auch eines paketvermittelten Netzes sind, kann in einer zweiten Variante des erfindungsgemäßen Verfahrens eine paketvermittelte Datenübertragung unmittelbar zwischen den Switches erfolgen. Bei beiden Varianten wird bei Vorliegen eines entsprechenden Steuersignals eine leitungsvermittelte Verbindung über das leitungsvermittelte Netz direkt zum zweiten Switch aufgebaut. Sofern kein Bedarf an einer leitungsvermittelten Übertragung mehr besteht, erfolgt ein Wechsel zurück zu einer paketvermittelten Übertragung.

[0027] In einer Ausführungsform des erfindungsgemäßen Verfahrens bleiben die Datenpakete nach dem Wechsel auf eine leitungsvermittelte Datenübertragung als Datenpakete bestehen und werden als solche leitungsvermittelt übertragen. In einer alternativen Ausführungsform werden die Datenpakete dagegen depaketiert, insbesondere die Header der Datenpakete entfernt, und die Daten erst dann leitungsvermittelt übertragen. Der Vorteil der ersten Variante liegt darin, daß die Daten bei einem erneuten Übergang zu einem paketvermittelten Netz bereits als Datenpakete vorliegen und daher beim Switchen Zeit gespart wird. Der Vorteil der zweiten Variante liegt darin, daß durch Entfernen der Header der einzelnen Datenpakete die effektive Bandbreite der Datenübertragung erhöht wird.

[0028] In einer bevorzugten Ausgestaltung des erfindungsgemäßen Verfahrens wird zum Übertragen der Datenpakete vom ersten Switch zum Zugangspunkt zum paketvermittelten Netz und zum Übertragen der Daten vom ersten Switch zum zweiten Switch über das leitungsvermittelte Netz derselbe Datenkanal verwendet. Dies hat den Vorteil, daß stets nur ein Datenkanal belegt wird, der je nach Übertragungsart Daten entweder zum Zugangspunkt zum paketvermittelten Netz oder zum anderen Switch überträgt. Insbesondere wird bei einem ISDN-Netz derselbe B-Datenkanal sowohl zum Versenden der Daten zum Zugangspunkt zum paketvermittelten Netz und zum Versenden von Daten über einen Bypass zu einem anderen Switch benutzt.

[0029] Eine Datenübertragung vom ersten Switch zum Zugangspunkt zum paketvermittelten Netz erfolgt stets leitungsvermittelt. Hierdurch wird im Vergleich zu einer an sich auch möglichen paketvermittelten Übertragung zum Zugangspunkt (etwa über einen ISDN D-Kanal) eine größere und feste Bandbreite bis zum Zugangspunkt sichergestellt. Sofern ein ISDN-Netz vorliegt, wird als Datenkanal ein ISDN B-Kanal verwendet. Datenpakete werden dabei über den B-Kanal versendet, indem sie auf ISDN-Rahmen aufgebracht werden. Dies ist an sich bekannt und etwa im Protokoll PPP festgelegt.

[0030] In einer weiteren Ausführungsform zwei Datenkanäle zur Datenübertragung vom ersten Switch vorgesehen, wobei über den ersten Datenkanal die Datenpakete zum Zugangspunkt zum paketvermittelten Netz und über den zweiten Datenkanal die Daten leitungsvermittelt zum zweiten Switch übertragen werden. Je nach Übertragungsart wird entweder der eine Datenkanal oder der andere Datenkanal verwendet. Dies hat den Vorteil, daß Daten gleichzeitig paket- und leitungsvermittelt übertragen werden können. Beispielsweise werden weniger wichtige Daten wie Schriftzeichen paketvermittelt und Audiodaten leitungsvermittelt übertragen.

[0031] In einer weiteren bevorzugten Ausgestaltung der Erfindung werden bei einer leitungsvermittelten Datenübertragung zwischen dem ersten Switch und dem zweiten Switch bzw. zwischen dem ersten Switch und dem Zugangspunkt zum paketvermittelten Netz die Daten mehrerer Nutzer unter Bildung von Subkanälen fester Bandbreite auf einem Datenkanal gemultiplext. Dabei ist vorgesehen, daß die Daten eines Nutzers nach dessen Wahl mit einer Übertragungsrate leitungsvermittelt übertragen werden, die einem Bruchteil der Übertragungsrate der dem Nutzer standardgemäß zur Verfügung stehenden Bandbreite entspricht.

[0032] Insbesondere werden bei einem ISDN-Netz auf den B-Kanälen Subkanäle einer Bandbreite von 32, 16, 8, 4, 2 oder 1 kbit/s zur Verfügung gestellt. Zur Implementierung der Subkanäle werden nur jedes n-te Byte oder jedes n-te bit eines ISDN-Rahmens sogleich um-

7                                          EP 0 929 884 B1                                          8

kopiert und auf dem durchgeschalteten Datenkanal zum nächsten Switch bzw. zum Computernetz-Zugangspunkt weitergeleitet.

[0033]    Die Bildung von Subkanälen auf einem Datenkanal, etwa einem ISDN B-Kanal oder einem Datenkanal des GSM Mobilfunksystems, ermöglicht eine zusätzliche Flexibilität bei der Datenübertragung. Bei vielen Anwendungen wird es völlig ausreichen, daß die Bandbreite nur einem Teil der auf einem Datenkanal zur Verfügung stehenden Bandbreite ausmacht. Die Nutzung des Subkanals weist für einen Nutzer dabei den Vorteil auf, daß entsprechend der Bandbreite des Subkanals geringere Kosten anfallen, dabei jedoch eine feste Bandbreite zur Verfügung gestellt wird. Subkanäle unterschiedlicher Bandbreite definieren dabei unterschiedliche Dienstgüten.

[0034]    Es stehen somit eine paketvermittelte Übertragung, eine leitungsvermittelte Übertragung mit einem Teil der zur Verfügung stehenden Bandbreite eines Datenkanals und eine leitungsvermittelte Übertragung mit der vollständigen Bandbreite des Datenkanals alternativ zur Verfügung.

[0035]    In einer weiteren Ausgestaltung des erfindungsgemäßen Verfahrens werden bei einem Wechsel von einer paketvermittelten zu einer leitungsvermittelten Übertragung die Adreßinformationen der Datenpakete ausgewertet und nach netztopologischen Gesichtspunkten geordnet. Dabei wird zu Datenpaketen, deren Zieladressen den gleichen topologischen Teilbereich des Netzes betreffen, ein in diesem Teilbereich befindlicher Switch ausgewählt, eine leitungsvermittelte Verbindung (Bypass) zu dem ausgewählten Switch aufgebaut und die entsprechenden Daten bzw. Datenpakete leitungsvermittelt zu dem Switch übertragen.

[0036]    Eine Ordnung der Datenpakete erfolgt dabei bevorzugt nach geographischen Gesichtspunkten, wobei zu Datenpaketen, deren Zieladressen den gleichen geographischen Raum betreffen, ein in diesem geographischen Raum befindlicher Switch ausgewählt und eine leitungsvermittelte Verbindung zu diesem Switch aufgebaut wird. Dies ermöglicht, in effektiver Weise einen Bypass aufzubauen, da für Datenpakete mit in etwa gleichem Ziel eine leitungsvermittelte Verbindung direkt zum einen Netzknoten aufgebaut wird, der netztopologisch im Zielbereich der Datenpakete liegt. Der Aufbau eines effektiven Bypasses zwischen den einzelnen Switches hat bei paketvermittelten Netzen große Bedeutung, da ein Datenpaket etwa auf dem Weg von Berlin nach München über Paris und New York laufen kann. Durch Zusammenfassen sämtlicher etwa nach München bestimmten Datenpakete und übertragen dieser Datenpakete leitungsvermittelt direkt von Berlin nach München wird eine effektive Datenübertragung ermöglicht.

[0037]    Zu einer Ordnung der Datenpakete nach geographischen Gesichtspunkten ist bevorzugt vorgesehen, die Zieladressen mit in einer Datenbank gespeicherten Zieladressen zu vergleichen, wobei die Daten-

bank eine Zuordnung zwischen Zieladressen und der zugehörigen geographischen Lage enthält. Die Datenbank ist dabei bevorzugt in dem Switch integriert. Sofern es sich bei den Datenpaketen um IP-Datenpakete handelt, werden die jeweiligen IP-Adressen in der Datenbank "nachgeschlagen" und je nach geographischem Ziel einem bestimmten Bypass zugeordnet.

Beschreibung eines Ausführungsbeispiels

[0038]    Die Erfindung wird nachfolgend unter Bezugnahme auf die Figuren der Zeichnung an mehreren Ausführungsbeispielen näher erläutert. Es zeigen:

Fig. 1        schematisch ein erfindungsgemäßes Telekommunikationsnetz,

Fig. 2        schematisch ein im Stand der Technik bekanntes Telekommunikationsnetz,

Fig. 3        schematisch ein Telekommunikationsnetz, in dem erfindungsgemäße Switches ein Intranet ausbilden,

Fig. 4        eine schematische Darstellung eines erfindungsgemäßen Switches,

Fig. 5a       ein Ablaufdiagramm des erfindungsgemäßen Verfahrens zur Übertragung von Daten zwischen zwei Switches und

Fig. 5b       ein Ablaufdiagramm des erfindungsgemäßen Verfahrens zur Auswahl eines Ziel-Switches unter topologischen Gesichtspunkten.

[0039]    Fig. 2 zeigt ein herkömmliches Telekommunikationsnetz. Datenendeinrichtungen wie Telefon 1 oder Personal Computer 2 sind direkt oder mittels einer Telekommunikationsanlage (TK-Anlage) 3 über eine ISDN/POTS Leitung mit einer Vermittlungsstelle 4 des Fernmeldenetzes verbunden. An die TK-Anlage 3 ist gegebenenfalls ein lokales Netzwerk LAN 5 angeschlossen. Die Vermittlungsstellen 4 leiten eingehenden Verbindungswünsche weiter und stellen leitungsvermittelte Verbindungen zur Verfügung. Über einen Einwählpunkt POP (Point of Presence) 6 wird ein Zugang zu einem paketvermittelten Netz ermöglicht. Über das paketvermittelte Netz werden Daten zwischen miteinander vernetzten Packet-Switches 10 paketvermittelt übertragen.

[0040]    Nachfolgend wird als paketvermitteltes Netz das Internet betrachtet, ohne daß die Erfindung jedoch darauf beschränkt ist. Vielmehr können beliebige paketvermittelte Netze wie etwa auch Mobilfunknetze im Rahmen der Erfindung eingesetzt werden.

[0041]    Die eingesetzten Techniken sind an sich bekannt. Die Datenübertragung zwischen Endgerät 1, 2 und einem Line-Switch (TK-Anlage 3 oder Vermittlungs-

5

stelle 4) erfolgt leitungsvermittelt, ebenso die Datenübertragung zwischen den einzelnen Line-Switches (etwa zwischen den einzelnen Vermittlungsstellen 4 oder zwischen der Vermittlungsstelle 4 und dem Einwählpunkt POP 6 des Internet Service Providers ISP). Ein Durchschalten der Leitungen erfolgt über Koppelfelder, die in der Vermittlungsstelle und in der TK-Anlage realisiert sind.

[0042]   Besonders verbreitet bei ISDN-Netzen ist das PCM 30 System, bei dem 8 Bit Codewörter für je 30 Nutzkanäle innerhalb einer Abstastperiode von 125 µs gemultiplext und in einem Pulsrahmen gesendet werden. Auf einen einzelnen Nutzkanal findet dabei kein Multiplexing statt. Der Pulsrahmen wird in ständiger Wiederholung zwischen Sender und Empfänger übertragen, auch wenn keine Nutzsignale enthalten sind. Im digitalen Koppelfeld werden einzelne Bytes umkopiert und dann versendet (switch von 1-byte-Paketen). Da während des Vermittlungsvorgangs jeweils nur ein Byte in einen Informationsspeicher eingelesen und dann wieder ausgelesen wird, entsteht bei der Vermittlung des Verbindungswegs eine nur minimale zeitliche Verzögerung.

[0043]   Ab dem Zugangspunkt POP 6 zum Internet erfolgt eine Datenübertragung auf der Grundlage des bekannten Netzprotokolls UDP/IP oder TCP/IP. Der Zugang zum Internet wird durch einen Pakket-switch (nachfolgend auch als IP-Switch bezeichnet) bewirkt, der Datenpakete, die nicht für ihn selbst bestimmt sind, entgegennimmt und an das Teilnetz, dessen Adresse sie tragen, weiterleitet. Beim Routen erfolgt ein Umkopieren der IP-Pakete (switch von vielebyte-Paketen). Entsprechend der Größe der IP-Pakete und der Anzahl der ein IP-Paket weiterleitenden IP-Switche treten im paketvermittelten Netz Zeitverzögerungen auf. Diese können bei Überlastung der IP-Switche 10 derartige Ausmaße annehmen, daß etwa bei der Internet-Telefonie Verzögerungen von mehr als 0.5 s auftreten.

[0044]   Figur 1 zeigt ein erfindungsgemäßes Telekommunikationsnetz mit erfindungsgemäßen Switches 7a, 7b, die als Stern dargestellt und in Fig. 3 beschrieben sind. Die Switches 7a, 7b integrieren die Funktionalität eines Pakket-Switchs und eines line-switch.

[0045]   Wesentlich ist dabei die Möglichkeit, zwischen Paketvermittlung und Leitungsvermittlung während einer Übertragung dynamisch umzuschalten, wie noch näher beschrieben werden wird. Dadurch wird es möglich, aus einer asynchronen paketvermittelten Übertragung variabler Bandbreite bei Wunsch auf eine synchrone leitungsvermittelte Übertragung größerer und fester Bandbreite umzustellen. Internet-Telefonie und das Downloaden von Files von einem WWW-Server sind zwei wichtige Anwendungen.

[0046]   Die Implementierung der Switches 7a, 7b erfolgt wahlweise durch Hardware oder Software. Bevorzugt wird dabei die Leitungsvermittlung durch Hardware

und die Paketvermittlung durch Software implementiert. So werden bei der Leitungsvermittlung nach Durchschalten einer Verbindung die Daten ohne weitere Überprüfung weitergeleitet, während bei einer Paketvermittlung die Zieladresse jedes Datenpakets ausgewertet und anhand von Routing-Tabellen der nächste IP-Switch ausgewählt werden muß. Eine Umschaltvorrichtung des Switches 7, die einen Wechsel zwischen Paket- und Leitungsvermittlung vornimmt, ist bevorzugt ebenfalls als Software implementiert.

[0047]   Die Switches 7a, 7b können gemäß Fig. 1 an verschiedenen Stellen des Telekommunikationsnetzes angeordnet sein. Der Switch 7a stellt ein Dienstzugangs-Modul zur Verbindung der LANs 5 bzw. der Endeinrichtungen 1, 2 mit dem ISDN/PSTN Netz und dem Internet dar. Benutzerseitig weist der Switch 7a eine eine Ethernet-Schnittstelle für einen LAN-Anschluß, eine Druckerschnittstelle und Schnittstellen zum Anschluß von Telefonen (Funktelefone, ISDN-Telefone, analoge Telefone) auf (nicht dargestellt). Über eine Leitung 8 ist der Switch 7a mit einer Vermittlungsstelle 4 des Telefonnetzes verbunden.

[0048]   Da der Switch 7a nicht Teil des Internets ist, ist es zur paketvermittelten Übertragung von Daten über das Internet erforderlich, zunächst eine Verbindung zum Zugangspunkt POP 6 herzustellen. Dies kann über die Vermittlungsstelle 4 oder auch über eine Standleitung 9 zum POP 6 erfolgen. Bis zum POP 6 werden die Daten leitungsvermittelt übertragen, wobei sie bevorzugt bereits paketiert sind. Sofern ein Wechsel auf eine leitungsvermittelte Datenübertragung erfolgen soll, wird über die Vermittlungsstelle 4 eine Leitung zu einem anderen Switch durchgeschaltet und werden die Daten daraufhin leitungsvermittelt übertragen. Der Switch 7a routet somit die IP-switched/line-switched Kanäle auf der von ihm kontrollierten Leitung 8 derart, daß sie kostengünstiger oder echtzeitfähiger werden, je nach Wunsch des Nutzers bzw. Bereitstellers der Kanäle.

[0049]   Der Switch 7b ist im Internet integriert und mit weiteren IP-Switches 11 und/oder Line-Switches 12 verbunden. Idealerweise besteht das Netz nur noch aus Switches 7b, die sowohl Line-switching und Packetswitching ermöglichen, so daß bei jedem Switch 7b die Möglichkeit besteht, bei Bedarf einer paketvermittelten Übertragung eine höherqualitative leitungsvermittelte Übertragung zur Verfügung zu stellen. Dabei wird eine leitungsvermittelte Übertragung als Bypass insbesondere zwischen Switches aufgebaut, zwischen denen ein "Datenstau" herrscht.

[0050]   Fig. 3 zeigt ein Telekommunikationsnetz, bei dem Switches 7, die eine Informationsübertragung wahlweise per Paketvermittlung oder per Leitungsvermittlug ermöglichen, innerhalb des Internets ein Intranet ausbilden. Zwischen den Switches 7 besteht dabei eine Realzeit-Kommunikationsmöglichkeit. Damit dies stets möglich ist, stehen zwischen den einzelnen Switches 7 zusätzliche Realzeit-Kommunikationskanäle 13 zur Verfügung. Dabei handelt es sich etwa um zusätzliche

ISDN/PSTN-Verbindungen oder zusätzliche Intranet-Kanäle. Es kann damit zwischen den Switches 7 eine leitungsvermittelte Verbindung (Bypass) nicht nur über das Telefonnetz, sondern auch über gesonderte Kanäle erfolgen.

[0051]    Fig. 4 zeigt schematisch den Aufbau eines erfindungsgemäßen Switches 7. Der Switch 7 ist Teil sowohl eines paketvermittelten Netzes (Internet) als auch eines leitungsvermittelten Netzes (Telefonnetz), d.h. er ist über Leitungen mit weiteren Netzknoten verbunden, zu denen er leitungsvermittelt oder paketvermittelt Daten übertragen bzw. empfangen kann.

[0052]    Über einen Dateneingang 74 eingehende Daten können eine beliebige Quelle haben, insbesondere von einem IP-Switch/ Router, einem line-switch wie einer Vermittlungsstelle oder einer Telekommunikationsanlage, von einem LAN oder von einer Endeinrichtung 1, 2 kommen. Der Dateneingang 74 weist hierzu in an sich bekannter Weise eine Ethernet-Schnittstelle, eine analoge Schnittstelle mit A/D Wandler und eine ISDN-Schnittstelle auf. Ergänzend sind gegebenenfalls auch eine ATM-Schnittstelle sowie eine Schnittstelle zu einem Mobilfunknetz vorgesehen. Bei ISDN-Netzen handelt es sich bei den ankommenden Daten um 8 Bit lange Wörter, die auf einer gemultiplexten Zubringerleitung des Switchs 7 ankommen.

[0053]    Der Switch 7 weist einen an sich bekannten IP-Switch 72 auf, der ankommende IP-Pakete umkopiert (switch von viele-byte-Paketen) und entsprechend der Adresse der Pakete im Internet an geeignete Switches weiterversendet. Es wird hierbei auf die bekannten Internet-Protokolle IP/UDP und IP/TCP zurückgegriffen. In den IP-Switch 72 ist optional eine Datenkompressionseinrichtung 721 integriert. Zur Datenkompression wird auf für die Individualkommunikation entwickelte internationale Kompressionsstandards zurückgegriffen, insbesondere Kompressionsverfahren gemäß den ITU-Standards G.72X. Des weiteren ist optional eine Verschlüsselungseinrichtung 722 zur Verschlüsselung der Datenpakete vorgesehen.

[0054]    Weiter weist der Switch 7 eine Line-Switching-Einrichtung 73 auf. Diese weist ein an sich bekanntes digitales Koppelfeld 731 zum Durchschalten von Fernsprechkanälen des leitungsvermittelten Netzes und eine Multiplex/Demultiplexeinrichtung 732, die Subkanäle auf bestehenden Datenkanälen herstellt, auf, wie noch näher erläutert werden wird.

[0055]    Die internen Steuerbefehle, ob eine Paketvermittlung über den IP-Switch oder eine Leitungsvermittlung über die Line-switching-Einrichtung 73 erfolgen soll, werden in einer Steuereinrichtung 71 erzeugt. Bei der Einrichtung 71 handelt es sich im wesentlichen um einen Schalter, der die ankommenden Daten entweder als Datenpakete zu dem IP-Switch 72 oder als Bitstrom zu der Line-switching-Einrichtung 73 weiterleitet. Hierzu werden die Steuernachrichten der ankommenden Daten ausgewertet. Die Umschalt-Steuereinheit 711 überwacht und steuert des weiteren, welche offenen Verbindungen bestehen (d.h. welche und wie viele Datenkanäle anliegen) und welche Bandbreite die einzelnen Datenkanäle benötigen.

[0056]    Im einzelnen weist die Steuereinrichtung 71 einen Umschalt-Steuereinheit 711, zwei Paketier-/Depaketiereinrichtungen 713, 714 und ein Zwischenregister 712 auf. Die Umschalt-Steuereinheit ist mit einer Topographie-Datenbank 75 verbunden, die geographische Informationen zu einer Vielzahl von IP-Adressen enthält.

[0057]    Sofern es sich bei den ankommenden Daten um IP-Pakete handelt, wird von der Umschalt-Steuereinheit 711 der Vorspann der IP-Pakete ausgewertet. Sofern es sich bei den ankommenden Daten um einen kontinuierlichen Datenstrom handelt, werden von der Umschalt-Steuereinheit 711 die Signalisierungsinformationen des Signalisierungskanals (Inband-Signalisierung oder Outband-Signalisierung) ausgewertet. Der Grundzustand sieht dabei vor, daß die ankommenden Daten über den IP-Switch 72 ins Internet gesandt werden. Falls die ankommenden Daten noch nicht als IP-Pakete vorliegen, werden sie in der Paketierungs-/Depaketierungseinrichtung 714 in entsprechende IP-Pakete gepackt und dann zum IP-Switch weitergeleitet.

[0058]    Sofern die Daten als IP-Pakete vorliegen, jedoch leitungsvermittelt über die Line-Switching-Einrichtung 73 übertragen werden sollen, werden die Daten in der Paketierungs-/Depaketierungseinrichtung 713 gegebenenfalls depaketiert. Dabei wird insbesondere der Vorspann der Datenpakete entfernt. Eine Depaketierung ist allerdings optional und nicht zwingend notwendig, da auch Datenpakate leitungsvermittelt übertragen werden können, etwa gemäß dem Protokoll PPP. Von der Umschalt-Steuereinheit 711 werden die (paketierten oder nicht paketierten) Daten als Bitstrom zur Line-Switching-Einrichtung 73 übertragen.

[0059]    Über einen Steuerbefehl, der von einer Endeinrichtung oder einem anderen Switch gesendet wird und beispielsweise durch einen Nutzer durch Drücken einer bestimmten Taste an seiner Endeinrichtung oder durch das Netzwerkmanagement ausgelöst wird, erfolgt eine Umstellung der Vermittlungsart auf leitungsorientierte bzw. paketorientierte Vermittlung.

[0060]    Ein Signalisierungsbefehl zum Wechseln zwischen Paket- und Leitungsvermittlung wird beispielsweise durch eine bestimmte Bit-Folge dargestellt. Dabei speichert die Schalteinrichtung 71 die eingehenden Signalisierungsdaten in dem Zwischenregister 712 und vergleicht sie mit gespeicherten Bit-Folgen. Sofern eine bestimmte Bitfolge vorliegt, erfolgt ein Umschalten auf die andere Vermittlungsart. Alternativ kann auch vorgesehen sein, daß die Umschalt-Steuereinheit 711 die Bandbreite einer Übertragung überwacht und bei Unter- bzw. Überschreiten einer bestimmten Bandbreite und/ oder einer vorgegebenen Verzögerungszeit beim Weiterleiten von IP-Datenpaketen automatisch einen Steuerbefehl zum Umschaltung auf die jeweils andere Übertragungsart auslöst.

**[0061]** Zur Umstellung von einer Paketvermittlung auf eine Leitungsvermittlung wird auf Befehl der Umschalt-Steuereinheit 711 in an sich bekannter Weise über die Line-Switching-Einrichtung 73 eine leitungsvermittelte Verbindung (Bypass) zu einem anderen Switch (Ziel-Switch) aufgebaut. Hierzu wird der ISDN-Signalisierungsbefehl SETUP an die nächste Vermittlungsstelle gesandt. Nach Aufbau der Verbindung werden sämtliche ankommenden Daten der betrachteten Kommunikationsverbindung nicht mehr über den IP-Switch 72, sondern über die Line-Switching-Einrichtung 73 geleitet. Über den aufgebauten Bypass zum anderen Switch werden die Daten nun leitungsvermittelt mit fester Bandbreite übertragen.

**[0062]** Dabei prüft die Umschalt-Steuereinheit 711 im Rahmen des Umschaltvorgangs oder Weitergabe der Daten an die Einrichtung 73, ob es sich um IP-Pakete handelt und ob in der Paketier-/Depaketiereinrichtung 713 eine Depaketierung erfolgen soll. Die Entscheidung hierüber wird in Abhängigkeit von Steuersignalen des Netzwerkmanagements oder der Endeinrichtung oder alternativ von der Umschalt-Steuereinheit 711 selbst in Abhängigkeit vom Datenaufkommen getroffen. Die Steuersignale enthalten hierzu entsprechende Übertragungsparameter. In jedem Fall werden die Daten nach Weiterleitung an die Einrichtung 73 anschließend im Koppelfeld 731 auf einen ISDN-Datenrahmen aufgesetzt.

**[0063]** Zum Aufbau einer möglichst effektiven leitungsvermittelten Verbindung ist es wichtig, einen geeigneten Ziel-Switch auszuwählen, zu dem der Bypass aufgebaut wird. Hierzu wird als Ziel-Switch ein Switch ausgewählt, der in einem geographischen Gebiet liegt, das mit der Zieladresse zahlreicher IP-Pakete übereinstimmt. Es werden dann insbesondere diese IP-Pakete über den Bypass an den entsprechenden Ziel-Switch übertragen, so daß die Datenpakete vom Ziel-Switch nur noch eine kurze Übertragungsstrecke zum endgültigen Ziel haben.

**[0064]** Die Ordnung der IP-Pakete und Auswahl eines entsprechenden Ziel-Switches erfolgt mittels der Topologie-Datenbank 75, die eine geographische Zuordnung zwischen einer Vielzahl von IP-Adressen und deren geographischer Lage enthält. Es wird in der Line-Switching-Einrichtung 73 die IP-Zieladresse jedes Datenpaketes mit den in der Datenbank 75 gespeicherten Adressen verglichen und bei einer erfolgreichen Zuordnung der IP-Adresse dieser eine Kennung gegeben. Dabei kann es sich etwa um eine Zahl handeln, die eine bestimmte geographische Region kennzeichnet. Diese Kennung wird vom Koppelfeld 731 erkannt und das Datenpaket dann zu dem entsprechenden Ziel-Switch durchgeschaltet.

**[0065]** Da es zu einer zu großen Zeitverzögerung führen würde, zu jedem Datenpaket die Datenbank 75 abzufragen, enthält die Umschalt-Steuereinheit 711 ein Cache, auf das schnell zugegriffen werden kann und in dem das Ergebnis der letzten Datenbankabfragen ge-

speichert wird. Sofern die IP-Adresse eines über den Dateneingang 74 ankommenden Datenpakets in dem Cache gespeichert ist, kann schnell die entsprechende Kennung vergeben werden.

**[0066]** Sofern die IP-Adresse nicht im Cache enthalten ist, wird eine Datenbankabfrage vorgenommen und werden die IP-Pakete weiter an den IP-Switch 72 geleitet, bis das Ergebnis der Datenbankabfrage vorliegt. Erst dann erfolgt ein Umschalten für diese Daten auf eine leitungsvermittelte Übertragung über einen Bypass. Dabei ist es möglich, daß gleichzeitig mehrere Bypässe zu verschiedenen Ziel-Switches vorliegen, wobei die Umschalt-Steuereinheit 711 das Koppelfeld 731 derart steuert, daß die Datenpakete jeweils an den netztopologisch günstigsten Ziel-Switch gesandt werden. Die Umschalt-Steuereinheit 711 teilt dem Koppelfeld 731 also mit, welche Daten an welche Ziel-Switches gesandt werden sollen.

**[0067]** Sofern die Zieladresse eines Datenpakets in der Datenbank 75 nicht enthalten ist, werden diejenigen Zwischenknoten des paketvermittelten Netzes auf ihre Auslastung überprüft, die normalerweise bei der Versendung von Datenpaketen mit einer bestimmten Zieladresse durchlaufen werden. Hierzu werden zwischen den einzelnen Netzknoten in an sich bekannter Weise durch Trace-Routing die entsprechenden Informationen ausgetauscht. Zu den geeigneten Zwischenknoten, d. h. den Zwischenknoten mit geringer Auslastung, wird ermittelt, ob die ISDN-Nummer bekannt ist und diese ggf. angefordert. Dabei bedient sich die Umschalt-Steuereinheit 711 der Datenbank 75 in bereits beschriebener Weise. Es wird dann von der Umschalt-Steuereinheit 711 ein Bypass zu einem Switch aufgebaut, der in der Kette der Switches möglichst nahe an dem Ziel-Switch liegt.

**[0068]** Die Multiplex/Demultiplexeinrichtung 732 der Line-Switching-Einrichtung 73 ermöglicht in Abhängigkeit von Steuerbefehlen der Umschalt-Steuereinheit 711 eine leitungsvermittelte Übertragung auf Subkanälen mit einer Bandbreite, die einem Bruchteil der üblichen Bandbreite eines betrachteten Datenkanals entspricht. Es werden dabei Datenkanäle gebündelt, die im Koppelfeld 731 entsprechend den Steuerbefehlen der Umschalt-Steuereinheit 711 gebildet bzw. vermittelt werden. Es wird als ISDN-Datenrahmen ein Zeitmultiplexkanal des PCM-30-Systems betrachtet, der Informationen von 30 Datenkanälen und zwei Signalkanälen aufweist. Die Bandbreite der Datenkanäle beträgt jeweils 64 kbit/s.

**[0069]** Die Multiplex/Demultiplexeinrichtung 732 ermöglicht ein Multiplexing innerhalb jedes der 30 Datenkanäle des Zeitmultiplexkanals. Hierzu werden alternativ zwei Verfahren eingesetzt. In einem ersten Verfahren wird jeweils nur eine Teilmenge der 8 bit eines PCM-Wortes durchgeschaltet, also 1, 2 oder 4 bit. Entsprechend reduziert sich die Bandbreite auf 8, 16 oder 32 kbit/s. Die Daten mehrerer Kanäle werden auf diese Weise auf einem Datenkanal gemultiplext.

[0070]    Alternativ wird ein PCM-Wort (Byte) des Zeitmultiplexkanals des PCM-30-Systems nicht in jedem der aufeinanderfolgenden Pulsrahmen, sondern nur in jedem n-ten Pulsrahmen durchgeschaltet, wobei die Bandbreite sich auf 64kbit/s / n reduziert.

[0071]    Die beiden beschriebenen Multiplex-Verfahren können auch kombiniert werden. Beispielsweise wird für einen Datenkanal eine Bandbreite von 1 kbit/s dadurch realisiert, daß jedes achte bit in jedem achten Rahmen des abgehenden Datenkanals von dem betrachteten Datenkanal stammt.

[0072]    Das Durchschalten in der Line-Switching-Einrichtung 731 erfolgt in Abhängigkeit von der gewählten Datenrate und bezieht bei Übertragungsraten pro Datenkanal ungleich 64kbit/s die Multiplex/Demultiplexeinrichtung 732 mit ein. Sofern auf einem Datenkanal kein Multiplexing stattfindet, werden die Daten an der Multiplex/Demultiplexeinrichtung 732 vorbeigeleitet.

[0073]    Für die betrachteten Kanal oder Subkanal erfolgt eine leitungsvermittelte Übertragung zu dem Switch, der die andere Seite der leitungsvermittelten Verbindung darstellt, bis erneut ein Steuerbefehl an die Einrichtung 71 ergeht, wieder auf packet-switching umzuschalten. Dieser Befehl wird wiederum durch eine bestimmte Bit-Folge kodiert bzw. automatisch erzeugt. Daraufhin wird durch die Steuereinrichtung die durchgeschaltete Leitung abgebrochen und die eingehenden Daten werden wieder an den IP-switch 72 geleitet.

[0074]    Die Figuren 5a und 5b verdeutlichen den Verfahrensablauf. Figur 5a zeigt den Ablauf des Verfahrens bei einem Wechsel von einer paketvermittelten Datenübertragung auf eine leitungsvermittelte Datenübertragung zwischen zwei Switches. Bei Vorliegen eines entsprechenden Steuersignals wird eine leitungsvermittelte Verbindung zu einem anderen Switch aufgebaut und die Daten leitungsvermittelt gesendet.

[0075]    Sofern eine leitungsvermittelte Datenübertragung auf Subkanälen fester Bandbreite erfolgen soll, wird ein Multiplexer/Demultiplexer aktiviert, der mehrere Datenströme derart multiplext, daß jeweils nur jedes n-te Bit und/oder jedes n-te Byte im abgehenden Datenstrom für einen eingehenden Datenstrom reserviert wird. Dabei kann vorgesehen sein, daß die einzelnen Subkanäle eine unterschiedliche Bandbreite haben, d. h. die verschiedene Eingangs-Datenströme unterschiedliche Anteile am abgehenden Datenstrom haben. Bei Vorliegen eines weiteren Steuersignals erfolgt ein Wechsel zurück zu einer paketvermittelten Übertragung.

[0076]    Fig. 5b verdeutlicht die Auswahl eines geeigneten Switches beim Aufbau eines Bypasses. Hierzu werden Header der IP-Datenpakete mit Informationen einer Datenbank verglichen. Sofern die Header-Information einem bestimmten geographischen Ziel zuordbar ist, erfolgt der Aufbau eines Bypasses zu einem in diesem geographischen Bereich angeordneten Switch. Sofern die Header-Information einem bestimmten geographischen Ziel nicht zuordbar ist, wird, wie oben beschrieben, ein Bypass zu einem Zwischenknoten aufgebaut, der von den Datenpaketen im Normalfall durchlaufen wird. Gegebenenfalls weist der Switch zahlreiche Bypässe zu verschiedenen Switches auf, wobei jeweils nur Datenpakete mit gleichem oder ähnlichen topologischen Zielmerkmalen zu den einzelnen Switches im Rahmen des Bypasses übertragen werden.

[0077]    Die Erfindung beschränkt sich in ihrer Ausführung nicht auf die vorstehend angegebenen Ausführungsbeispiele. Vielmehr sind eine Anzahl von Varianten denkbar, welche von der Erfindung auch bei grundsätzlich anders gearteten Ausführungen Gebrauch machen.

**Patentansprüche**

1.    Verfahren zur Übertragung von Daten von einem ersten Switch zu einem zweiten Switch, die Teil eines leitungsvermittelten Netzes sind oder Zugang zu einem leitungsvermittelten Netz haben, wahlweise per Leitungsvermittlung oder Paketvermittlung, bestehend aus folgenden Schritten:

    a) Aufbau einer Verbindung über das leitungsvermittelte Netz vom ersten Switch zu einem Zugangspunkt eines paketvermittelten Netzes,

    b) leitungsvermitteltes Übertragen der Daten vom ersten Switch zum Zugangspunkt des paketvermittelten Netzes,

    c) Paketierung der Daten, sofern diese noch nicht als Datenpakete vorliegen, und paketvermitteltes Übertragen der Datenpakete über das paketvermittelte Netz vom Zugangspunkt zum zweiten Switch,

    d) wiederholtes Prüfen, ob ein durch den Nutzer eines Endgerätes oder ein Netzwerkmanagement ausgelöstes Steuersignal zum Übergang auf eine leitungsvermittelte Verbindung zum zweiten Switch vorliegt,

    e) Aufbau einer leitungsvermittelten Verbindung vom ersten Switch zum zweiten Switch über das leitungsvermittelte Netz bei Vorliegen eines entsprechenden Steuersignals, sofern diese noch nicht vorhanden ist,

    f) Wechseln auf eine leitungsvermittelte Datenübertragung während der bestehenden Verbindung und Übertragen der Daten zum zweiten Switch.

2.    Verfahren zur Übertragung von Daten von einem ersten Switch zu einem zweiten Switch, die sowohl Teil eines leitungsvermittelten Netzes als auch ei-

nes paketvermittelten Netzes sind bzw. Zugang zu solchen Netzen haben, wahlweise per Leitungsvermittlung oder per Paketvermittlung, bestehend aus folgenden Schritten:

a) Paketierung der Daten im ersten Switch, sofern die Daten noch nicht als Datenpakete vorliegen,

b) paketvermitteltes Übertragen der Datenpakete über das paketvermittelte Netz zum zweiten Switch

c) wiederholtes Prüfen, ob ein durch den Nutzer eines Endgerätes oder ein Netzwerkmanagement ausgelöstes Steuersignal zum Übergang auf eine leitungsvermittelte Verbindung zum zweiten Switch vorliegt,

d)Aufbau einer leitungsvermittelten Verbindung über das leitungsvermittelte Netz zum zweiten Switch bei Vorliegen eines entsprechenden Steuersignals, sofern diese noch nicht vorhanden ist,

e) Wechseln auf eine leitungsvermittelte Datenübertragung während der bestehenden Verbindung und Übertragen der Daten zum zweiten Switch.

3. Verfahren nach Anspruch 1 oder 2, bei dem die Datenpakete nach dem Wechsel auf eine leitungsvermittelte Datenübertragung als Datenpakete bestehen bleiben und als solche leitungsvermittelt übertragen werden.

4. Verfahren nach Anspruch 1 oder 2, bei dem die Datenpakete nach dem Wechsel auf eine leitungsvermittelte Datenübertragung depaketiert, insbesondere die Header der Datenpakete entfernt werden.

5. Verfahren nach mindestens einem der Ansprüche 1, 3 oder 4, bei dem zur Versendung der Datenpakete zum Zugangspunkt zum paketvermittelnten Netz und zum Übertragen der Daten über das leitungsvermittelte Netz zum zweiten Switch derselbe Datenkanal verwendet wird.

6. Verfahren nach nach mindestens einem der Ansprüche 1, 3 oder 4, bei dem über einen ersten Datenkanal die Datenpakete zum Zugangspunkt zum paketvermittelten Netzes und über einen zweiten Datenkanal die Daten leitungsvermittelt zum zweiten Switch übertragen werden.

7. Verfahren nach mindestens einem der vorangehenden Ansprüche, bei dem das leitungsvermittelte Netz ein ISDN-Netz mit ISDN Switches darstellt, die

Datenpakete das Format TCP/IP aufweisen und die zur leitungsvermittelten Datenübertragung verwendeten Datenkanäle ISDN B-Kanäle darstellen.

8. Verfahren nach mindestens einem der vorangehenden Ansprüche, bei dem das Steuersignal, das einen Wechsel zwischen leitungsvermittelter und paketvermittelter Übertragung auslöst, bei Unter- bzw. Überschreiten bestimmter Anforderungen an die Qualität der Datenübertragung, wie Zeitverzögerung oder Rauschanteil, automatisch oder aufgrund eines Befehls eines Netzwerkmanagements oder eines Endgerätes erzeugt wird.

9. Verfahren nach mindestens einem der vorangehenden Ansprüche, bei dem bei einer leitungsvermittelten Datenübertragung zwischen dem ersten Switch und dem zweiten Switch bzw. zwischen dem ersten Switch und dem Zugangspunkt zum paketvermittelten Netz die Daten mehrerer Nutzer unter Bildung von Subkanälen fester Bandbreite auf einem Datenkanal gemultiplext werden.

10. Verfahren nach Anspruch 9, bei dem die Daten eines Nutzers nach dessen Wahl mit einer Übertragungsrate leitungsvermittelt übertragen werden, die einem Bruchteil der Übertragungsrate der dem Nutzer standardgemäß zur Verfügung stehenden Bandbreite entspricht.

11. Verfahren nach Anspruch 9 oder 10, bei dem das leitungsvermittelte Netz ein ISDN-Netz ist und die zu übertragenden Daten eines Nutzers zwischen den Switches bzw. einem Switch und dem Zugangspunkt zum paketvermittelten Netz auf einem Datenkanal mit einer Bandbreite übertragen werden, die einem Bruchteil der standardgemäß zur Verfügung stehenden Bandbreite von 64 kbit/s entspricht, insbesondere 32, 16, 8, 4, 2 oder 1 kbit/s.

12. Verfahren nach Anspruch 11, bei dem im Switch nur jedes n-te Byte oder jedes n-te bit eines ISDN-Rahmens sogleich umkopiert und auf dem durchgeschalteten Datenkanal zum nächsten Switch oder zu einem Zugangspunkt zum paketvermittelten Netz weitergeleitet wird, wobei die Bandbreite der Übertragung 64 kbit/s/ n beträgt.

13. Verfahren nach mindestens einem der vorangehenden Ansprüche, bei dem bei einem Wechsel von einer paketvermittelten zu einer leitungsvermittelten Übertragung

a) die Adreßinformationen der Datenpakete ausgewertet und nach netztopologischen Gesichtspunkten geordnet,

b) zu Datenpaketen, deren Zieladressen den

gleichen topologischen Teilbereich des Netzes betreffen, ein in diesem Teilbereich befindlicher Switch ausgewählt,

c) eine leitungsvermittelte Verbindung (Bypass) zu dem ausgewählten Switch aufgebaut und

d) die entsprechenden Daten bzw. Datenpakete leitungsvermittelt zu dem Switch übertragen werden.

**14.** Verfahren nach Anspruch 13, **dadurch gekennzeichnet**, daß zur Ordnung der Datenpakete nach netztopologischen Gesichtspunkten die Zieladressen der Datenpakete nach geographischen Gesichtspunkten geordnet werden, wobei zu Datenpaketen, deren Zieladressen den gleichen geographischen Raum betreffen, ein in diesem geographischen Raum befindlicher Switch ausgewählt und eine leitungsvermittelte Verbindung zu diesem Switch aufgebaut wird.

**15.** Verfahren nach Anspruch 14, **dadurch gekennzeichnet**, daß zu einer Ordnung der Datenpakete nach geographischen Gesichtspunkten die Zieladressen mit in einer Datenbank gespeicherten Zieladressen verglichen werden, wobei die Datenbank eine Zuordnung zwischen Zieladressen und der zugehörigen geographischen Lage enthält.

**16.** Verfahren nach mindestens einem der vorangehenden Ansprüche, bei dem in entsprechender Weise während einer bestehenden Verbindung ein Wechsel zwischen einer leitungsvermittelten und einer paketvermittelten Übertragung erfolgt.

**17.** Switch zur Verwendung in einem Verfahrens nach Anspruch 1 oder 2 mit mindestens einer Paketier-Einrichtung (713, 714) zum Paketieren bzw. Depaketieren von Daten, einer Packet-Switching-Einrichtung (72) zum Routen von Datenpaketen und einer Line-Switching-Einrichtung (73) zum Verbindungsaufbau vcn Datenkanälen, **gekennzeichnet durch** eine Steuereinrichtung (71), die während einer bestehenden Verbimdung in Abhängigkeit von Steuersignalen eines Nutzers eines Endgerätes oder eines Netzwerkmanagements ankommende Daten der Verbindung entweder an die Pakket-Switching-Einrichtung (72) oder an die Line-Switching-Einrichtung (73) leitet.

**18.** Switch nach Anspruch 17, **dadurch gekennzeichnet**, daß des weiteren eine Topologie-Datenbank (75) vorgesehen ist, die eine Zuordnung zwischen Zieladressen von Datenpaketen und zugehöriger geographischer Herkunft enthält.

**19.** Switch nach Anspruch 17 oder 18, **dadurch gekennzeichnet**, daß des weiteren ein Multiplexer (732) vorgesehen ist, der bei Vorliegen eines entsprechenden Steuerbefehls mehrere Datenströme derart multiplext, daß jeweils nur jedes n-te bit und/oder jedes n-te Byte im abgehenden Datenkanal verwendet wird.

**20.** Switch nach Anspruch 19, **dadurch gekennzeichnet**, daß verschiedene Eingangs-Datenströme verschieden große Anteile im abgehenden Datenkanal belegen.

**21.** Switch nach einem der Ansprüche 17 bis 20, **dadurch gekennzeichnet**, daß zusätzlich eine Einrichtung (721) zur Komprimierung und Dekomprimierung von Daten vorgesehen ist.

**Claims**

**1.** A method for transmitting data from a first switch to a second switch, which are components of a line-switching network or have access to a line-switching network, either by line-switching or by packet-switching, consisting of the following steps:

a) formation of a connection over the line-switching network from the first switch to an access point of a packet-switching network,

b) line-switching transmission of the data from the first switch to the access point of the packet-switching network,

c) packeting the data if it is not already in data packets, and packet-switching transmission of the data packets over the packet-switching network from the access point to the second switch,

d) repeated checking whether there is a control signal for transfer to a line-switching connection to the second switch, whereby this signal is emitted by the user of an end device or a network management,

e) formation of a line-switching connection from the first switch to the second switch over the line-switching network when there is a corresponding control signal if such a line-switching connection does not already exist,

f) changing to line-switching data transmission during the existing connection and transmission of the data to the second switch.

**2.** A method for transmitting data from a first switch to

21                     EP 0 929 884 B1                     22

a second switch, which are components of both a line-switching network and a packet-switching network / which have access to such networks, either by line-switching or by packet-switching, consisting of the following steps:

a) packeting the data in the first switch if the data is not already in packets,

b) packet-switching transmission of the data packets over the packet-switching network to the second switch,

c) repeated checking whether there is a control signal for transfer to a line-switching connection to the second switch, whereby this signal is emitted by the user of an end device or a network management,

d) formation of a line-switching connection over the line-switching network to the second switch when there is a corresponding control signal if such a line-switching connection does not already exist,

e) changing to line-switching data transmission during the existing connection and transmission of the data to the second switch.

3. A method according to Claim 1 or Claim 2, whereby after the change to line-switching data transmission the data packets remain as data packets and are transmitted as such by line-switching.

4. A method according to Claim 1 or Claim 2, whereby after the change to line-switching data transmission the data packets are de-packeted, in particular the headers of the data packets are removed.

5. A method according to at least one of the Claims 1, 3 or 4, whereby the same data channel is used for the purpose of sending the data packets to the access point to the packet-switching network and for the purpose of transmitting the data over the line-switching network to the second switch.

6. A method according to at least one of the Claims 1, 3 or 4, whereby by means of a first data channel the data packets are transmitted to the access point to the packet-switching network, and by means of a second data channel the data is transmitted by line-switching to the second switch.

7. A method according to at least one of the preceding claims, whereby the line-switching network constitutes an ISDN network with ISDN switches, the data packets have the TCP/IP format, and the data channels used for line-switching data transmission constitute ISDN B-channels.

8. A method according to at least one of the preceding claims, whereby the control signal which initiates a change between line-switching transmission and packet-switching transmission is produced automatically or on the basis of a command of a network management or an end device, when certain quality requirements of the data transmission are fallen short of or exceeded, such as time lag or murmuring.

9. A method according to at least one of the preceding claims, whereby during line-switching data transmission between the first switch and the second switch / between the first switch and the access point to the packet-switching network, the data of several users is multiplexed in one data channel whereby sub-channels of a fixed band width are formed.

10. A method according to Claim 9, whereby the data of a user according to his choice is transmitted by line-switching at a transmission rate which corresponds to a fraction of the transmission rate of the band width which is available to the user as standard.

11. A method according to Claim 9 or Claim 10, whereby the line-switching network is an ISDN network and the data of a user which is to be transmitted is transmitted between the switches / a switch and the access point to the packet-switching network in a data channel with a band width which corresponds to a fraction of the band width of 64 kbit/s available as standard, in particular 32, 16, 8, 4, 2 or 1 kbit/s.

12. A method according to Claim 11, whereby in the switch only each $X^{th}$ byte or each $X^{th}$ bit of an ISDN frame is directly copied and transmitted to the next switch or to an access point to the packet-switching network in the data channel which is connected through, whereby the band width of the transmission is 64 kbit/s / X.

13. A method according to at least one of the preceding claims, whereby upon a change from a packet-switching transmission to a line-switching transmission,

a) the address information of the data packets is analysed and arranged according to network topological factors,

b) for data packets whose target addresses relate to the same topological sub-area of the network, a switch positioned in this sub-area is selected,

23    EP 0 929 884 B1    24

c) a line-switching connection (bypass) to the selected switch is formed, and

d) the corresponding data / data packets are transmitted by line-switching to the switch.

**14.** A method according to Claim 13 **characterised in that** for the purpose of arranging the data packets according to network topological factors, the target addresses of the data packets are arranged according to geographical factors, whereby for data packets whose target addresses relate to the same geographical area a switch positioned in this geographical area is selected and a line-switching connection is formed to this switch.

**15.** A method according to Claim 14 **characterised in that** for the purpose of arranging the data packets according to geographical factors, the target addresses are compared with target addresses stored in a data bank, whereby the data bank contains a classification between target addresses and the corresponding geographical location.

**16.** A method according to at least one of the preceding claims, whereby in an appropriate way during an existing connection, a change takes place between a line-switching transmission and a packet-switching transmission.

**17.** A switch for use in a method according to Claim 1 or Claim 2 with at least a packeting device (713, 714) for packeting / de-packeting data, a packet-switching device (72) for routing data packets and a line-switching device (73) for connection formation of data channels,
**characterised by**
a control device (71), which during an existing connection transmits incoming data of the connection either to the packet-switching device (72) or to the line-switching device (73), dependent upon control signals of a user of an end device or a network management.

**18.** A switch according to Claim 17 **characterised in that** a topology data bank (75) is also provided, which contains a classification between target addresses of data packets and corresponding geographical origin.

**19.** A switch according to Claim 17 or Claim 18 **characterised in that** a multiplexer (732) is also provided, whereby when there is a corresponding control command this multiplexer (732) multiplexes several data streams in such a way that only each respective X $^{th}$ bit and / or each respective X $^{th}$ byte is used in the outgoing data channel.

**20.** A switch according to Claim 19 **characterised in that** different input data streams cover differing size portions in the outgoing data channel.

**21.** A switch according to one of the Claims 17 to 20 **characterised in that** a device (721) for condensing and decondensing data is also provided.

**Revendications**

**1.** Procédé pour transmettre des données d'un premier commutateur à un deuxième commutateur, qui font partie d'un réseau à commutation de lignes ou qui ont accès à un réseau à commutation de lignes, au choix par commutation de lignes ou par commutation de paquets, constitué par les étapes suivantes :

a) établissement d'une liaison par l'intermédiaire du réseau à commutation de lignes depuis un premier commutateur jusqu'à un point d'accès d'un réseau à commutation de paquets ;
b) transmission, selon une communication de lignes, des données depuis le premier commutateur jusqu'au point d'accès du réseau de commutation de paquets ;
c) mise en paquets des données dans la mesure où ces dernières ne sont pas encore présentes sous la forme de paquets de données, et transmission, selon une commutation de paquets, des paquets de données par l'intermédiaire du réseau de commutation de paquets depuis le point d'accès jusqu'au second commutateur,
d) contrôle réitéré pour déterminer si un signal de commande déclenché par l'utilisateur d'un terminal ou par une unité de gestion du réseau et destiné à réaliser le passage à une liaison, par commutation de lignes, en direction du second commutateur est présent ou non,
e) établissement d'une liaison, par commutation de lignes, depuis le premier commutateur au second commutateur par l'intermédiaire du réseau à commutation de lignes, dans le cas de la présence d'un signal de commande correspondant, dans la mesure où ce dernier n'est pas encore présent,
f) passage à une transmission de données avec commutation de lignes pendant la liaison existante et transmission des données au second commutateur.

**2.** Procédé pour la transmission de données d'un premier commutateur à un deuxième commutateur, qui font partie d'un réseau à commutation de lignes ou qui ont accès à un réseau à commutation de lignes, au choix par commutation de lignes ou par commu-

25                              **EP 0 929 884 B1**                              26

tation de paquets, constitué par les étapes
suivantes :

    a) mise en paquets des données dans le pre-
mier commutateur dans la mesure où les don-
nées ne sont pas encore présentes sous la for-
me de paquets de données ;
    b) transmission, par commutation de paquets,
des paquets de données par l'intermédiaire du
réseau à commutation de paquets, au second
commutateur,
    c) contrôle réitéré pour déterminer si un signal
de commande déclenché par l'utilisateur d'un
terminal ou par une unité de gestion du réseau
destiné à être transféré par l'intermédiaire
d'une liaison à commutation de lignes, au se-
cond commutateur est présent ou non,
    d) établissement d'une liaison à commutation
de lignes depuis le premier commutateur au se-
cond commutateur par l'intermédiaire du ré-
seau à commutation de lignes, dans le cas de
la présence d'un signal de commande corres-
pondant, dans la mesure où ce dernier n'est
pas encore présent,
    e) passage à une transmission de données
avec commutation de lignes pendant la liaison
existante et transmission des données au se-
cond commutateur.

**3.** Procédé selon la revendication 1 ou 2, selon lequel
après le passage à une transmission de données
avec commutation de lignes, les paquets de don-
nées restent sous la forme de paquets de données
et sont transmis en tant que tels dans une ligne.

**4.** Procédé selon la revendication 1 ou 2, selon lequel
après le passage à une transmission de données
avec commutation de lignes, les paquets de don-
nées sont dépaquetés, et notamment les en-têtes
des paquets de données sont retirés.

**5.** Procédé selon au moins l'une des revendications 1,
3 ou 4, selon lequel pour l'émission des paquets de
données en direction du point d'accès du réseau à
commutation de paquets et pour une transmission
des données par l'intermédiaire du réseau à com-
mutation de lignes au second commutateur, on uti-
lise le même canal de transmission de données.

**6.** Procédé selon au moins l'une des revendications 1,
3 ou 4, selon lequel les paquets de données sont
transmis par l'intermédiaire d'un canal de transmis-
sion de données au point d'accès du réseau à com-
mutation de paquets, et les données sont transmi-
ses par l'intermédiaire d'un second canal de trans-
mission de données, au moyen d'une commutation
de lignes, au second commutateur.

**7.** Procédé selon au moins l'une des revendications
précédentes, selon lequel le réseau à commutation
de lignes est un réseau ISDN comportant des com-
mutateurs ISDN, que les paquets de données pos-
sèdent le format CP/IP ou que les canaux de trans-
mission de données utilisés pour la transmission de
données avec commutation de lignes représentent
des canaux B ISDN.

**8.** Procédé selon au moins l'une des revendications
précédentes, selon lequel le signal de commande,
qui déclenche une commutation entre la transmis-
sion à commutation de lignes et la transmission à
commutation de paquets, est produit lorsque la
transmission de données dépasse par le bas et par
le haut des exigences de qualité déterminées, com-
me par exemple un retard ou une composante de
bruit, automatiquement ou sur la base d'une instruc-
tion d'une unité de gestion du réseau ou d'un termi-
nal.

**9.** Procédé selon au moins l'une des revendications
précédentes, selon lequel dans le cas d'une trans-
mission de données au moyen d'une ligne entre le
premier commutateur et le second commutateur et
entre le premier commutateur et l'accès au réseau
à commutation de paquets, les données de plu-
sieurs utilisateurs sont multiplexés moyennant la
formation de sous-canaux ayant une largeur de
bande fixe, dans un canal de transmission de don-
nées.

**10.** Procédé selon la revendication 9, selon lequel les
données d'un utilisateur sont transmises avec com-
mutation de lignes, en fonction du choix de cet uti-
lisateur, avec une cadence de transmission qui cor-
respond à une fraction de la cadence de transmis-
sion de la largeur de bande, dont dispose de façon
standard l'utilisateur.

**11.** Procédé selon la revendication 9 ou 10, selon le-
quel le réseau à commutation de lignes est un ré-
seau ISDN et les données à transmettre d'un utili-
sateur sont transmises entre le commutateur ou un
commutateur et le point d'accès au réseau à com-
mutation de paquets, dans un canal de transmis-
sion de données avec une largeur de bande qui cor-
respond à une fraction de la largeur de bande stan-
dard disponible de 64 k.bits/s, notamment 32, 16,
8, 4, 2 ou 1 k.bit/s.

**12.** Procédé selon la revendication 11, selon lequel
dans le commutateur seul chaque n-ème octet ou
chaque n-ème bit d'une trame ISDN est pour ainsi
dire recopié et est transmis au canal de transmis-
sion de données interconnecté jusqu'au commuta-
teur suivant ou jusqu'à un point d'accès au réseau
à commutation de paquets, la largeur de bande de

la transmission étant égale à 64 k.bits/s/n.

**13.** Procédé selon a moins l'une des revendications précédentes, selon lequel dans le cas d'une transmission à commutation de paquets à une transmission à commutation de lignes,

a) les informations d'adresses des paquets de données sont exploitées et rangées selon des points de vue de la topologie des réseaux,
b) pour des paquets de données, dont les adresses de destination concernent la même zone partielle topologique du réseau, un commutateur situé dans cette zone partielle est sélectionné,
c) une liaison à commutation de lignes (bypass) en direction du commutateur sélectionné est établie, et
d) les données correspondantes ou les paquets de données correspondants sont transmis par commutation de lignes au commutateur.

**14.** Procédé selon la revendication 13, caractérisé en ce que pour le rangement des paquets de données selon des points de vue de la topologie des réseaux, les adresses de destination des paquets de données sont rangées selon des points de vue géographiques, et pour des paquets de données, dont les adresses de destination concernent le même espace géographique, un commutateur situé dans cet espace géographique est sélectionné et une liaison, avec commutation de lignes est établie avec ce commutateur.

**15.** Procédé selon la revendication 14, caractérisé en ce que pour un rangement des paquets de données selon des points de vue géographiques, les adresses de destination sont comparées à des adresses de destination mémorisées dans un bloc de données, le bloc de données contenant une association entre des adresses de destination et la position géographique associée.

**16.** Procédé selon au moins l'une des revendications précédentes, selon lequel de façon correspondante une commutation entre une transmission à commutation de lignes et une transmission à commutation de paquets est exécutée pendant une liaison existante.

**17.** Commutateur destiné à être utilisé dans un procédé selon la revendication 1 ou 2, comportant au moins un dispositif de mise en paquets (713, 714) pour mettre en paquets et dépaqueter des données, un dispositif de commutation de paquets (72) pour acheminer les paquets de données à un dispositif de commutation de lignes (73) pour l'établissement de la liaison de canaux de transmission de don-

nées,
caractérisé par
un dispositif de commande (71) qui, pendant une liaison existante, envoie en fonction de signaux de commande de l'utilisateur d'un terminal ou d'une unité de gestion du réseau, des données arrivantes de la liaison soit au dispositif de commutation de paquets (72) , soit au dispositif de commutation de lignes (73).

**18.** Commutateur selon la revendication 17, caractérisé en ce qu'il est prévu d'autre part un bloc de données de topologie (75) qui contient une association entre des adresses de destination de paquets de données et la provenance géographique associée.

**19.** Commutateur selon la revendication 17 ou 18, caractérisé en ce que d'autre part il est prévu un multiplexeur (732) qui, lors de la présence d'une instruction de commande correspondante, multiplexe plusieurs flux de données de telle sore que respectivement seul chaque n-ème bit ou chaque n-octet dans le canal de données de départ sont utilisés.

**20.** Commutateur selon la revendication 19, caractérisé en ce que différents flux de données d'entrée occupent des parties de tailles différentes dans le canal de données de départ.

**21.** Commutateur selon l'une des revendications 17 à 20, caractérisé en ce qu'il est prévu en supplément un dispositif (721) pour comprimer et décomprimer des données.

EP 0 929 884 B1



F i g . 1

EP 0 929 884 B1



Fig.2

EP 0 929 884 B1



Fig.3



Fig. 4

EP 0 929 884 B1



F i g . 5a

EP 0 929 884 B1



F i g . 5b

# EXHIBIT 3

US006954453B1

(12) **United States Patent**                    (10) **Patent No.:**     **US 6,954,453 B1**
    Schindler et al.                            (45) **Date of Patent:**        **Oct. 11, 2005**

(54) **METHOD FOR TRANSMITTING DATA IN A TELECOMMUNICATIONS NETWORK AND SWITCH FOR IMPLEMENTING SAID METHOD**

(75) Inventors: **Sigram Schindler**, Berlin (DE);
              **Andreas Illg**, Berlin (DE); **Karsten Lüdtke**, Berlin (DE); **Frank Paetsch**, Berlin (DE)

(73) Assignee: **Teles AG Informationstechnologien**, Berlin (DE)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.:    **09/147,970**

(22) PCT Filed:    **Oct. 7, 1997**

(86) PCT No.:     **PCT/DE97/02363**
      § 371 (c)(1),
      (2), (4) Date:    **Mar. 23, 1999**

(87) PCT Pub. No.:  **WO98/15933**
      PCT Pub. Date: **Apr. 16, 1998**

(30)        **Foreign Application Priority Data**

    Oct. 7, 1996    (DE) ......................................... 196 42 063
    Oct. 23, 1996   (DE) ......................................... 196 45 368

(51) **Int. Cl.**$^7$ ............................................. **H04L 12/66**
(52) **U.S. Cl.** ..................... **370/352**; 370/395.2; 370/465
(58) **Field of Search** ................................ 370/352, 353, 370/354, 355, 356, 395.2, 395.21, 395.3, 395.31, 401, 402, 403, 404, 405, 465

(56)            **References Cited**

            U.S. PATENT DOCUMENTS

    4,903,260 A    2/1990  Boettle et al. ................. 370/60
    4,996,685 A    2/1991  Farese et al. ............... 370/58.1

            (Continued)

            FOREIGN PATENT DOCUMENTS

    EP       732835  A2    9/1996
    EP     0 818 907 A2    1/1998
    EP     0 829 986 A1    3/1998

            (Continued)

            OTHER PUBLICATIONS

Draft Recommendation H.323: Visual Telephone Systems and Equipment For Local Area Networks Which Provide a Non–Guaranteed Quality of Service, International Telecommunication Union, May 28, 1996, 82 pages.

Y. Nakamura, et al., On a Hybrid Network System of Circuit Switching and Packet Switching, The Transactions of the IECE of Japan, vol. E 65, No. 6, Jun. 1982, pp 679, 680–686 with partial English translation (Abstract).

            (Continued)

*Primary Examiner*—Kwang Bin Yao
(74) *Attorney, Agent, or Firm*—Christie, Parker and Hale, LLP

(57)            **ABSTRACT**

A method for transferring data from a first switch to a second switch selectively by line-switching or by packet-switching as well as to a switch for carrying out the method. Data packets are thereby first transferred packet-switched through a packet-switching network to the second switch. With the presence of a corresponding control signal a line-switching connection is estalished from the first switch to the second switch and the data are then transferred through this connection

Where applicable a renewed change over to a packet-switching transfer is carried out. A flexible packet-switching or line-switching data transfer linked with dynamic costs between the junctions of a telecommunications network is enabled.

**38 Claims, 6 Drawing Sheets**



US 6,954,453 B1

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,157,662 A | * | 10/1992 | Tadamura et al. | 370/352 |
| 5,347,516 A | | 9/1994 | Yoshida | |
| 5,598,411 A | * | 1/1997 | Matsukawa | 370/352 |
| 5,610,910 A | | 3/1997 | Focsaneanu et al. | 370/351 |
| 5,732,078 A | * | 3/1998 | Arango | 370/355 |
| 5,828,666 A | | 10/1998 | Focsaneanu et al. | 370/389 |
| 5,905,872 A | | 5/1999 | DeSimone et al. | 395/200.75 |
| 5,944,795 A | | 8/1999 | Civanlar | 709/227 |
| 5,995,606 A | | 11/1999 | Civanlar et al. | 379/201 |
| 6,078,564 A | | 6/2000 | Lakshman et al. | 370/235 |
| 6,125,113 A | * | 9/2000 | Farris et al. | 370/352 |
| 6,137,792 A | * | 10/2000 | Jonas et al. | 370/354 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0 848 527 A1 | 6/1998 | |
| EP | 0 868 060 A1 | 9/1998 | |
| EP | 0 884 860 A2 | 12/1998 | |
| GB | 2283154 | 4/1995 | |
| WO | WO 90/12466 | 10/1990 | |
| WO | WO 95/25407 | 9/1995 | |
| WO | WO 95/31060 | 11/1995 | |
| WO | WO 97/07625 | 2/1997 | |

### OTHER PUBLICATIONS

Low, C. et al., "WEB–In—An Architecture for Fast Deployment of In–Based Personal Services". Workshop Record. Intelligent Network. Freedom and Flexibility: Realising the Promise of Intelligent Network Services, Apr. 21, 1996, pp. 1–12.

Babbage, R. et al., "Internet Phone–Changing the Telephony Paradigm?" BT Technology Journal, vol. 15, No. 2, Apr., 1997, pp. 145–157.

* cited by examiner

*FIG. 1*





*FIG.2*
PRIOR ART



*FIG. 3*



*FIG.4*

## *FIG.5A*



*FIG.5B*



US 6,954,453 B1

**1**

## METHOD FOR TRANSMITTING DATA IN A TELECOMMUNICATIONS NETWORK AND SWITCH FOR IMPLEMENTING SAID METHOD

### BACKGROUND OF THE INVENTION

The invention relates to a method for transferring data from a first switch to a second switch, selectively by line switching or by packet switching, and to a switch for carrying out the method.

The present-day situation in telecommunications is marked by a division between two different connecting and switching technologies. These are the synchronous line-switching technology (line-switching or circuit switching) and asynchronous packet-switching technology (packet-switching).

Line-switching connections use line switches, alias line switching equipment, between the individual line sections, each of which copies over 1 byte packets and has a corresponding buffer size. Packet-switching connections use packet switches, alias packet switching equipment, between the individual line sections of a network, each of which copies over multi-byte packets. The buffer size of a packet switch correspondingly amounts to n bytes where n stands for the number of bytes in the copied data packets. The term "switch" is used below so that it includes both a line switch of a line switching network and a packet switch of a packet switching network.

A line switch, alias line switching equipment, is called telecommunications apparatus (TK apparatus) in the private sector, and exchanges of the network supplies in the public sector. A packet switch, alias packet switching apparatus, is also called a router, an IP switch or a host computer.

Line switching connections are synchronous, i.e., data transfer is carried out substantially without any time delay from one line section to an adjoining line section through a switch (here, a line switching apparatus).

When a line-switching call is put through, a connection is continually provided in real time with the complete bandwidth of a channel between two points. Even if no useful information is being sent e.g., during a pause in telephone conversation, the transmission channel is occupied or engaged. Line-switching connections are expensive, particularly during telephone conversations since the costs accumulate irrespectively of the information actually transferred. The advantage of a line switching connection is that it is free of any time delay and has a fixed bandwidth.

The other important type of data exchange nowadays is the packet exchange. With packet exchange, data, e.g., audio data, video data or computer files, are packeted and transferred as data packets. Packet switching works in the asynchronous transfer mode, i.e., data is transferred time-delayed between two adjoining line sections by a switch (here, a packet switching apparatus). In the case of packet-switching exchanges, and quite differently from line-switching exchanges, a fixed connection does not have to be maintained. It is connection-less, i.e., each packet is treated individually and not in conjunction with others.

Packet switching is used in particular on the Internet. The data packets are termed there as IP packets (IP=Internet Protocol). Each IP packet contains a header which contains, inter alia, sender and receiver addresses. The IP packets form a data flow which is transferred through packet switching apparatus (alias IP switches or Routers or Host computers) in the Internet from the sender to the relevant receiver.

**2**

As a result of the length of the IP packets (16 bytes or more), a time delay occurs in the packet switching apparatus when copying. This time delay can be so great, when there is a heavy load on the packet switching apparatus which passes a data packet over the route to the destination address, that certain applications are no longer possible.

These delays are of considerable significance particularly in the case of the Internet. With Internet telephony, a cost-conscious caller uses the normal Internet with approximately 8 kbit/s bandwidth and a time delay of 0.5 seconds. When the Internet is overloaded, the time delay of the individual packets becomes so great that an acceptable conversation connection between telephone partners is no longer possible.

Internet telephony is marked by a great advantage that only the relevant local telephone charges to the next POP (Point of Presence), the access point to the Internet offered by an Internet Service Provider ISP, as well as time charges calculated by the ISPs for the length of the Internet access as well as volume charges, but not expensive long distance telephone charges are incurred.

From U.S. Pat. No. 4,996,685 a method and device are known which allow in an ISDN communications network, during an existing connection between a user and a host computer, a dynamic change between a line switching connection through an ISDN B channel and a packet-switching connection through an ISDN D channel. A command to change between a line-switching and a packet-switching connection thereby always emanates from the Host computer.

The method disclosed in U.S. Pat. No. 4,996,685 is restricted to undertaking on an ISDN connection a change between a line-switching and a packet-switching data transfer whereby a line-switching transfer is carried out on a B channel and a packet-switching transfer is carried out on the D channel. A method of this kind is indeed expedient to produce effective access from an end subscriber to a host computer, possibly an exchange point of the telephone network or an access point to the internet, but does not relate to the transfer of data between switches or routers of a network.

WO 95/31060 A1 describes a method for transferring data between an information source and a destination device wherein the data to be transferred are transferred as data packets. Depending on type of information of the data packets, the data are transferred automatically either solely by line-switching or solely by packet-switching. More particularly in the case of small amounts of data to be transferred, a packet-switching transfer is chosen and in the case of large amounts of data, a line-switching data transfer is chosen.

WO 95/25407 A1 describes a method for transferring data between a data source and transceiver either through a packet-switching network or a line-switching network. A control device is thereby provided which uses certain criteria to decide which network and which method of transfer is best suited for the transfer and then selects same.

U.S. Pat. No. 4,903,260 describes a digital coupling network and a coupling field chip which are designed so that paths leading from any input to any output can, depending on requirements, either be switched through for line-switching connections or can be preset for packet-switching information. Preset paths for the packet-switched information thereby form a network whose junctions lie in the coupling field chip of the coupling network. Those function devices which are required to send each data packet on the

US 6,954,453 B1

3

path preset for same are integrated in the coupling field chips. It is thus possible to divide up a single coupling network depending, on requirements, dynamically into a line-switching network and a packet-switching network.

## SUMMARY OF THE INVENTION

Based on the prior art, the present invention is concerned with the problem of providing a method for transferring data from a first switch to a second switch and providing a switching for carrying out the method which, depending on the data origin and headers of a user or network management system, allows flexible data transfer between the switches and more particularly cost-effective data transfer with real time properties.

The solution according to the present invention makes it possible during pocket-switching connection between two switches to achieve a dynamic change-over to line-switching connection without interrupting the connection. This is always advisable if a data build up of data packets exists before the switches of the packet-switching network. Through the establishment of a line-switching connection between the switches, a bypass is produced according to the invention on which data can be transferred with fixed bandwidth and slight time delays substantially in real time so that the data blockage is bypassed. Since a line switching connection is established only when required, i.e., when a packet-switching data transfer no longer has the desired bandwidth, the invention allows a flexible, most cost-effective data transfer.

The term "switch" is used in the sense of the present invention as already explained so that it includes both a line-switch of a line-switching network which copies over 1-byte packets, and a packet-switch (router) of a packet-switching network which copies over multi-byte packets. Data to be transferred can be any type of data, such as audio data, video data or computer files.

The present invention provides for carrying out the method according to the present invention, on switches which allow both line-switching and packet-switching, and combine the functions of a line-switch and a packet-switch. A switch according to the present invention has a packeting device for packeting and unpacketing data, an IP switching device for routing data packets, a line-switching device for establishing connections for switching through data channels and a control device which directs incoming data either to the IP switching device or to the line switching device depending on the control signals.

The corresponding control signals are triggered by a user, or at the command of a network management system and are transferred together with other signaling data to the switch. Alternatively, the switch itself automatically produces a corresponding control command upon exceeding a certain bandwidth of the packet-switching transfer.

The network which consists of interconnected switches according to the present invention forms an Intranet wherein data transfer can be interchanged dynamically between line switching and packet switching and ensures, under normal conditions, data transfer substantially in real time through the possibility of establishing when required, a line-switching connection of a fixed bandwidth. This is particularly important for internet telephony.

There are numerous useful areas for the switches according to the present invention. The switches according to the present invention can even replace conventional line-switches such as TK equipment and exchanges as well as packet switches. More particularly they can be used to build

4

up new networks with real time capacity (intranets) which can operate both by line-switching and by packet-switching.

The method according to the present invention is used in a first embodiment of the invention between two switches which are part of a line-switching network, but not directly part of a packet-switching network. Therefore, for a packet-switching transfer, first a connection is established through the line-switching network from a first switch to an access point to the packet-switching network (such as Internet access point). The data are transferred line-switched to the access point to the packet-switched network, where they are packeted if they do not already exist as packets, and are transferred from the access point packet-switched through the packet-switching network to the second switch. The data are thereby preferably already packeted in the first switch and transferred as data packets line-switched to the access point.

If both switches are part of both a line-switching network and a packet-switching network, then in a second embodiment of the method according to the present invention, a packet-switched data transfer can take place directly between the switches. With both embodiments, with a presence of a corresponding control signal, a line-switching connection is built up through the line-switching network directly to the second switch. If there is no longer any need for a line-switching transfer, then a change back to a packet-switching transfer takes place.

In one embodiment of the method according to the present invention, the data packets remain, after the change-over to a line-switching data transfer, as data packets and are then transferred as such by line-switching. In an alternative embodiment, the data packets are unpacketed, more particularly the headers of the data packets are removed, and only the data are then transferred by line-switching. The advantage of the first embodiment lies in the fact that if the data is once again to be transferred over the packet-switching network, they already exist as data packets and therefore time is saved when switching. The advantage of the second embodiment is that by removing the headers from the individual data packets, the effective bandwidth of the data transfer is increased.

In a preferred embodiment of the method according to the present invention, the same data channel is used for transferring the data packets from the first switch to the access point to the packet-switching network, and for transferring data from a first switch to the second switch through the line-switching network. This embodiment has the advantage that only one data channel is constantly engaged which, depending on the type of transfer, transfers data either to the access point to the packet-switching network, or to the other switch. More particularly in the case of an ISDN network, the same B data channel is used for both sending data to the access point to the packet-switching network, and for sending data through a bypass to another switch.

A data transfer from the first switch to the access point to the packet-switching network always takes place by line-switching. Thus compared with a packet-switching transfer to the access point (e.g., through an ISDN D channel), which is also possible, a larger and fixed bandwidth is ensured up to the access point. If an ISDN network exists, then an ISDN B channel is used as the data channel. Data packets are thereby sent through the B channel by applying them to the ISDN framework. This is known per se and fixed in the PPP protocol.

In a further embodiment, two data channels are provided for data transfer from a first switch, whereby through the

US 6,954,453 B1

5

first data channel the data packets are transferred to the access point to the packet-switching network, and through the second data channel the data are transferred to the second switch through line-switching. Depending on the type of transfer, either the one data channel or the other data channel is used. This has the advantage that data can be transferred simultaneously by packet-switching and line-switching. By way of example, less important data such as correspondence is transferred by packet-switching and audio data is transferred by line-switching.

In a further preferred embodiment of the present invention, with a line-switching data transfer between the first switch and the second switch or between the first switch and the access point to the packet-switching network, the data of several users are multiplexed on a data channel by forming sub-channels of fixed bandwidth. It is thereby provided that the data of one user are transferred after its selection by line-switching with a transfer rate which corresponds to only a fraction of the transfer rate of the bandwidth which is available as standard to the user.

More particularly with an ISDN network on the B channels sub channels of a bandwidth of 32, 16, 8, 4, 2 or 1 kbit/s are available. To implement the sub-channels, only each n-th byte or each n-th bit of an ISDN frame is copied over immediately and forwarded on the data channel to the next switch or to the computer network access point.

The formation of sub-channels on a data channel, possibly an ISDN B channel or a data channel of the GSM mobile phone system, allows additional flexibility for the data transfer. In many cases, it is entirely adequate that the bandwidth only uses up a part of the bandwidth which is available on a data channel. The use of the sub-channel thereby has an advantage for the user that according to the bandwidth of the sub-channel, lower costs are incurred but a fixed bandwidth is still available. Sub-channels of different bandwidth thereby define different service quality.

Thus a packet-switching transfer, a line-switching transfer with a part of the available bandwidth of a data channel, and a line-switching transfer with the complete bandwidth of the data channel are available as alternatives.

In a further development of the method according to the present invention, with a change from a packet-switching transfer to a line-switching transfer, the address information of the data packets are evaluated and sorted according to network topology. Thus for each data packet whose destination addresses relate to the same topological area of the network, a switch located in this area is selected, a line-switching connection (bypass) is established to the selected switch and the corresponding data or data packets are transferred to the switch by line-switching.

A classification of the data packets is thereby preferably carried out according to geographical points of view, whereby, for data packets whose destination address relate to the same geographical area, a switch located in this geographical area is selected and a line-switching connection is established to this switch. This allows a bypass to be effectively established since for data packets with roughly the same destination, a line-switching connection is established directly to a network junction which lies, regarding network topology, in the destination area of the data packets. The establishment of an effective bypass between the individual switches has great importance in the case of packet-switching networks since a data packet can run on the way from Berlin to Munich via Paris and New York. By bringing together all data packets intended for Munich and transferring these data packets by line-switching directly from Berlin to Munich, it is possible to provide a more effective data transfer.

6

For classifying data packets according to geographical points of view, it is preferable to compare the destination address with destination addresses stored in a data bank whereby the data bank contains a link between the destination addresses and the associated geographical position. The data bank is thereby preferably integrated in the switch. If the data packets are IP data packets, then the relevant IP addresses are consulted in the data bank and assigned to a certain bypass depending on the geographical destination.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows diagrammatically a telecommunications network according to the invention;

FIG. 2 shows diagrammatically a telecommunications network known in the prior art;

FIG. 3 is a diagrammatic illustration of a telecommunications network in which switches according to the invention form an Intranet;

FIG. 4 shows diagrammatically a switch according to the invention;

FIG. 5a shows a flow chart of the method according to the invention for transferring data between two switches; and

FIG. 5b shows diagrammatically a flow chart for the method according to the invention for selecting a destination switch through topological points of view.

DETAILED DESCRIPTION OF THE DRAWINGS

FIG. 2 shows a conventional telecommunications network. Data terminals such as telephone 1 or personal computer 2 are connected to an exchange 4 of the telephone network directly or by means of a telecommunications apparatus (TK-apparatus) 3 through an ISDN/POTS line. Where applicable, a local network LAN 5 is connected to the TK-apparatus 3. The exchanges 4 pass on incoming connection requests and provide line-switching connections. Entry to a packet-switching network is possible through an access point POP (Point of Presence) 6. Data are transferred between interlinked packet switches 10 by packet-switching through the packet-switching network.

The internet will now be considered as packet-switching network without restricting the present invention. Indeed any packet-switching network could be used such as mobile phone networks within the scope of the present invention.

The technologies used are known per se. The data transfer between terminals 1 and 2 and a line-switch (TK apparatus 3 or the exchange 4) takes place line-oriented, and similarly the data transfer between the individual line switches (such as between the individual exchanges 4 and the POP 6 of the Internet Service Providers IPS). The lines are switched through via coupling fields which are produced in the exchange and in the TK-apparatus.

The PCM 30 System is particularly wide spread in ISDN networks wherein 8 Bit codewords for each 30 useful channels within a scanning period of 125 $\mu$s are multiplexed and sent in one pulse frame. However, no multiplexing takes place on a single channel. The pulse frame is transferred in constant repetition between sender and receiver even if no useful signals are contained. In the digital coupling field, individual bytes are copied and then sent (switch of 1-byte-packet). Since during the exchange process only one byte is read into a memory each time and then read out again, only a minimal time delay occurs when exchanging the connecting path.

From the access point POP 6 to the Internet, the transfer of data is still only carried out packet-switched on the basis

US 6,954,453 B1

7

of the known network protocol UDP/IP or TCP/IP. Access to he Internet is brought about by a packet switch hereinafter also called IP Switch) which receives data packets which are not intended for itself and passes them on to the party network whose address they support. During routing, copying of the IP packets is carried out (switch of multi-byte packets). Time delays thereby occur in the packet-switching network according to the size of the IP packet and the number of routers passing on an IP-packet. These time delays can assume such proportions in the event of over-loading the IP switches **10** that in the case of the Internet telephony, delays of more than 0.5 s may occur.

FIG. **1** shows a telecommunications network according to the present invention with switches **7a** and **7b** according to the present invention which are shown as starred and are described in detail in FIG. **3** . The switches **7a** and **7b** integrate the functions of a packet switch and a line switch.

The important factor is therefore the possibility of dynamically switching between packet-switching and line-switching during one transfer, as will be described in further detail below. It is thereby possible to change over, when desired, from an asynchronous packet-switching transfer of variable bandwidth to a synchronous line-switching transfer of greater and fixed bandwidth. Internet telephony and downloading of files from a WWW server are two important uses.

The implementation of the switches **7a** and **7b** takes place selectively through hardware or software. The line switching, is thereby preferably implemented by hardware and the packet-switching by software. Thus with line switching, after switching through a connection the data are forwarded without further examination, whilst with packet switching the destination addresses of each data packet is evaluated and the next IP switch has to be selected from the routing tables. A switching device for the switches **7a** and **7b** which undertakes a change over between packet and line-switching is preferably likewise implemented as software.

The switches **7a** and **7b** can be mounted according to FIG. 1 at different points in the telecommunications network. The switch **7a** represents a service access module for connecting the LANs or end terminals **1** and **2** to the ISDN/PSTN network and internet. On the user side, the switch **7a** has an ethernet interface for a LAN connection, a printer interface and interfaces for connecting telephones (radio telephones, ISDN telephones, analog telephones) —not shown. The switch **7a** is connected to an exchange point **4** of the telephone network through a line **8**.

Since the switch **7a** is not a part of the internet, it is necessary for the packet-switching transfer of data through the internet to first make a connection with the access point POP **6**. This can be carried out through the exchange point **4** or even through a standing line **9** to the POP **6**. The data are transferred line-switched up to the POP **6** and are preferably already packeted. If a change to line-switching data transfer is to take place, then a line to another switch is switched through the exchange **4** and the data are transferred to this by line-switching. The switch **7a** thus routes the IP switched/line-switched channels to the line **8** controlled by same so that they are more cost-effective or more real time depending on the wishes of the user or provider of the channels.

The switch **7a** is integrated in the internet and connected to further IP switches **11** and/or line switches **12**. Ideally the network still only consists of switches **7b** which allow both line switching and packet switching, so that with each switch **7b** there is the possibility where necessary of providing a

8

higher quality line-switching transfer instead of a packet-switching transfer. A line-switched transfer is thereby established as bypass, more particularly between switches where a data blockage builds up.

FIG. **3** shows a telecommunications network wherein switches **7** which allow a data transfer selectively by packet switching or by line switching form an Intranet within the internet. A real time communications possibility is thereby present between the switches **7**. So that this is always possible, additional real time communications channels exist between the switches **7**. These are additional ISDN/PSTN connections or additional Intranet channels. A line switching connection (bypass) between the switches **7** can thus arise not only through the telephone network, but also through separate channels.

FIG. **4** shows diagrammatically the establishment of a switch **7** according to the present invention. The switch **7** is part of both a packet-switching network (internet) and a line-switching network (telephone network), i.e., it is connected through lines to further network junctions to which it can transfer or receive line-switched or packet-switched data.

Data coming in through a data input **74** have any source, more particularly come from an IP switch/router, a line-switch such as an exchange point or a telecommunications unit, from a LAN or from an end terminal **1** or **2**. The data input **74** has for this purpose, in a known way, an ethernet interface, an analog interface with A/D converter and an ISDN Interface. In addition where applicable, an ATM interface and an interface with a mobile phone network can also be provided. The ISDN networks are with incoming data of 8 bit long words which arrive on a multiplexed supply line of the switch **7**.

The switch **7** has a known IP switch **72** which copies over incoming IP packets (switch of multi-byte packets) and forwards them in the internet to suitable switches according to the address of the packets. These relate to the known internet protocol UDP/IP and TCP/IP. A data compression device **721** is integrated as an option in the IP switch **72**. For data compression, a reference is made to the international compression standards developed for individual communications, more particularly the compression process according to ITU standard G.72 X. Furthermore, a coding device **722** for coding data packets can be provided as an option.

Furthermore, the switch **7** has a line switching device **73**. This has a digital coupling **731** which is known per se for switching through telephone conversation channels of the line-switching network, and a multiplex/demultiplex device **732** which produces sub-channels on existing data channels, as will be described in further detail below.

The internal control commands, as to whether a packet switching is to take place through the IP switch or a line switching is to take place through the line switching device **73**, are produced in a control device **71**. The device **71** is substantially a switch that forwards the incoming data either as data packets to the IP switch **72** or as bit flow to the line switching device **73**. To this end, the control information of the incoming data are evaluated. The change-over control unit **711** monitors and controls which open connections are present (i.e., which and how many data channels are connected) and which bandwidth the individual data channels require.

In detail the control device **71** has a change-over control unit **711**, two packeting/unpacketing devices **713** and **714**, and an intermediate register **712**. The change-over control

9                                                          10

unit is connected to a topography data bank **75** which contains geographical data for a number of IP addresses.

If the incoming data are IP packets, then the headers of the IP packets are evaluated by the chance-over control unit **711**. If the incoming data are a continuous data stream, then the signaling information of the signaling channel (in band signaling or outband signaling) are evaluated by the change-over control unit **711**. The basic state thereby provides that the incoming data are sent into the internet through the IP switch **72**. If the incoming data do not yet exist as IP packets then they are packeted into corresponding IP packets in the packeting/unpacketing device **714** and sent to the IP switch.

If the data exist as IP packets but are to be transferred line-switched through the line-switching device **73** then the data are, where applicable, unpacketed in the packeting/ unpacketing device **713**. More particularly the headers, of the data packets are removed. Unpacketing is optional however and not absolutely necessary since data packets can be transferred line-switched while applicable according to the PPP protocol. The (packeted or non-packeted) data are transferred as bit stream to the line switching device **73** by the change-over control unit **711**.

Through a control command which is sent by an end terminal or another switch and for example triggered by a user by pressing a certain button on the terminal or by the network management system, the type of communication is switched over to line-oriented or packet-oriented communication.

A corresponding signaling command for changing between packet and line switching is, for example, represented by a certain bit sequence wherein the switching unit **71** stores the detailed incoming data in an intermediate register **712** and compares it with stored bit sequences. If a certain bit sequence exists, then a change over to a different type of switching is carried out. Alteratively, it can also be possible for the change-over control device **711** to monitor the bandwidth of a transfer and on understepping or exceeding a certain bandwidth and/or in the event of a time delay when forwarding IP data packets to automatically release a control command to change over to the relevant other type of transfer.

To change from packet switching to line switching, first at the command of the control unit **71**, a connection is made via the line-switching device **73** (bypass) with another switch (destination switch). To this end, the ISDN signaling command SETUP is sent to the next exchange point. After the connection is established, all the incoming data of the communications connection considered are no longer directed through the IP-switch **72** but through the line-switching unit **73**. The data are now transferred by line-switching with fixed bandwidth through the established bypass to the other switch.

The change-over control unit **711** thereby checks, within the scope of the change-over process and prior to sending the data to the device **73**, whether they are IP packets and whether unpacketing is to take place in the packeting/ unpacketing device **713**. The decision on this is made dependent on control signals of the network management system or the end terminal or alternatively by the change-over control unit **711** itself dependent on the data arrival. The control signals here contain corresponding transfer parameters. In each case, the data after being sent to the device **73** are then exposed in the coupling field **731** to an ISDN data frame.

To establish the most effective line-switching connection possible, it is important to select a suitable destination

switch where the bypass is established. To this end, a switch is selected as destination switch which lies in a geographical area which coincides with the destination address of numerous IP packets. Then in particular, these IP packets are transferred through the bypass to the corresponding destination switch so that the data packets still only have a short transfer path from the destination switch to the final destination.

The classification of the IP packets and selection of a corresponding destination switch takes place by means of the topology data bank **75** which contains a geographical link between a number of IP addresses and their geographical position. In the line switching device **73**, the IP destination address of each packet is compared with the addresses stored in the data bank **75** and in the event of a successful association of the IP address, this is given a code. This can be a number which characterizes a certain geographical region. This code is recognized by the coupling field **731** and the data packet is then switched through to the corresponding destination switch.

Since it would result in too much time delay to interrogate the data bank **75** for each data packet, the change-over control unit **711** contains a cache which can be quickly accessed and in which the result of the last data bank inquiry is stored. If the IP address of a data packet arriving through the data input **74** is stored in the cache, then the corresponding code can be quickly given.

If the IP address is not contained in the cache, then a data bank inquiry is carried out, and the IP packets are directed onto the IP switch **72** until the result of the data bank inquiry is provided. Only then is a change-over made for this data to a line-switching transfer through a bypass. It is thereby possible that several bypasses to different destination switches exist at the same time whereby the change over control unit **711** controls the coupling field **731** so that the data packets are each time sent to the destination switch which is most favorable from the network topological point of view. The change-over control unit **711** thus informs the coupling field **731** of which data is to be sent to which destination switch.

If the destination address of a data packet is not contained in the data bank **75**, then those intermediate junctions of the packet-switching network are checked to be fully functioning which are normally run through when sending data packets with a certain destination address. To this end, the corresponding data are exchanged between the individual network junctions in known way by trace routing. At the appropriate intermediate junctions, i.e., the intermediate junctions with low functioning output, it is determined whether the ISDN number is known and this is requested where applicable. The chance-over control unit **711** of the data bank **75** is thereby operated in the manner already described. A bypass is then established from the change-over control unit **711** to a switch which lies in the chain of switches as close as possible to the destination switch.

The multiplex/demultiplex device **732** of the line-switching device **73** allows, depending on the control commands of the change-over control unit **711**, a line-switching transfer to sub-channels with a bandwidth which corresponds to a fraction of the usual bandwidth of a data channel considered. Data channels are thereby bundled which are formed or determined in the coupling field **731** according to the control commands of the change-over control unit **711**. A time multiplex channel of the PCM **30** system is considered as ISDN data frame which has information of 30 data channels and two signal channels. The bandwidth of the data channels each amounts to 64 kbit/s.

11

The multiplex/demultiplex device **732** allows a multiplexing inside each of the 30 data channels of the time multiplex channel. To this end, two methods are alternatively used. In a first method only a part of the 8 bit of a PCM Word is switched through each other, thus 1, 2 or 4 bits. The bandwidth is reduced accordingly to 8, 16 or 32 kbit/s. The data of several channels are in this way multiplexed on one data channel.

Alternatively a PCM word (byte) of the time multiplex channel of the PCM **30** system is not switched through in each of the successive pulse frames, but only in each n-th pulse frame whereby the bandwidth is reduced to 64/n kbit/s.

The two multiplex methods described can also be combined. By way of example, one bandwidth of 1 kbit/s is produced for one data channel in that each eight bit in each eighth frame of the ongoing data channel stems from the data channel considered.

The switching through in the line switching device **731** takes place, depending on the selected data rate, and in the case of transfer rates per data channel unequal to 64 kbit/s, includes the multiplex/demultiplex device **732**. If no multiplexing takes place on a data channel, then the data are passed by the multiplex/demultiplex device **732**.

For the channel or sub-channel considered, a line-switching transfer takes place to the switch which represents the other side of the line-switching connection until a control command again reaches the device **71** to switch over again to packet-switching. This command is in turn coded by a certain bit sequence or is produced automatically. Then through the control device, the switched-through line is broken off and the incoming data are then again directed to the IP switch **72**.

FIGS. **5**a and **5**b show the method sequence. FIG. **5**a shows the course of the method when changing from a packet-switching data transfer to a line-switching data transfer between two switches. With the presence of a corresponding control signal, a line-switching connection is set up to another switch and the data sent by line-switching.

If a line-switching data transfer is to take place to sub-channels of fixed bandwidth then a multiplexer/demultiplexer is activated which multiplexes several data streams so that each time only every $n^{th}$ bit and/or every $n^{th}$ byte is reserved in the outgoing data stream for an incoming data stream. It can thereby be provided that the individual sub-channels have a different bandwidth, i.e., the different input data streams have different proportions in the outgoing data stream. With the presence of a further control signal, a change back to a packet-switching transfer is undertaken.

FIG. **5**b shows the selection of a suitable switch when establishing a bypass. To this end, the headers of the IP data packets are compared with the information of a data bank. If the header information is associated with a certain geographical destination, then the bypass is established to a switch mounted in this geographical area. If the header information is not associated with a certain geographical destination, then as described above, a bypass is made to an intermediate junction where the data packets pass through in the normal case. Where applicable, the switch has numerous bypasses to different switches wherein each time only data packets with the same or similar topological destination features are transferred to the individual switches within the frame of the bypass.

The present invention is not restricted in its design to the embodiments given above. Rather a number of variations are possible which make use of the invention even in fundamentally different types of designs.

12

What is claimed is:

1. A method for transferring data from a first end terminal to a second end terminal using a first switch and a second switch, selectively by line-switching or packet switching, comprising:

a) locating the first switch between the first end terminal and an access point of a packet-switching network, the first switch being part of a line-switching network and having access to a line-switching network;

b) establishing a connection via the first switch through the line-switching network from the first end terminal to the access point of the packet-switching network;

c) line-switching transferring of non-packetized data through said connection from the first end terminal to the access point of the packet-switching network;

d) packeting of the data into data packets and packet-switching transferring of the data packets through the packet-switching network from the access point to the second switch;

e) checking repeatedly whether a control signal exists for transferring to a line-switching connection to the second switch;

f) establishing the line-switching connection, during an existing transfer, through the line-switching network from the first switch to the second switch with a presence of the control signal, if the line-switching connection is not yet present; and

g) changing-over to a line-switching data transfer during the existing transfer and transferring data over the line-switching connection to the second switch and from the second switch to the second end terminal.

2. The method of claim 1, wherein the first end terminal is a telephone.

3. The method of claim 2, wherein the telephone is an analog telephone.

4. The method of claim 2, wherein the telephone is an ISDN telephone.

5. The method of claim 2, wherein the telephone is a mobile telephone.

6. The method of claim 1, wherein the first end terminal is part of a local area network.

7. The method of claim 1, wherein the first end terminal is connected to a private branch exchange (PBX), which is in turn connected to the first switch.

8. The method of claim 1, wherein the data transferred from the first end terminal to the access point of the packet-switching network are analog data.

9. The method of claim 8, wherein the data, when transferred over the line-switching connection to the second switch, remain as analog data.

10. The method of claim 1, wherein the data transferred from the first end terminal to the access point of the packet-switching network are digital, non-packetized data.

11. The method of claim 1, in which transferring the data over the line-switching connection comprises transferring the data over an PSTN/ISDN network.

12. The method of claim 1, in which transferring the data through the packet-switching network comprises transferring the data through the internet.

13. The method of claim 1, wherein the first switch is located at the first end terminal.

14. The method of claim 1, wherein the control signal which triggers a change-over between the packet-switching transfer and the line-switching transfer is produced automatically when demands on a quality of a data transfer, including a time delay or a noise proportion, is understepped or exceeded.

13

**15**. The method of claim **1**, wherein the control signal which triggers a change-over between the packet-switching transfer and the line-switching transfer is produced by a user of the first end terminal.

**16**. The method of claim **1**, wherein, when the data is being transferred using the line-switching data transfer, further comprising:

   a) checking repeatedly whether a second control signal exists for changing-over to a packet-switching data transfer to the second switch;

   b) establishing a second connection through the line-switching network, during the existing transfer, from the first switch to the access point of the packet-switching network with a presence of the second control signal, if the connection to the access point is no longer present;

   c) changing-over to a packet-switching data transfer during the existing transfer;

   d) line-switching transferring of the data through the connection or the second connection to the access point;

   e) packeting of the data into data packets and packet-switching transferring of the data packets through the packet switching network from the access point to the second switch; and

   f) transferring the data from the second switch to the second end terminal.

**17**. The method according to claim **1**, wherein, with the line-switching data transfer between the first switch and the second switch or between the first switch and the access point to the packet-switching network, the data of several end terminals are multiplexed on one data channel by forming sub-channels of a fixed bandwidth.

**18**. The method according to claim **1**, wherein, with a data transfer from the first switch changing over from a packet-switching data transfer to the line-switching data transfer,

   a) address information of the data packets are evaluated and classified according to a network topology, and

   b) for the data packets whose destination addresses correspond to a same topological area of the network, the second switch is selected which is located in the same topological area.

**19**. The method according to claim **18** wherein, to classify the data packets according to the network topology, the destination addresses of the data packets are sorted according to geographical areas whereby, for data packets whose destination addresses correspond to a same geographical area, the second switch is selected to be located in this geographical area.

**20**. The method according to claim **19** wherein, for classifying the data packets according to geography, the destination addresses are compared with destination addresses stored in a data bank which contains a link between the destination addresses and associated geographical areas.

**21**. A method for transferring data from a first end terminal to a second end terminal, selectively by line-switching or packet switching, comprising:

   a) establishing a connection through a line-switching network from the first end terminal to an access point of a packet switching network;

   b) line-switching transferring of non-packetized data through said connection from the first end terminal to the access point of the packet-switching network;

   c) packeting of the data into data packets and packet-switching transferring of the data packets through the

14

   packet-switching network from the access point to the second end terminal;

   d) checking repeatedly whether a control signal exists for transferring to a line-switching connection to the second end terminal;

   e) establishing the line-switching connection, during an existing transfer, through the line-switching network from the first end terminal to the second end terminal with a presence of the control signal, if the line-switching connection is not yet present; and

   f) changing-over to a line-switching data transfer during the existing transfer and transferring data over the line-switching connection to the second end terminal.

**22**. The method of claim **21**, wherein the first end terminal is a telephone.

**23**. The method of claim **22**, wherein the telephone is an analog telephone.

**24**. The method of claim **22**, wherein the telephone is an ISDN telephone.

**25**. The method of claim **22**, wherein the telephone is a mobile telephone.

**26**. The method of claim **21**, wherein the first end terminal is part of a local area network.

**27**. The method of claim **21**, wherein the data transferred from the first end terminal to the access point of the packet-switching network are analog data.

**28**. The method of claim **27**, wherein the data, when transferred over the line-switching connection to the second end terminal, remain as analog data.

**29**. The method of claim **21**, wherein the data transferred from the first end terminal to the access point of the packet-switching network are digital, non-packetized data.

**30**. The method of claim **21**, in which transferring the data over the line-switching connection comprises transferring the data over an PSTN/ISDN network.

**31**. The method of claim **21**, in which transferring the data through the packet-switching network comprises transferring the data through the internet.

**32**. The method of claim **21**, wherein the control signal which triggers a change-over between the packet-switching transfer and the line-switching transfer is produced automatically when demands on a quality of a data transfer such as a time delay or a noise proportion is understepped or exceeded.

**33**. The method of claim **21**, wherein the control signal which triggers a change-over between the packet-switching transfer and the line-switching transfer is produced by a user of the first end terminal.

**34**. Switching apparatus for routing a telephone call comprising non-packetized data from a first end terminal located at a user's premises to a second end terminal located at another user's premises, selectively by line switching or packet switching, the switching apparatus comprising:

   means for establishing a connection through a line-switching network to the second end terminal;

   means for line-switching transferring data received from the first end terminal as non-packetized data over the line-switching network to the second end terminal;

   means for establishing a connection through a packet-switching network to the second end terminal;

   means for packet-switching transferring data received from the first end terminal as non-packetized data over the packet-switching network to the second end terminal; and

   means responsive to a control signal for transferring to a line-switching transfer or a packet-switching transfer to the second end terminal;

US 6,954,453 B1

15

said means responsive to a control signal changing-over to a line-switching data transfer or a packet-switching transfer during the existing transfer with the presence of said control signal.

**35**. The switch of claim **34**, further comprising means to produce the control signal for transferring to a line-switching transfer or a packet-switching transfer to the second end terminal, said control signal being produced automatically when demands on the quality of the data transfer are understepped or exceeded.

16

**36**. The switch of claim **34**, wherein the data received from the first end terminal are analog data.

**37**. The switch of claim **36**, wherein the data, when transferred over the line-switching connection to the second end terminal, remain as analog data.

**38**. The switch of claim **34**, wherein the data received from the first end terminal are digital, non-packetized data.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 6,954,453 B1                                      Page 1 of 2
APPLICATION NO. : 09/147970
DATED              : October 11, 2005
INVENTOR(S)     : Schindler et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

### In the Drawings

FIG. 3, Sheet 3 of 6                          Delete Drawing Sheet 3 and substitute
                                              therefore the Drawing Sheet,
                                              consisting of Fig. 3, as shown on the
                                              attached page

### On the Title Page

(56) References Cited                         Delete "EP  732835 A2  9/1996" ,
Foreign Patent Documents                      Insert --EP  0 732 835  A2  9/1996--

(57) Abstract, line 7                         Delete "estalished",
                                              Insert --established--

(57) Abstract, line 9                         After "connection",
                                              Insert --.--

### In the Claims

Column 13, line 37, Claim 18                  Delete "are",
                                              Insert --is--

Signed and Sealed this

Third Day of October, 2006

JON W. DUDAS
*Director of the United States Patent and Trademark Office*

**U.S. Patent**    Oct. 11, 2005    Sheet 3 of 6    **6,954,453 B1**



FIG.3