# EXHIBIT 4

US007145902B2

(12) **United States Patent**   (10) **Patent No.:** **US 7,145,902 B2**

Schindler et al.   (45) **Date of Patent:** *****Dec. 5, 2006**

(54) **METHOD FOR TRANSMITTING DATA IN A TELECOMMUNICATIONS NETWORK AND SWITCH FOR IMPLEMENTING SAID METHOD**

(75) Inventors: **Sigram Schindler**, Berlin (DE); **Andreas Illg**, Berlin (DE); **Karsten Lüdtke**, Berlin (DE); **Frank Paetsch**, Berlin (DE)

(73) Assignee: **Teles AG Informations-Technologien**, Berlin (DE)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/165,280**

(22) Filed: **Jun. 22, 2005**

(65) **Prior Publication Data**

US 2005/0243851 A1   Nov. 3, 2005

**Related U.S. Application Data**

(62) Division of application No. 09/147,970, filed as application No. PCT/DE97/02363 on Oct. 7, 1997.

(30) **Foreign Application Priority Data**

Oct. 7, 1996   (DE) ................................ 196 42 063
Oct. 23, 1996   (DE) ................................ 196 45 368

(51) **Int. Cl.**
*H04L 12/66*   (2006.01)
*H04L 12/28*   (2006.01)
*H04J 3/16*   (2006.01)
*H04Q 11/04*   (2006.01)

(52) **U.S. Cl.** .................. **370/352**; 370/395.2; 370/401; 370/465; 379/93.01

(58) **Field of Classification Search** ............... 370/352, 370/395.2, 401, 465; 379/93.01
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,539,676 A   9/1985   Lucas ......................... 370/60

(Continued)

FOREIGN PATENT DOCUMENTS

EP   0456947 A1   11/1991

(Continued)

OTHER PUBLICATIONS

Low, C. et al., "WEB-In-An Architecture for Fast Deployment of In-Based Personal Services", Workshop Record, Intelligent Network, Freedom and Flexibility: Realising the Promise of Intelligent Network Services, Apr. 21, 1996, pp. 1-12.

(Continued)

*Primary Examiner*—Afsar Qureshi
(74) *Attorney, Agent, or Firm*—Novak Druce DeLuca & Quigg LLP

(57) **ABSTRACT**

A method for transferring data from a first switch to a second switch selectively by line-switching or by packet-switching as well as to a switch for carrying out the method. Data packets are thereby first transferred packet-switched through a packet-switching network to the second switch. With the presence of a corresponding control signal a line-switching connection is established from the first switch to the second switch and the data are then transferred through this connection.

Where applicable a renewed change over to a packet-switching transfer is carried out. A flexible packet-switching or line-switching data transfer linked with dynamic costs between the junctions of a telecommunications network is enabled.

**125 Claims, 6 Drawing Sheets**



## US 7,145,902 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,707,826 A | 11/1987 | Froggatt | 370/60 |
| 4,903,260 A | 2/1990 | Boettle et al. | |
| 4,996,685 A | 2/1991 | Farese et al. | |
| 5,157,662 A | 10/1992 | Tadamura et al. | |
| 5,347,512 A | 9/1994 | Fechalos et al. | 370/58.2 |
| 5,347,516 A | 9/1994 | Yoshida | |
| 5,459,720 A | 10/1995 | Iliev et al. | 370/393 |
| 5,534,913 A | 7/1996 | Majeti et al. | 348/7 |
| 5,598,411 A | 1/1997 | Matsukawa | |
| 5,608,446 A | 3/1997 | Carr et al. | 348/7 |
| 5,610,910 A | 3/1997 | Focsaneanu et al. | |
| 5,732,078 A | 3/1998 | Arango | |
| 5,828,666 A | 10/1998 | Focsaneanu et al. | |
| 5,852,721 A | 12/1998 | Dillon et al. | 395/200.47 |
| 5,903,558 A * | 5/1999 | Jones et al. | 370/351 |
| 5,905,872 A | 5/1999 | DeSimone et al. | |
| 5,944,795 A | 8/1999 | Civanlar | |
| 5,995,606 A | 11/1999 | Civanlar et al. | |
| 6,069,890 A * | 5/2000 | White et al. | 370/352 |
| 6,078,564 A | 6/2000 | Lakshman et al. | |
| 6,125,113 A | 9/2000 | Farris et al. | |
| 6,137,792 A | 10/2000 | Jonas et al. | |
| 6,327,258 B1 | 12/2001 | Deschaine et al. | 379/221 |
| 6,574,216 B1 * | 6/2003 | Farris et al. | 370/352 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0 732835 A2 | 9/1996 |
| EP | 0732835 A2 | 9/1996 |
| EP | 0 818 907 A2 | 1/1998 |
| EP | 0 829 986 A1 | 3/1998 |
| EP | 0 848 527 A1 | 6/1998 |
| EP | 0 868 060 A1 | 9/1998 |
| EP | 0 884 860 A2 | 12/1998 |
| EP | 0929884 B1 | 10/1999 |
| GB | 2283154 | 4/1995 |
| GB | 2283154 A | 4/1995 |
| JP | 57-159153 A | 10/1982 |
| JP | 62188451 A | 8/1987 |
| JP | 62189823 A | 8/1987 |
| JP | 01049456 | 2/1989 |
| JP | 3175855 | 7/1991 |
| JP | 3-235555 A | 10/1991 |
| JP | 5268296 | 10/1993 |
| JP | 6-311183 A | 11/1994 |
| JP | 7-154426 A | 6/1995 |
| WO | WO 90/12466 | 10/1990 |
| WO | WO 95/25407 | 9/1995 |
| WO | WO 95/31060 | 11/1995 |
| WO | WO 96/21184 A1 | 7/1996 |
| WO | WO 96/28947 A1 | 9/1996 |
| WO | WO 97/07625 | 2/1997 |

### OTHER PUBLICATIONS

Babbage, R. et al., "Internet Phone-Changing the Telephony Paradigm?", BT Technology Journal, vol. 15, No. 12, Apr. 1997, pp. 145-157.

Draft Recommendation H.323: Visual Telephone Systems and Equipment For Local Area Networks Which Provide a Non-Guaranteed Quality of Service, International Telecommunication Union, May 28, 1996, 82 pages.

Y. Nakamura, et al., On a Hybrid Network System of Circuit Switching and Packet Switching, The Transactions of the IECE of Japan, vol. E 65, No. 6, Jun. 1982, pp. 679, 680-686 with partial English translation (Abstract).

Marco Listatni and Francesco Villani,"An X.25-compatible protocol for packet voice communications," Computer Communications, pp. 23-31, vol. 6, No. 1, Feb. 1983, Butterworth & Co., Ltd.

"Support of Packet Mode Terminal Equipment by an ISDN," ITU-T Recommendation X.31, 67 pages, Nov. 1995, International Telecommunication Union, Geneva, Switzerland.

"Zugang zu X.25-Netzen über Euro-ISDN mittels X.31," HST-ISDN for PC/LAN, 120 pages, Dec. 1995, HST GmbH, Bremerhaven, Germany.

Hansjörg Troebner, "Presentation of Innovations in ISDN & Telecommunications," HST High Soft Tech, 28 pages, Mar. 6, 1996, HST GmbH, Bremerhaven, Germany.

"Lucent Technologies announces Internet telephony servers to put voice, fax and voice mail on the Internet" Lucent Technologies, Sep. 17, 1996.

Spindler, Wolfgang, "Das Mailbox Jahrbuch '86" Eichborn Verlag, Frankfurt am Main, Germany 1986, pp. 1-127.

Tanenbaum, Andrew S., "Computernetzwerke" PEARSON Studium, Munich, Germany, pp. 54-59.

Stein, Erich, "Taschenbuch Rechnernetze und Internet" Fachbuchverlag Leipzig im Carl Hanser Verlag, pp. 22-27.

"Cisco Expands ISDN Router Solutions with Introduction of Low-Cost ISDN Router Series for Enterprise Telecommuters" Cisco Systems, Nov. 1995.

Blumenhofer, Lars, "Der sichere Einstieg in die Datenfernübertragung" Markt& Technik Verlag AG München, Germany 1991, pp. 80-91.

William Stallings, "ISDN and Broadband ISDN with Frame Relay and ATM", Prentice Hall—Third Edition , p. 108, 1995.

IDB-64/2, "ISDN Dial Backup, " Manual—Deutch Version, Software Release 4.11, Controlware Communications Systems, Dietzenbach, Germany, Mar. 1996 (With English translation).

Draft ITU-T Recommendation H.323, "Visual Telephone Systems and Equipment for Local Area Networks Which Provide a Non Guaranteed Quality of Service," ITU-T Study Group 15, International Telecommunications Union, Geneva, Switzerland, May 28, 1996 (Final master version, and file h323wht8.doc showing changes to the previous version).

Cisco Systems, Inc., v Teles Ag Informationstechnologien v. Cisco Systems, Inc., Civil Action No. 1:05-CV-02048 (RBW) U.S. District Court for the District of Columbia, Plaintiff CISCO Systems Inc.'s Reply to Defendant TELES AG Informationstechnologien's Counterclaim, Mar. 20, 2006.

William Stallings, "ISDN and Broadband ISDN with Frame Relay and ATM", Prentice Hall—Third Edition—p. 108.

Mark J. Karol and Michael G. Hluchyj "Using A Packet Switch For Circuit-Switched Traffic: A Queueing System with Periodic Input Traffic" IEEE Transactions on Communications, pp. 623-625, vol. 37, No. 6, Jun. 1989.

Tohru Kohashi, et al., "Integrated-Circuit and Packet-Switching Applications to a Loop System for Local Area Networks" IEEE Journal on Selected Areas in Communications, pp. 574-583, vol. sac-3, No. 4, Jul. 1985.

Brij Bhushan and Holger Opderbeck "The Evolution of Data Switching for PBX's" IEEE Journal on Selected Areas in Communications, pp. 569-573, vol. sac-3, No. 4 Jul. 1985.

Gino J. Coviello and Robert E. Lyons "Conceptual Approaches to Switching in Future Military Networks" IEEE Transactions on Communications, pp. 1491-1499, vol. com-28, No. 9 Sep. 1980.

Christina J. Jenny and Karl Kummerle "Distributed Processing Within an Integrated Circuit/Packet-Switching Node" IEEE Transactions on Communications, pp. 1088-1101, vol. com-24, No. 10 Oct. 1976.

Taxi System (Manual)—Controlware GmbH—Manual Version 2.0; Dec. 1995.

Wilfred Kötz, "Das LAN wird zur Telefonanlage," ntz, Heft 4 (1995) pp. 45-47 (with English Translation: "The LAN becomes a telephone system").

English version: Focus On: Office Communication—The Integrated Office, LAN and Telecommunication Growing Together LANLine, Jul. 1995—(German version) "Lan and TK-Funktionen wachsen zusammen" Schwerpunkt:Burokommunikation, LanLine, Jul. 1995, pp. 110-113.

English version: Network Technology—Servers are turning into a Telecommunication System—Telephony on the Novell Network, LANLine, Feb. 1995—(German version) "Telefonieren auf dem Novell-Netz," Netzwerktechnik, LanLine, Feb. 1995, pp. 44-48.

**US 7,145,902 B2**

Page 3

Yatsuka Nakamura and Akishige Noda, "On a Hybrid Network System of Circuit Switching and Packet Switching" *The Transactions of the IECE of Japan*, pp. 678-687 vol. E 65, No. 6 Abstracts.

David Skov and Nicolas Raguideau "WebIN—An Architecture for Fast Deployment of IN-based Personal Services" *IEEE*, 1996.

R. Babbage, I. Moffat, A. O'Neill and S. Sivaraj "Internet phone—changing the telephony paradigm", *BT Technol 1*, pp. 145-157 vol. 5 No. 2, Apr. 1997.

Manual for IDB-64/2 "ISDN Dial Backup".

Peter Schulthess, Konrad Froitzheim and Alfred Lupper "Relisierung von LAN-Diensten uber TK-Anlagen" ntz, Bd. 45 (1992) Heft 12 pp. 970-976 (With English Translation—"Providing LAN Services using telecommunication systems").

"Lexikon der Informatik und Daten-verarbeitung," 2nd Edition, *Hans-Jochen Schneider, Oldenbourg*. Munich, Germany(1986) pp. 149-151, 338-339, 418-419, 482-483 (With English translation, "Dictionary of Computer Science and Data Processing").

"Delivery System Architecture and Interfaces" *Digital Audio-Visual Council(DAVIC)*, 1.2 Specification Part 4 Genf, 1997.

Chen and Baras "Optimal Routing in Mixed Media Networks with Integrated Voice and Data Traffic" *GLOBECOM '92, IEEE Global Telecommunications Conference* pp. 335-339, vol. 1 of 3 vol. Dec. 1992.

Stuart J. Yuill and Raymond L. Pickholtz "Performance Modeling for Packet Networks with Satellite Overflow" *IEEE Transactions On Communications*, pp. 808-815, vol. com-29, No. 6, Jun. 1981.

Hisayoshi Inamori "Performance Evaluation Of Mutual Overflow Routing for Hierarchical Packet—Switching Networks" *Electronics and Communications in Japan*, pp. 111-122, Part 1, vol. 71, No. 6 1988.

Manu Malek "Integrated Voice and Data Communications Overview" *IEEE Communications Magazine*, pp. 5-15, vol. 26, No. 6, Jun. 1988.

Claude Wacker "Interconnection of LANs using ISDN" *Computer Networks and ISDN Systems 23*, pp. 203-208, May 1991.

"Vocaltec Links Phones to Web" Aug. 2, 1996.

"Vocaltec Introduces the Internet Phone Telephony Gateway Linking Traditional and Internet Telephone Networks" *VocalTec*, Mar. 8, 1996.

"Installation and ISDN Configuration Guide NetWare MultiProtocol Router for ISDN 3.1" Jun. 1996.

Cisco Systems, Inc. v. Teles AG Informationstechnologien Civil Action No. 1:05CV02048 (RBW) U.S. District Court for the District of Columbia, Plaintiff's Original Complaint and Request for Declaratory Judgment with Proposed Order for Service by Publication (Oct. 18, 2005).

Cisco Systems, Inc., v. Teles Ag Informationstechnologien v. Cisco Systems, Inc., Civil Action No. 1:05-CV-02048 (RBW) U.S. District Court for the District of Columbia, Answer and Counterclaim of Teles AG Informationstechnologien to Cisco Systems, Inc.'s Original Complaint and Request for Declaratory Judgment (Feb. 28, 2006).

Cisco v. Teles—Nullity Action against German Patent DE 19645368, Translation of Letter to Federal Patent Court dated Aug. 8, 2005.

Teles vs. Cisco Systems (German Infringement action) Translation of letter to District Court of Mannheim from Herbst Sendler (TELES) dated Jan. 18, 2006.

Zusammenfassung der Nichtigkeitsklageschrift vom Nov. 30, 2004 gegen den deutschen Teil des europäischen IntraStar-Patents, (8 pages).

Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Nov. 30, 2004, from Bardehle (Cisco Attorneys), Munich, Germany (English translation, 33 pages).

Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 16, 2006, from Bardehle (Cisco Attorneys), Munich, Germany (English translation, 42 pages).

Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 29, 2006, from

Maikowski & Ninnemann (TELES Patent Attorneys), Munich, Germany (German document, 15 pages, and English translation, 12 pages).

Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 30, 2006, from Maikowski & Ninnemann (TELES Patent Attorneys), Munich, Germany (German document, 9 pages, and English translation, 9 pages).

List of ITU-T Recommendations, 1 page, Appendix NK 19 to Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 16, 2006, from Bardehle (Cisco Attorneys), Munich, Germany.

List of ITU I-Series: Integrated services digital network, 1 page, Appendix NK 20 to Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 16, 2006, from Bardehle (Cisco Attorneys), Munich, Germany.

"Point of Presence," Wikipedia, German Version, de.wikipedia.org, Jan. 5, 2006, 1 page, Appendix NK 26 to Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 16, 2006, from Bardehle (Cisco Attorneys), Munich, Germany.

"Point of Presence," Wikipedia, English Version, en.wikipedia.org, May 9, 2006, 1 page.

"Einwahlknoten [dial-in node]," Wikipedia, German Version, de.wikipedia.org, Dec. 21, 2005, 1 page, Appendix NK 27 to Cisco v. Teles, Nullity action against German part of EP-Patent 0 929 884, letter to Federal Patent Court dated Mar. 16, 2006, from Bardehle (Cisco Attorneys), Munich, Germany.

Cisco Systems, Inc., and Quintum Technologies, Inc., v. Teles AG, Informationstechnologien, Federal Patents Court, Minutes, Munich, Germany, Apr. 5, 2006 (German document, 2 pages, and English translation, 1 page).

Patent Abstracts of Japan, Pub. No. 06311183A, Nov. 4, 1994, one page.

English translation of Teles v. Nokia, German Infringement Action, letter from Reimann Osterrieth (Attorneys for Nokia) to the Mannheim District Court in answer to the Teles Complaint, Jun. 29, 2006, 16 pages.

Teles v. Cisco,, Case No. 70340/04, Decision of "Landgericht" (German District Court) Mannheim, 7th, Civil Chamber, Jun. 9, 2006, 24 pages.

English translation of Teles v. Cisco, Case No. 70340/04, letter from Dr. Klaus Brocker, (Attorney for Teles) to the Mannheim District Court, May 14, 2006, 21 pages.

English translation of Cisco v. Teles, Nullity action against European Patent EP 0929884, Decision of the Federal Patent Court dated Apr. 5th, 2006, 27 pages.

English Translation of Cisco v. Teles, Nullity action against German Patent DE 19645368, Decision of the Federal Patent Court dated Apr. 5th, 2006, 25 pages.

English translation of Teles German Patent DE 19645368 C2 (Method and Communications Device for Transmitting Data in a Telecommunications Network), 34 pages.

English translation of Teles v. IP Telekom & Quintum, Case No. 70297/04, Decision of "Landgericht" (German District Court) Manheim, 7th Civil Chamber, Nov. 11, 2005, 30 pages.

English translation of Teles v. AVM, Case No. 70332/04, Decision of "Landgericht" (German District Court) Manheim, 7th Civil Chamber, Mar. 11, 2005, 32 pages.

English translation of "Zugang zu X.25-Netzen uber Euro-ISDN mittels X.31, Dec. 1995, HST GmbH, Bremerhaven, Germany" (Access to X.25 Networks via Euro ISDN by means of X.31), 45 pages.

English translation of pp. 89 to 100 (DATEX-P: Gateway to the Data World-How it Works and What it Costs) of Spindler, Wolfgang, "Das Mailbox Jahrbuch '86," Eichborn Verlag, Frankfurt am Main, Germany, 1986 (12 pages of English translation).

* cited by examiner



*FIG.1*



*FIG.2*
PRIOR ART



*FIG.3*



*FIG. 4*

## FIG.5A



## FIG.5B



US 7,145,902 B2

**1**

# METHOD FOR TRANSMITTING DATA IN A TELECOMMUNICATIONS NETWORK AND SWITCH FOR IMPLEMENTING SAID METHOD

## CROSS-REFERENCE TO RELATED APPLICATION(S)

This application is a divisional of U.S. application Ser. No. 09/147,970, filed Mar. 23, 1999, which is a National Phase Patent Application of International Application Number PCT/DE97/02363, filed on Oct. 7, 1997, which claims the priority of German Application No. 196 42 063.6, filed Oct. 7, 1996, and German Application No. 196 45 368.2, filed Oct. 23, 1996, priority of which are claimed herein.

## BACKGROUND OF THE INVENTION

The invention relates to a method for transferring data from a first switch to a second switch, selectively by line switching or by packet switching, and to a switch for carrying out the method.

The present-day situation in telecommunications is marked by a division between two different connecting and switching technologies. These are the synchronous line-switching technology (line-switching or circuit switching) and asynchronous packet-switching technology (packet-switching).

Line-switching connections use line switches, alias line switching equipment, between the individual line sections, each of which copies over 1 byte packets and has a corresponding buffer size. Packet-switching connections use packet switches, alias packet switching equipment, between the individual line sections of a network, each of which copies over multi-byte packets. The buffer size of a packet switch correspondingly amounts to n bytes where n stands for the number of bytes in the copied data packets. The term "switch" is used below so that it includes both a line switch of a line switching network and a packet switch of a packet switching network.

A line switch, alias line switching equipment, is called telecommunications apparatus (TK apparatus) in the private sector, and exchanges of the network supplies in the public sector. A packet switch, alias packet switching apparatus, is also called a router, an IP switch or a host computer.

Line switching connections are synchronous, i.e., data transfer is carried out substantially without any time delay from one line section to an adjoining line section through a switch (here, a line switching apparatus).

When a line-switching call is put through, a connection is continually provided in real time with the complete bandwidth of a channel between two points. Even if no useful information is being sent e.g., during a pause in telephone conversation, the transmission channel is occupied or engaged.

Line-switching connections are expensive, particularly during telephone conversations since the costs accumulate irrespectively of the information actually transferred. The advantage of a line switching connection is that it is free of any time delay and has a fixed bandwidth.

The other important type of data exchange nowadays is the packet exchange. With packet exchange, data, e.g., audio data, video data or computer files, are packeted and transferred as data packets. Packet switching works in the asynchronous transfer mode, i.e., data is transferred time-delayed between two adjoining line sections by a switch (here, a packet switching apparatus). In the case of packet-switching

**2**

exchanges, and quite differently from line-switching exchanges, a fixed connection does not have to be maintained. It is connection-less, i.e., each packet is treated individually and not in conjunction with others.

Packet switching is used in particular on the Internet. The data packets are termed there as IP packets (IP=Internet Protocol). Each IP packet contains a header which contains, inter alia, sender and receiver addresses. The IP packets form a data flow which is transferred through packet switching apparatus (alias IP switches or Routers or Host computers) in the Internet from the sender to the relevant receiver.

As a result of the length of the IP packets (16 bytes or more), a time delay occurs in the packet switching apparatus when copying. This time delay can be so great, when there is a heavy load on the packet switching apparatus which passes a data packet over the route to the destination address, that certain applications are no longer possible.

These delays are of considerable significance particularly in the case of the Internet. With Internet telephony, a cost-conscious caller uses the normal Internet with approximately 8 kbit/s bandwidth and a time delay of 0.5 seconds. When the Internet is overloaded, the time delay of the individual packets becomes so great that an acceptable conversation connection between telephone partners is no longer possible.

Internet telephony is marked by a great advantage that only the relevant local telephone charges to the next POP (Point of Presence), the access point to the Internet offered by an Internet Service Provider ISP, as well as time charges calculated by the ISPs for the length of the Internet access as well as volume charges, but not expensive long distance telephone charges are incurred.

From U.S. Pat. No. 4,996,685 a method and device are known which allow in an ISDN communications network, during an existing connection between a user and a host computer, a dynamic change between a line switching connection through an ISDN B channel and a packet-switching connection through an ISDN D channel. A command to change between a line-switching and a packet-switching connection thereby always emanates from the Host computer.

The method disclosed in U.S. Pat. No. 4,996,685 is restricted to undertaking on an ISDN connection a change between a line-switching and a packet-switching data transfer whereby a line-switching transfer is carried out on a B channel and a packet-switching transfer is carried out on the D channel. A method of this kind is indeed expedient to produce effective access from an end subscriber to a host computer, possibly an exchange point of the telephone network or an access point to the Internet, but does not relate to the transfer of data between switches or routers of a network.

WO 95/31060 A1 describes a method for transferring data between an information source and a destination device wherein the data to be transferred are transferred as data packets. Depending on type of information of the data packets, the data are transferred automatically either solely by line-switching solely by packet-switching. More particularly in the case of small amounts of data to be transferred, a packet-switching transfer is chosen and in the case of large amounts of data, a line-switching data transfer is chosen.

WO 95/25407 A1 describes a method for transferring data between a data source and transceiver either through a packet-switching network or a line-switching network. A control device is thereby provided which uses certain criteria to decide which network and which method of transfer is best suited for the transfer and then selects same.

**3**

U.S. Pat. No. 4,903,260 describes a digital coupling network and a coupling field chip which are designed so that paths leading from any input to any output can, depending on requirements, either be switched through for line-switching connections or can be preset for packet-switching information. Preset paths for the packet-switched information thereby form a network whose junctions lie in the coupling field chip of the coupling network. Those function devices which are required to send each data packet on the path preset for same are integrated in the coupling field chips. It is thus possible to divide up a single coupling network depending, on requirements, dynamically into a line-switching network and a packet-switching network.

SUMMARY OF THE INVENTION

Based on the prior art, the present invention is concerned with the problem of providing a method for transferring data from a first switch to a second switch and providing a switching for carrying out the method which, depending on the data origin and headers of a user or network management system, allows flexible data transfer between the switches and more particularly cost-effective data transfer with real time properties.

The solution according to the present invention makes it possible during packet-switching connection between two switches to achieve a dynamic change-over to line-switching connection without interrupting the connection. This is always advisable if a data build up of data packets exists before the switches of the packet-switching network. Through the establishment of a line-switching connection between the switches, a bypass is produced according to the invention on which data can be transferred with fixed bandwidth and slight time delays substantially in real time so that the data blockage is bypassed. Since a line switching connection is established only when required, i.e., when a packet-switching data transfer no longer has the desired bandwidth, the invention allows a flexible, most cost-effective data transfer.

The term "switch" is used in the sense of the present invention as already explained so that it includes both a line-switch of a line-switching network which copies over 1-byte packets, and a packet-switch (router) of a packet-switching network which copies over multi-byte packets. Data to be transferred can be any type of data, such as audio data, video data or computer files.

The present invention provides for carrying out the method according to the present invention, on switches which allow both line-switching and packet-switching, and combine the functions of a line-switch and a packet-switch. A switch according to the present invention has a packeting device for packeting and unpacketing data, an IP switching device for routing data packets, a line-switching device for establishing connections for switching through data channels and a control device which directs incoming data either to the IP switching device or to the line switching device depending on the control signals.

The corresponding control signals are triggered by a user, or at the command of a network management system and are transferred together with other signaling data to the switch. Alternatively, the switch itself automatically produces a corresponding control command upon exceeding a certain bandwidth of the packet-switching transfer.

The network which consists of interconnected switches according to the present invention forms an Intranet wherein data transfer can be interchanged dynamically between line switching and packet switching and ensures, under normal

**4**

conditions, data transfer substantially in real time through the possibility of establishing when required, a line-switching connection of a fixed bandwidth. This is particularly important for Internet telephony.

There are numerous useful areas for the switches according to the present invention. The switches according to the present invention can even replace conventional line-switches such as TK equipment and exchanges as well as packet switches. More particularly they can be used to build up new networks with real time capacity (intranets) which can operate both by line-switching and by packet-switching.

The method according to the present invention is used in a first embodiment of the invention between two switches which are part of a line-switching network, but not directly part of a packet-switching network. Therefore, for a packet-switching transfer, first a connection is established through the line-switching network from a first switch to an access point to the packet-switching network (such as Internet access point). The data are transferred line-switched to the access point to the packet-switched network, where they are packeted if they do not already exist as packets, and are transferred from the access point packet-switched through the packet-switching network to the second switch. The data are thereby preferably already packeted in the first switch and transferred as data packets line-switched to the access point.

If both switches are part of both a line-switching network and a packet-switching network, then in a second embodiment of the method according to the present invention, a packet-switched data transfer can take place directly between the switches. With both embodiments, with a presence of a corresponding control signal, a line-switching connection is built up through the line-switching network directly to the second switch. If there is no longer any need for a line-switching transfer, then a change back to a packet-switching transfer takes place.

In one embodiment of the method according to the present invention, the data packets remain, after the change-over to a line-switching data transfer, as data packets and are then transferred as such by line-switching. In an alternative embodiment, the data packets are unpacketed, more particularly the headers of the data packets are removed, and only the data are then transferred by line-switching. The advantage of the first embodiment lies in the fact that if the data is once again to be transferred over the packet-switching network, they already exist as data packets and therefore time is saved when switching. The advantage of the second embodiment is that by removing the headers from the individual data packets, the effective bandwidth of the data transfer is increased.

In a preferred embodiment of the method according to the present invention, the same data channel is used for transferring the data packets from the first switch to the access point to the packet-switching network, and for transferring data from a first switch to the second switch through the line-switching network. This embodiment has the advantage that only one data channel is constantly engaged which, depending on the type of transfer, transfers data either to the access point to the packet-switching network, or to the other switch. More particularly in the case of an ISDN network, the same B data channel is used for both sending data to the access point to the packet-switching network, and for sending data through a bypass to another switch.

A data transfer from the first switch to the access point to the packet-switching network always takes place by line-switching. Thus compared with a packet-switching transfer to the access point (e.g., through an ISDN D channel), which

5

is also possible, a larger and fixed bandwidth is ensured up to the access point. If an ISDN network exists, then an ISDN B channel is used as the data channel. Data packets are thereby sent through the B channel by applying them to the ISDN framework. This is known per se and fixed in the PPP protocol.

In a further embodiment, two data channels are provided for data transfer from a first switch, whereby through the first data channel the data packets are transferred to the access point to the packet-switching network, and through the second data channel the data are transferred to the second switch through line-switching. Depending on the type of transfer, either the one data channel or the other data channel is used. This has the advantage that data can be transferred simultaneously by packet-switching and line-switching. By way of example, less important data such as correspondence is transferred by packet-switching and audio data is transferred by line-switching.

In a further preferred embodiment of the present invention, with a line-switching data transfer between the first switch and the second switch or between the first switch and the access point to the packet-switching network, the data of several users are multiplexed on a data channel by forming sub-channels of fixed bandwidth. It is thereby provided that the data of one user are transferred after its selection by line-switching with a transfer rate which corresponds to only a fraction of the transfer rate of the bandwidth which is available as standard to the user.

More particularly with an ISDN network on the B channels sub channels of a bandwidth of 32, 16, 8, 4, 2 or 1 kbit/s are available. To implement the sub-channels, only each n-th byte or each n-th bit of an ISDN frame is copied over immediately forwarded on the data channel to the next switch or to the computer network access point.

The formation of sub-channels on a data channel, possibly an ISDN B channel or a data channel of the GSM mobile phone system, allows additional flexibility for the data transfer. In many cases, it is entirely adequate that the bandwidth only uses up a part of the bandwidth which is available on a data channel. The use of the sub-channel thereby has an advantage for the user that according to the bandwidth of the sub-channel, lower costs are incurred but a fixed bandwidth is still available. Sub-channels of different bandwidth thereby define different service quality.

Thus a packet-switching transfer, a line-switching transfer with a part of the available bandwidth of a data channel, and a line-switching transfer with the complete bandwidth of the data channel are available as alternatives.

In a further development of the method according to the present invention, with a change from a packet-switching transfer to a line-switching transfer, the address information of the data packets are evaluated and sorted according to network topology. Thus for each data packet whose destination addresses relate to the same topological area of the network, a switch located in this area is selected, a line-switching connection (bypass) is established to the selected switch and the corresponding data or data packets are transferred to the switch by line-switching.

A classification of the data packets is thereby preferably carried out according to geographical points of view, whereby, for data packets whose destination address relate to the same geographical area, a switch located in this geographical area is selected and a line-switching connection is established to this switch. This allows a bypass to be effectively established since for data packets with roughly the same destination, a line-switching connection is established directly to a network junction which lies, regarding

6

network topology, in the destination area of the data packets. The establishment of an effective bypass between the individual switches has great importance in the case of packet-switching networks since a data packet can run on the way from Berlin to Munich via Paris and New York. By bringing together all data packets intended for Munich and transferring these data packets by line-switching directly from Berlin to Munich, it is possible to provide a more effective data transfer.

For classifying data packets according to geographical points of view, it is preferable to compare the destination address with destination addresses stored in a data bank whereby the data bank contains a link between the destination addresses and the associated geographical position. The data bank is thereby preferably integrated in the switch. If the data packets are IP data packets, then the relevant IP addresses are consulted in the data bank and assigned to a certain bypass depending on the geographical destination.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows diagrammatically a telecommunications network according to the invention;

FIG. 2 shows diagrammatically a telecommunications network known in the prior art;

FIG. 3 is a diagrammatic illustration of a telecommunications network in which switches according to the invention form an Intranet;

FIG. 4 shows diagrammatically a switch according to the invention;

FIG. 5a shows a flow chart of the method according to the invention for transferring data between two switches; and

FIG. 5b shows diagrammatically a flow chart for the method according to the invention for selecting a destination switch through topological points of view.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 2 shows a conventional telecommunications network. Data terminals such as telephone 1 or personal computer 2 are connected to an exchange 4 of the telephone network directly or by means of a telecommunications apparatus (TK-apparatus) 3 through an ISDN/POTS line. Where applicable, a local network LAN 5 is connected to the TK-apparatus 3. The exchanges 4 pass on incoming connection requests and provide line-switching connections. Entry to a packet-switching network is possible through an access point POP (Point of Presence) 6. Data are transferred between interlinked packet switches 10 by packet-switching through the packet-switching network.

The Internet will now be considered as packet-switching network without restricting the present invention. Indeed any packet-switching network could be used such as mobile phone networks within the scope of the present invention.

The technologies used are known per se. The data transfer between terminals 1 and 2 and a line-switch (TK apparatus 3 or the exchange 4) takes place line-oriented, and similarly the data transfer between the individual line switches (such as between the individual exchanges 4 and the POP 6 of the Internet Service Providers IPS). The lines are switched through via coupling fields which are produced in the exchange and in the TK-apparatus.

The PCM 30 System is particularly wide spread in ISDN networks wherein 8 Bit codewords for each 30 useful channels within a scanning period of 125 μs are multiplexed and sent in one pulse frame. However, no multiplexing takes

US 7,145,902 B2

7

place on a single channel. The pulse frame is transferred in constant repetition between sender and receiver even if no useful signals are contained. In the digital coupling field, individual bytes are copied and then sent (switch of 1-byte-packet). Since during the exchange process only one byte is read into a memory each time and then read out again, only a minimal time delay occurs when exchanging the connecting path.

From the access point POP **6** to the Internet, the transfer of data is still only carried out packet-switched on the basis of the known network protocol UDP/IP or TCP/IP. Access to the Internet is brought about by a packet switch (hereinafter also called IP Switch) which receives data packets which are not intended for itself and passes them on to the party network whose address they support. During routing, copying of the IP packets is carried out (switch of multi-byte packets). Time delays thereby occur in the packet-switching network according to the size of the IP packet and the number of routers passing on an IP-packet. These time delays can assume such proportions in the event of over-loading the IP switches **10** that in the case of the Internet telephony, delays of more than 0.5 s may occur.

FIG. **1** shows a telecommunications network according to the present invention with switches **7**a and **7**b according to the present invention which are shown as starred and are described in detail in FIG. **3**. The switches **7**a and **7**b integrate the functions of a packet switch and a line switch.

The important factor is therefore the possibility of dynamically switching between packet-switching and line-switching during one transfer, as will be described in further detail below. It is thereby possible to change over, when desired, from an asynchronous packet-switching transfer of variable bandwidth to a synchronous line-switching transfer of greater and fixed bandwidth. Internet telephony and downloading of files from a WWW server are two important uses.

The implementation of the switches **7**a and **7**b takes place selectively through hardware or software. The line switching, is thereby preferably implemented by hardware and the packet-switching by software. Thus with line switching, after switching through a connection the data are forwarded without further examination, whilst with packet switching the destination addresses of each data packet is evaluated and the next IP switch has to be selected from the routing tables. A switching device for the switches **7**a and **7**b which undertakes a change over between packet and line-switching is preferably likewise implemented as software.

The switches **7**a and **7**b can be mounted according to FIG. **1** at different points in the telecommunications network. The switch **7**a represents a service access module for connecting the LANs or end terminals **1** and **2** to the ISDN/PSTN network and Internet. On the user side, the switch **7**a has an ethernet interface for a LAN connection, a printer interface and interfaces for connecting telephones (radio telephones, ISDN telephones, analog telephones)—not shown. The switch **7**a is connected to an exchange point **4** of the telephone network through a line **8**.

Since the switch **7**a is not a part of the Internet, it is necessary for the packet-switching transfer of data through the Internet to first make a connection with the access point POP **6**. This can be carried out through the exchange point **4** or even through a standing line **9** to the POP **6**. The data are transferred line-switched up to the POP **6** and are preferably already packeted. If a change to line-switching data transfer is to take place, then a line to another switch is switched through the exchange **4** and the data are transferred to this by line-switching. The switch **7**a thus routes the IP

8

switched/line-switched channels to the line **8** controlled by same so that they are more cost-effective or more real time depending on the wishes of the user or provider of the channels.

The switch **7**a is integrated in the Internet and connected to further IP switches **11** and/or line switches **12**. Ideally the network still only consists of switches **7**b which allow both line switching and packet switching, so that with each switch **7**b there is the possibility where necessary of providing a higher quality line-switching transfer instead of a packet-switching transfer. A line-switched transfer is thereby established as bypass, more particularly between switches where a data blockage builds up.

FIG. **3** shows a telecommunications network wherein switches **7** which allow a data transfer selectively by packet switching or by line switching form an Intranet within the Internet. A real time communications possibility is thereby present between the switches **7**. So that this is always possible, additional real time communications channels exist between the switches **7**. These are additional ISDN/PSTN connections or additional Intranet channels. A line switching connection (bypass) between the switches **7** can thus arise not only through the telephone network, but also through separate channels.

FIG. **4** shows diagrammatically the establishment of a switch **7** according to the present invention. The switch **7** is part of both a packet-switching network (Internet) and a line-switching network (telephone network), i.e., it is connected through lines to further network junctions to which it can transfer or receive line-switched or packet-switched data. Data coming in through a data input **74** can have any source, more particularly come from an IP switch/router, a line-switch such as an exchange point or a telecommunications unit, from a LAN or from an end terminal **1** or **2**. The data input **74** has for this purpose, in a known way, an ethernet interface, an analog interface with A/D converter and an ISDN interface. In addition where applicable, an ATM interface and an interface with a mobile phone network can also be provided. The ISDN networks are with incoming data of 8 bit long words which arrive on a multiplexed supply line of the switch **7**.

The switch **7** has a known IP switch **72** which copies over incoming IP packets (switch of multi-byte packets) and forwards them in the Internet to suitable switches according to the address of the packets. These relate to the known Internet protocol UDP/IP and TCP/IP. A data compression device **721** is integrated as an option in the IP switch **72**. For data compression, a reference is made to the international compression standards developed for individual communications, more particularly the compression process according to ITU standard G. 72 X. Furthermore, a coding device **722** for coding data packets can be provided as an option.

Furthermore, the switch **7** has a line switching device **73**. This has a digital coupling **731** which is known per se for switching through telephone conversation channels of the line-switching network, and a multiplex/demultiplex device **732** which produces sub-channels on existing data channels, as will be described in further detail below.

The internal control commands, as to whether a packet switching is to take place through the IP switch or a line switching is to take place through the line switching device **73**, are produced in a control device **71**. The device **71** is substantially a switch which forwards the incoming data either as data packets to the IP switch **72** or as bit flow to the line-switching device **73**. To this end, the control information of the incoming data are evaluated. The change-over control unit **711** monitors and controls which open connections are

9

present (i.e., which and how many data channels are connected) and which bandwidth the individual data channels require.

In detail the control device 71 has a change-over control unit 711, two packeting/unpacketing devices 713 and 714, and an intermediate register 712. The change-over control unit is connected to a topography data bank 75 which contains geographical data for a number of IP addresses.

If the incoming data are IP packets, then the headers of the IP packets are evaluated by the change-over control unit 711. If the incoming data are a continuous data stream, then the signaling information of the signaling channel (in band signaling or outband signaling) are evaluated by the change-over control unit 711. The basic state thereby provides that the incoming data are sent into the Internet through the IP switch 72. If the incoming data do not yet exist as IP packets then they are packeted into corresponding IP packets in the packeting/unpacketing device 714 and sent to the IP switch.

If the data exist as IP packets but are to be transferred line-switched through the line-switching device 73 then the data are, where applicable, unpacketed in the packeting/unpacketing device 713. More particularly the headers, of the data packets are removed. Unpacketing is optional however and not absolutely necessary since data packets can be transferred line-switched where applicable according to the PPP protocol. The (packeted or non-packeted) data are transferred as bit stream to the line switching device 73 by the change-over control unit 711.

Through a control command which is sent by an end terminal or another switch and for example triggered by a user by pressing a certain button on the terminal or by the network management system, the type of communication is switched over to line-oriented or packet-oriented communication.

A corresponding signaling command for changing between packet and line switching is, for example, represented by a certain bit sequence wherein the switching unit 71 stores the detailed incoming data in an intermediate register 712 and compares it with stored bit sequences. If a certain bit sequence exists, then a change over to a different type of switching is carried out. Alteratively, it can also be possible for the change-over control device 711 to monitor the bandwidth of a transfer and on understepping or exceeding a certain bandwidth and/or in the event of a time delay when forwarding IP data packets to automatically release a control command to change over to the relevant other type of transfer.

To change from packet switching to line switching, first at the command of the control unit 71, a connection is made via the line-switching unit 73 (bypass) with another switch (destination switch). To this end, the ISDN signaling command SETUP is sent to the next exchange point. After the connection is established, all the incoming data of the communications connection considered are no longer directed through the IP-switch 72 but through the line-switching unit 73. The data are now transferred by line-switching with fixed bandwidth through the established bypass to the other switch.

The change-over control unit 711 thereby checks, within the scope of the change-over process and prior to sending the data to the device 73, whether they are IP packets and whether unpacketing is to take place in the packeting/unpacketing device 713. The decision on this is made dependent on control signals of the network management system or the end terminal or alternatively by the change-over control unit 711 itself dependent on the data arrival. The control signals here contain corresponding transfer param-

10

eters. In each case, the data after being sent to the device 73 are then exposed in the coupling field 731 to an ISDN data frame.

To establish the most effective line-switching connection possible, it is important to select a suitable destination switch where the bypass is established. To this end, a switch is selected as destination switch which lies in a geographical area which coincides with the destination address of numerous IP packets. Then in particular, these IP packets are transferred through the bypass to the corresponding destination switch so that the data packets still only have a short transfer path from the destination switch to the final destination.

The classification of the IP packets and selection of a corresponding destination switch takes place by means of the topology data bank 75 which contains a geographical link between a number of IP addresses and their geographical position. In the line-switching device 73, the IP destination address of each packet is compared with the addresses stored in the data bank 75 and in the event of a successful association of the IP address, this is given a code. This can be a number which characterizes a certain geographical region. This code is recognized by the coupling field 731 and the data packet is then switched through to the corresponding destination switch.

Since it would result in too much time delay to interrogate the data bank 75 for each data packet, the change-over control unit 711 contains a cache which can be quickly accessed and in which the result of the last data bank inquiry is stored. If the IP address of a data packet arriving through the data input 74 is stored in the cache, then the corresponding code can be quickly given.

If the IP address is not contained in the cache, then a data bank inquiry is carried out, and the IP packets are directed onto the IP switch 72 until the result of the data bank inquiry is provided. Only then is a change-over made for this data to a line-switching transfer through a bypass. It is thereby possible that several bypasses to different destination switches exist at the same time whereby the change over control unit 711 controls the coupling field 731 so that the data packets are each time sent to the destination switch which is most favorable from the network topological point of view. The change-over control unit 711 thus informs the coupling field 731 of which data is to be sent to which destination switch.

If the destination address of a data packet is not contained in the data bank 75, then those intermediate junctions of the packet-switching network are checked to be fully functioning which are normally run through when sending data packets with a certain destination address. To this end, the corresponding data are exchanged between the individual network junctions in known way by trace routing. At the appropriate intermediate junctions, i.e., the intermediate junctions with low functioning output, it is determined whether the ISDN number is known and this is requested where applicable. The change-over control unit 711 of the data bank 75 is thereby operated in the manner already described. A bypass is then established from the change-over control unit 711 to a switch which lies in the chain of switches as close as possible to the destination switch.

The multiplex/demultiplex device 732 of the line-switching device 73 allows, depending on the control commands of the change-over control unit 711, a line-switching transfer to sub-channels with a bandwidth which corresponds to a fraction of the usual bandwidth of a data channel considered. Data channels are thereby bundled which are formed or determined in the coupling field 731 according to the control

**11**

commands of the change-over control unit **711**. A time multiplex channel of the PCM **30** system is considered as ISDN data frame which has information of 30 data channels and two signal channels. The bandwidth of the data channels each amounts to 64 kbit/s.

The multiplex/demultiplex device **732** allows a multiplexing inside each of the 30 data channels of the time multiplex channel. To this end, two methods are alternatively used. In a first method only a part of the 8 bit of a PCM Word is switched through each other, thus 1, 2 or 4 bits. The bandwidth is reduced accordingly to 8, 16 or 32 kbit/s. The data of several channels are in this way multiplexed on one data channel.

Alternatively a PCM word (byte) of the time multiplex channel of the PCM **30** system is not switched through in each of the successive pulse frames, but only in each n-th pulse frame whereby the bandwidth is reduced to 64/n kbit/s.

The two multiplex methods described can also be combined. By way of example, one bandwidth of 1 kbit/s is produced for one data channel in that each eight bit in each eighth frame of the ongoing data channel stems from the data channel considered.

The switching through in the line switching device **731** takes place, depending on the selected data rate, and in the case of transfer rates per data channel unequal to 64 kbit/s, includes the multiplex/demultiplex device **732**. If no multiplexing takes place on a data channel, then the data are passed by the multiplex/demultiplex device **732**.

For the channel or sub-channel considered, a line-switching transfer takes place to the switch which represents the other side of the line-switching connection until a control command again reaches the device **71** to switch over again to packet-switching. This command is in turn coded by a certain bit sequence or is produced automatically. Then through the control device, the switched-through line is broken off and the incoming data are then again directed to the IP switch **72**.

FIGS. **5***a* and **5***b* show the method sequence. FIG. **5***a* shows the course of the method when changing from a packet-switching data transfer to a line-switching data transfer between two switches. With the presence of a corresponding control signal, a line-switching connection is set up to another switch and the data sent by line-switching.

If a line-switching data transfer is to take place to sub-channels of fixed bandwidth then a multiplexer/demultiplexer is activated which multiplexes several data streams so that each time only every n$^{th}$ bit and/or every n$^{th}$ byte is reserved in the outgoing data stream for an incoming data stream. It can thereby be provided that the individual sub-channels have a different bandwidth, i.e., the different input data streams have different proportions in the outgoing data stream. With the presence of a further control signal, a change back to a packet-switching transfer is undertaken.

FIG. **5***b* shows the selection of a suitable switch when establishing a bypass. To this end, the headers of the IP data packets are compared with the information of a data bank. If the header information is associated with a certain geographical destination, then the bypass is established to a switch mounted in this geographical area. If the header information is not associated with a certain geographical destination, then as described above, a bypass is made to an intermediate junction where the data packets pass through in the normal case. Where applicable, the switch has numerous bypasses to different switches wherein each time only data packets with the same or similar topological destination features are transferred to the individual switches within the frame of the bypass.

**12**

The present invention is not restricted in its design to the embodiments given above. Rather a number of variations are possible which make use of the invention even in fundamentally different types of designs.

What is claimed is:

**1**. A method for transferring data selectively by line switching or by packet switching from a first switch to a second switch, the first switch being part of or having access to a line-switching network, comprising:

a) establishing a connection through the line-switching network from the first switch to an access point of a packet-switching network;

b) transferring data through said connection from the first switch to the access point of packet-switching network;

c) packetizing the data into data packets if the data do not yet exist as data packets, and transferring the data packets through the packet-switching network from the access point to the second switch;

d) checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection from the first switch to the second switch through the line-switching network, wherein the control signal is produced by the user of an end terminal connected to either of said first switch or said second switch;

e) establishing a connection from the first switch to the second switch through the line-switching network in response to said control signal, if such a line-switching connection is not yet present; and

f) changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer over the line-switching connection from the first switch to the second switch in response to said control signal and transferring data over the line switching connection from the first switch to the second switch.

**2**. A method for transferring data selectively by line switching or by packet switching from a first switch to a second switch, the first switch being part of or having access to a line-switching network and a packet switching network, comprising:

a) packetizing the data into data packets in the first switch if the data does not yet exist as data packets;

b) transferring the data packets from the first switch through the packet-switching network to the second switch;

c) checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection to the second switch, wherein the control signal is produced by the user of an end terminal connection to either said first switch or to said second switch;

d) establishing a connection from the first switch through the line-switching network to the second switch in response to said control signal, if such a line-switching connection is not yet present; and

e) changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal and transferring data over the line switching connection to the second switch.

**3**. The method according to claim **1** or **2** wherein the data packets after changing over to the line-switching data transfer remain as data packets and are transferred as such by line-switching.

US 7,145,902 B2

13

**4**. The method according to claim **1** or **2** wherein headers are removed from the data packets after changing over to the line-switching data transfer.

**5**. The method according to claim **1** wherein data packets are sent to the access point of the packet-switching network and data is transferred to the line-switching network by the same data channel.

**6**. The method according to claim **1** wherein data packets are transferred to the access point to the packet-switching network through a first data channel and the data are transferred for line-switching to the second switch through a second data channel.

**7**. The method according to claim **1** or **2** wherein the line-switching network is an ISDN network having ISDN switches, the data packets have a TCP/IP format and data channels used for the line-switching data transfer are ISDN B channels.

**8**. The method according to claim **1** wherein, with the line-switching data transfer between the first switch and the second switch or between the first switch and the access point to the packet-switching network, the data of several users are multiplexed on one data channel by forming sub-channels of a fixed bandwidth.

**9**. The method according to claim **2** wherein, with the line-switching data transfer between the first switch and the second switch the data of several users are multiplexed on one data channel by forming sub-channels of a fixed bandwidth.

**10**. The method according to claim **8** or **9** wherein the data of the user when line-switching is selected are transferred line-switched with a transfer rate which corresponds to a fraction of the transfer rate of a bandwidth which is available as standard to the user.

**11**. The method according to claim **8** wherein the line-switching network is an ISDN network and the data of a user to be transferred are transferred between the first and the second switches or between the first switch and the access point to the packet-switching network on a data channel with a bandwidth which is only a fraction of a standard bandwidth of 64 kbit/s, more particularly 32, 18, 8, 4, 2 or 1 kbit/s.

**12**. The method according to claim **9** wherein the line-switching networks is an ISDN network and the data of a user to be transferred are transferred between the first and the second switches on a data channel with a bandwidth which is only a fraction of a standard bandwidth of 64 kbit/s, more particularly 32, 16, 8, 4, 2 or 1 kbit/s.

**13**. The method according to claim **11** wherein, in the first switch, for an integer "n" greater than one, only every n-th byte or every n-th bit of an ISDN frame is copied over and forwarded on a data channel to the second switch or to the access point to the packet-switching network whereby an effective bandwidth of the line-switching data transfer is (64/n) kbit/s.

**14**. The method according to claim **12** wherein, in the first switch, for an integer "n" greater than one, only every n-th byte or every n-th bit of an ISDN frame is copied over and forwarded on a data channel to the second switch, whereby an effective bandwidth of the line-switching data transfer is (64/n) kbit/s.

**15**. The method according to claim **1** or **2** wherein, with a data transfer from the first switch changing over from a packet-switching data transfer to the line-switching data transfer,

a) address information of the data packets is evaluated and classified according to a network topology, and

14

b) for the data packets whose destination addresses correspond to a same topological area of the network, the second switch is selected which is located in the same topological area.

**16**. The method according to claim **15** wherein, to classify the data packets according to the network topology, the destination addresses of the data packets are sorted according to geographical areas whereby, for data packets whose destination addresses correspond to a same geographical area, the second switch is selected to be located in this geographical area.

**17**. The method according to claim **16** wherein, for classifying the data packets according to geography, the destination addresses are compared with destination addresses stored in a data bank which contains a link between the destination addresses and associated geographical areas.

**18**. The method according to claim **1**, further comprising the steps of:

a) checking when the data is being transferred using the line switching data transfer, whether a second control signal exists for changing-over to a packet-switching data transfer to the second switch;

b) establishing a second connection through the line-switching network, during the existing transfer, from the first switch to the access point of the packet-switching network in response to said second control signal, if the connection to the access point is no longer present;

c) changing-over to a packet-switching data transfer during the existing transfer;

d) line-switching transferring of the data through the connection or the second connection from the first switch to the access point; and

e) packetizing the data into data packets if the data does not yet exist as data packets, and transferring the data packets through the packet switching network from the access point to the second switch.

**19**. The method according to claim **2**, further comprising the steps of:

a) checking, when the data is being transferred using the line switching data transfer, whether a second control signal exists for changing-over to a packet-switching data transfer to the second switch;

b) changing-over to a packet-switching data transfer during the existing transfer in response to said second control signal; and

c) packetizing the data into data packets in the first switch if the data does not yet exist as data packets, and transferring the data packets through the packet-switching network to the second switch.

**20**. The method of claim **1** or **2**, further comprising locating the first switch between at least one end terminal of a user and an access point of the packet switching network, wherein data are transmitted from the at least one end terminal to the first switch.

**21**. The method according to claim **20**, wherein at least one end terminal is part of a local area network.

**22**. The method of claim **20**, wherein at least one send terminal is a telephone.

**23**. The method of claim **22**, wherein the telephone is an analog telephone.

**24**. The method of claim **22**, wherein the telephone is an ISDN telephone.

**25**. The method of claim **22**, wherein the telephone is a mobile telephone.

15

**26**. The method of claim **20**, wherein at least one end terminal is connected to a private branch exchange (PBX), which is in turn connected to the first switch.

**27**. The method of claim **20**, wherein the data produced at at least one end terminal are analog data.

**28**. The method of claim **20**, wherein the data produced at at least one end terminal are digital, non-packetized data.

**29**. The method of claim **1** or **2**, wherein the data produced at least one end terminal are digital packetized data, wherein the first switch unpacks these packetized data and transmits them over the line-switching connection to the second switch as digital, non-packetized data.

**30**. The method of claim **20**, wherein the first switch is located between a plurality of user end terminals and an access of the packet switching network, wherein data are transmitted from the plurality of end terminals to the first switch.

**31**. The method of claim **20**, wherein the first switch is located at the at least one end terminal.

**32**. The method of claim **1** or **2**, in which transferring the data through the packet-switching network comprises transferring the data through the internet.

**33**. The method of claim **1**, wherein the access point of the packet switching network is a POP (point of presence) of a service provider.

**34**. Switching apparatus for selectively routing a telephone call from a first end terminal to a second end terminal, comprising:

a device that provides access to a packet switching network through which data can be sent for delivery to the second end terminal;

means for transferring first data of the telephone call originated by the first end terminal through the packet switching network for delivery to the second end terminal;

a device for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal;

means for transferring second data of the telephone call originated by the first end terminal over the connection through the line-switching network for delivery to the second end terminal; and

means responsive to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of the second data of the telephone call without interruption of a call set-up procedure, wherein said control signal is produced by the user of the first end terminal.

**35**. A method for transferring data selectively by line-switching or by packet switching from a first switch to a second switch, the first switch being part of or having access to a line-switching network, comprising:

a) establishing a connection through the line-switching network from the first switch to an access point of a packet-switching network;

b) transferring data through said connection from the first switch to the access point of the packet-switching network;

c) packetizing the data into data packets if the data do not yet exist as data packets, and transferring the data packets through the packet-switching network from the access point to the second switch;

d) checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection from the first switch to the

16

second switch, wherein the control signal is produced by a network management system;

e) establishing a line-switching connection from the first switch to the second switch through the line-switching network in response to said control signal, if such a line-switching connection is not yet present; and

f) changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer over the line-switching connection from the first switch to the second switch in response to said control signal and transferring data over the line switching connection from the first switch to the second switch.

**36**. A method for transferring data selectively by line switching or by packet switching from a first switch to a second switch, the first switch being part of or having access to a line-switching network and a packet switching network, comprising:

a) packetizing the data into data packets in the first switch if the data does not yet exist as data packets;

b) transferring the data packets from the first switch through the packet-switching network to the second switch;

c) checking whether a control signal exists for changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching connection to the second switch, wherein the control signal is produced by a network management system;

d) establishing the line-switching connection through the line-switching network to the second switch in response to said control signal, if the line-switching connection is not yet present; and

e) changing-over from the packet-switching data transfer of the data packets through the packet switching network to a line-switching data transfer in response to said control signal and transferring data over the line switching connection to the second switch.

**37**. The method according to claim **35** or **36** wherein data packets after changing over to the line-switching data transfer remain as data packets and are transferred as such by line-switching.

**38**. The method according to claim **35** or **36** wherein headers are removed from the data packets after changing to the line-switching data transfer.

**39**. The method according to claim **35** wherein data packets are sent to the access point of the packet-switching network and data is transferred to the line-switching network by the same data channel.

**40**. The method according to claim **35** wherein data packets are transferred to the access point of the packet-switching network through a first data channel and the data are transferred for line-switching to the second switch through a second data channel.

**41**. The method according to claim **35** or **36** wherein the line-switching network is an ISDN network having ISDN switches, the data packets have a TCP/IP format and data channels used for the line-switching data transfer are ISDN B channels.

**42**. The method according to claim **35** wherein, with the line-switching data transfer between the first switch and the second switch or between the first switch and the access point of the packet-switching network, the data of several users are multiplexed on one data channel by forming sub-channels of a fixed bandwidth.

**43**. The method according to claim **36** wherein, with the line-switching data transfer between the first switch and the

17

second switch the data of several users are multiplexed on one data channel by forming sub-channels of a fixed bandwidth.

**44**. The method according to claim **42** or **43** wherein the data of the user when line-switching is selected are transferred line-switched with a transfer rate which corresponds to a fraction of the transfer rate of a bandwidth which is available as standard to the user.

**45**. The method according to claim **42** wherein the line-switching network is an ISDN network and the data of a user to be transferred are transferred between the first and the second switches or between the first switch and the access point to the packet-switching network on a data channel with a bandwidth which is only a fraction of a standard bandwidth of 64 kbit/s, more particularly 32, 16, 8, 4, 2 or 1 kbit/s.

**46**. The method according to claim **43** wherein the line-switching network is an ISDN network and the data of a user to be transferred are transferred between the first and the second switches on a data channel with a bandwidth which is only a fraction of a standard bandwidth of 64 kbit/s, more particularly 32, 16, 8, 4, 2 or 1 kbit/s.

**47**. The method according to claim **45** wherein, in the first switch, for an integer "n" greater than one, only every n-th byte or every n-th bit of an ISDN frame is copied over and forwarded on a data channel to the second switch or to the access point to the packet-switching network, whereby an effective bandwidth of the line-switching data transfer is (64/n) kbit/s.

**48**. The method according to claim **46** wherein, in the first switch, for an integer "n" greater than one, only every n-th byte or every n-th bit of an ISDN frame is copied over and forwarded on a data channel to the second switch, whereby an effective bandwidth of the line-switching data transfer is (64/n) kbit/s.

**49**. The method according to claim **35** or **36** wherein, with a data transfer from the first switch changing over from a packet-switching data transfer to the line-switching data transfer,

  a) address information of the data packets is evaluated and classified according to a network topology, and

  b) for the data packets whose destination addresses correspond to a same topological area of the network, the second switch is selected which is located in the same topological area.

**50**. The method according to claim **49** wherein, to classify the data packets according to the network topology, the destination addresses of the data packets are sorted according to geographical areas whereby, for data packets whose destination addresses correspond to a same geographical area, the second switch is selected to be located in this geographical area.

**51**. The method according to claim **50** wherein, for classifying the data packets according to geography, the destination addresses are compared with destination addresses stored in a data bank which contain a link between the destination addresses and associated geographical areas.

**52**. The method according to claim **35**, further comprising the steps of:

  a) checking, when the data is being transferred using the line switching data transfer, whether a second control signal exists for changing-over to a packet-switching data transfer to the second switch;

  b) changing-over to a packet-switching data transfer during the existing transfer in response to said second control signal; and

  c) packetizing the data into data packets in the first switch if the data does not yet exist as data packets, and

18

transferring the data packets through the packet-switching network to the second switch.

**53**. The method according to claim **36**, further comprising the steps of:

  a) checking, when the data is being transferred using the line switching data transfer, whether a second control signal exists for changing-over to a packet-switching data transfer to the second switch;

  b) changing-over to a packet-switching data transfer during the existing transfer in response to said second control signal; and

  c) packetizing the data into data packets in the first switch if the data does not yet exist as data packets, and transferring the data packets through the packet-switching network to the second switch.

**54**. The method of claim **35** or **36**, further comprising locating the first switch between at least one end terminal of a user and an access point of the packet switching network, wherein data are transmitted from the at least one end terminal to the first switch.

**55**. The method according to claim **54**, wherein at least one end terminal is part of a local area network.

**56**. The method of claim **54**, wherein at least one end terminal is a telephone.

**57**. The method of claim **56**, wherein the telephone is an analog telephone.

**58**. The method of claim **56**, wherein the telephone is an ISDN telephone.

**59**. The method of claim **56**, wherein the telephone is a mobile telephone.

**60**. The method of claim **54**, wherein at least one end terminal is connected to a private branch exchange (PBX), which is in turn connected to the first switch.

**61**. The method of claim **54**, wherein the data produced at at least one end terminal are analog data.

**62**. The method of claim **54**, wherein the data produced at at least one end terminal are digital, non-packetized data.

**63**. The method of claim **35** or **36**, wherein the data produced at at least one end terminal are digital packetized data, wherein the first switch unpacks these packetized data and transmits them over the line-switching connection to the second switch as digital, non-packetized data.

**64**. The method of claim **54**, wherein the first switch is located between a plurality of user end terminals and an access point of the packet switch network wherein data are transmitted from the plurality of end terminals to the first switch.

**65**. The method of claim **54**, wherein the first switch is located at the at least one end terminal.

**66**. The method of claim **35** or **36**, in which transferring the data through the packet-switching network comprises transferring the data through the Internet.

**67**. The method of claim **35**, wherein the access point of the packet switching network is a POP (point of presence) of a service provider.

**68**. Switching apparatus for selectively routing a telephone call from a first end terminal to a second end terminal, comprising:

  a device that provides access to a packet switching network through which data can be sent for delivery to the second end terminal;

  means for transferring first data of the telephone call originated by the first terminal through the packet switching network for delivery to the second end terminal;

19

a device for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal;

means for transferring second data of the telephone call originated by the first terminal over the connection through the line-switching network for delivery to the second end terminal; and

means responsive to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of the second data of the telephone call without interruption of a call-up procedure, wherein said control signal is produced by a network management system.

**69.** Switching apparatus for selectively routing a telephone call from a first end terminal to a second end terminal, comprising:

means for establishing a connection to a packet switching network through which data can be sent to the second end terminal;

means for transferring first data of the telephone call originated by the first end terminal over the connection through the packet switching network for delivery to the second end terminal,

means for establishing a connection to a line-switching network through which data can be sent for delivery to the second end terminal;

means for transferring second data of the telephone call originated by first end terminal over the connection through the line-switching network for delivery to the second end terminal; and

means responsive to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of the second data of the telephone call without interruption of a call set-up procedure.

**70.** The switching apparatus as claimed in claim **69,** wherein the means responsive to the control signal includes means for receiving the control signal from the user of the first end terminal.

**71.** The switching apparatus as claimed in claim **69,** further including means for automatically producing the control signal when a data blockage occurs in the connection through the packet switching network to the second end terminal.

**72.** The switching apparatus as claimed in claim **71,** which includes means for changing-over from the line-switching transfer of the second data of the telephone call to packet-switching transfer of data of the telephone call when there is no longer a need for line-switching transfer of data of the telephone call.

**73.** The switching apparatus as claimed in claim **71,** wherein the means for establishing a connection through a line-switching network to the second end terminal includes means for accessing a database of network topology in order to select a connection through the line-switching network that bypasses the data blockage.

**74.** The switching apparatus as claimed in claim **71,** wherein the means for automatically producing the control signal is included in said switching apparatus.

**75.** The switching apparatus as claimed in claim **69,** which includes a network.

**76.** The switching apparatus as claimed in claim **69,** which includes means for multiplexing data of several users over the connection through the line-switching network to the second end terminal.

20

**77.** A method of selectively routing a telephone call from a first end terminal to a second end terminal, comprising:

establishing access of said first end terminal to a packet switching network through which data can be sent for delivery to the second end terminal;

transferring first data of the telephone call originated by the first end terminal over the packet switching network for delivery to the second end terminal,

responding to a control signal for changing-over from a packet-switching mode of transfer of the first data of the telephone call to a line-switching mode of transfer of second data of the telephone call originated by the first end terminal without interruption of a call set-up procedure, by establishing a connection from said first end terminal to a line-switching network through which data can be sent for delivery to the second end terminal and establishing said line-switching mode of transfer of the second data of the telephone call over the connection through the line-switching network for delivery to the second end terminal.

**78.** The method as claimed in claim **77,** which includes receiving the control signal from a user of the first end terminal.

**79.** The method as claimed in claim **77,** which includes automatically producing the control signal when a data blockage occurs in the packet switching network to the second end terminal.

**80.** The method as claimed in claim **79,** which includes changing-over from the line-switching transfer of second data of the telephone call to packet-switching transfer of data of the telephone call when there is no longer a need for line-switching transfer of data of the telephone call.

**81.** The method as claimed in claim **77,** wherein the establishing of a connection through the line-switching network to the second end terminal includes accessing a database of network topology in order to select a connection through the line-switching network that bypasses the data blockage.

**82.** The method as claimed in claim **77,** which includes a network management system producing the control signal.

**83.** The method as claimed in claim **77,** which includes multiplexing data of several users over the connection through the line-switching network to the second end terminal.

**84.** Switching apparatus for switching data packets from multiple origin end terminals, the data packets containing headers including information identifying respective origin and destination end terminals, the switching apparatus comprising:

a packet switching device for transferring data packets through a packet switching network through which data can be sent for delivery to destination end terminals;

a line switching device for establishing line connections through a line-switching network through which data can be sent to the destination end terminals; and

a control device connected to the packet switching device and the line switching device for directing the data packets from the multiple origin end terminals to either the packet switching device or to the line switching device, the control device being responsive to the data packet headers for controlling the packet switching device and the line switching device for establishing and maintaining respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals, the control device also being responsive to a control signal for changing-over from packet-switching transfer of

21

first data of a communications connection to line-switching transfer of second data of the communication connection without interruption of the communications connection.

**85**. The switching apparatus as claimed in claim **84**, which includes an unpacketing device connected to the line switching device for unpacketing data packets for transmitting data of the unpacketed data packets over a line connection established by the line switching device through the line-switching network.

**86**. The switching apparatus as claimed in claim **84**, wherein the control device is adapted for receiving the control signal from the origin end terminal of the communications connection.

**87**. The switching apparatus as claimed in claim **84**, which includes a device for automatically producing the control signal when a data blockage occurs in the routing of data packets of the packet switching network.

**88**. The switching apparatus as claimed in claim **87**, wherein the control device initiates a change-over from the line-switching transfer of the second data of the communications connection to packet-switching transfer of data of the communications connection when there is no longer a need for line-switching transfer of data of the communications connection.

**89**. The switching apparatus as claimed in claim **87**, which includes a database of network topology, and wherein the line switching device is coupled to the database of network topology for accessing the database of network topology in order to select a connection through the line-switching network that bypasses the data blockage.

**90**. The switching apparatus as claimed in claim **84**, which includes a network management system for producing the control signal.

**91**. The switching apparatus as claimed in claim **84**, wherein the line switching device includes a multiplexer device for multiplexing data of several origin end terminals over a single line connection through the line-switching network.

**92**. A method of routing data packets from multiple origin end terminal in a data network, the data packets containing headers including information identifying respective origin and destination end terminals in the data network, the method comprising:

directing the data packets from the multiple end terminals to either a packet switching device or to a line switching device by inspecting the data packet headers, and in response to the data packet headers, establishing and maintaining respective communications connections for data transfer with real-time properties between origin end terminals and destination end terminals, and

responding to a control signal by changing-over from packet-switching transfer of first data of at least one of the communications connections over a packet-switching network to line-switching transfer of second data of said at least one of the communication connections over a line-switching network without interruption of said at least one of the communications connections.

**93**. The method as claimed in claim **92**, which includes unpacketing data packets and transmitting data of the unpacketed data packets over a line connection established by the line switching device through the line-switching network.

**94**. The method as claimed in claim **92**, which includes receiving the control signal from the origin end terminal of said at least one communications connection.

22

**95**. The method as claimed in claim **92**, which includes automatically producing the control signal when a data blockage occurs in the routing of data packets of said at least one communications connection through the packet switching network.

**96**. The method as claimed in claim **95**, wherein the control device initiates a change-over from the line-switching transfer of the second data of the communications connection to packet-switching transfer of data of the communications connection when there is no longer a need for line-switching transfer of data of the communication connection.

**97**. The method as claimed in claim **95**, which includes accessing a database of network topology in order to select a connection through the line-switching network that bypasses the data blockage.

**98**. The method as claimed in claim **92**, which includes a network management system producing the control signal.

**99**. The method as claimed in claim **92**, which includes multiplexing date of several origin end terminals over a single line connection through the line-switching network.

**100**. Switching apparatus for switching Internet Protocol (IP) data packets from multiple origin end terminals, the data packets containing headers including information identifying respective origin and destination end terminals, the switching apparatus comprising:

an IP packet switching device for packet-switching transfer of data through the Internet for delivery to destination end terminals;

a line switching device far establishing line connections through a public telephone network through which data can be sent to the destination end terminals; and

a control device connected to the IP packet switching device and the line switching device for directing the IP data packets from the multiple origin end terminals to either the packet switching device or to the line switching device, the control device being responsive to the data packet headers for controlling the packet switching device and the line switching device for establishing and maintaining respective communication connections for data transfer with real-time properties between origin end terminals and destination end terminals, and the control device also being responsive to an overload in the Internet for automatically changing-over from packet-switching transfer of first data of a communications connection to line-switching transfer of second data of the communication connection without interruption of the communications connection when a data blockage occurs in the routing of data packets of the first data of the communications connection through the Internet.

**101**. The switching apparatus as claimed in claim **100**, which includes an unpacketing device connected to the line switching device for unpacketing IP data packets for transmitting data of the unpacketed IP data packets over a line connection established by the line switching device through the public telephone network.

**102**. The switching apparatus as claimed in claim **100**, wherein the control device initiates a change-over from the line-switching transfer of the second data of the communications connection to packet-switching transfer of data of the communications connection when there is no longer a need for line-switching transfer of data of the communications connection.

**103**. The switching apparatus as claimed in claim **100**, which includes a database of network topology and wherein the line switching device is coupled to the database of

US 7,145,902 B2

23

network topology for accessing the database of network topology in order to select a connection through the line-switching network that bypasses the overload.

**104**. The switching apparatus as claimed in claim **100**, wherein the line switching device includes a multiplexer device for multiplexing data of several origin end terminals over a single line connection through the public telephone network.

**105**. A data switch apparatus, comprising:

a data input;

a packet switch having a connection to a packet switching network;

a line switch having a connection to a line switching network; and

a controller that receives data from said data input and transfers said data to either said packet switch or to said line switch in response to a control signal that is developed as a result of monitoring of quality of service of said packet switching network; and

Wherein said controller further comprises a data packeting/unpacketing device for packetizing unpacketed data received at said data input to be transferred to said packet switch.

**106**. A data switch apparatus as set forth in claim **105**, wherein said controller monitors quality of service of said packet switching network and develops said control signal.

**107**. A data switch apparatus as set forth in claim **105**, wherein a network management system monitors quality of service of said packet switching network and develops said control signal.

**108**. A data switch apparatus as set forth in claim **105**, wherein a user of said data switch apparatus monitors quality of service of said packet switching network and develops said control signal.

**109**. A data switch apparatus as set forth in claim **105**, wherein said monitoring is performed during a set-up process for a data transfer session between a first end terminal connected to said data input and a second end terminal connected to said packet switching and line switching networks.

**110**. A data switch apparatus as set forth in claim **105**, wherein said monitoring is performed during a data transfer session between a first end terminal connected to said data input and a second end terminal connected to said packet switching and line switching networks.

**111**. A data switch apparatus as set forth in claim **105**, wherein said quality of service monitoring comprises monitoring of an available bandwidth of said packet switching network.

**112**. A data switch apparatus as set forth in claim **105**, wherein said quality of service monitoring comprises monitoring of packet loss information on said packet switching network.

**113**. A data switch apparatus as set forth in claim **105**, wherein said quality of service monitoring comprises monitoring of packet transmission delay information on said packet switching network.

**114**. A data switch apparatus as set forth in claim **105**, wherein said data comprises voice data.

**115**. A data switch apparatus as set forth in claim **105**, wherein said data comprises video data.

**116**. A data switch apparatus as set forth in claim **105**, wherein said data comprises audio data.

**117**. A data switch apparatus as set forth in claim **105**, wherein said data comprises application data.

24

**118**. A method of routing IP data packets from multiple origin end terminals in an IP data network, the IP data packets containing headers including information identifying respective origin and destination terminals in the IP data network, the method comprising:

inspecting the IP data packet headers at a switch in the IP data network in order to establish a respective communications connection for IP data packets from at least one of the origin terminals to a destination end terminal in the IP network, the respective communications connection being initiated from the switch by packet switching of IP data packets from the switch, and ensuring that the respective communications connection has a desired bandwidth by changing over, from the packet switching of the IP data packets from the switch, to line switching of the IP data packets from said at least one of the origin end terminals to said destination end terminal, when it is found that the packet switching of the IP data packets from the switch does not have the desired bandwidth.

**119**. The method as claimed in claim **118**, wherein the line switching of the IP data packets from said at least one of the origin end terminals to said destination end terminal includes unpacketing the IP data packets and transmitting data of the unpacketed data packets over a line connection and then re-packeting the data of the unpacketed data packets having been transmitted over the line connection.

**120**. The method as claimed in claim **118**, which includes initiating a change-over from the line-switching to packet-switching of the IP data packets from said at least one of the origin end terminals to said destination end terminal when there is no longer a need for line-switching transfer of the IP data packets of the respective communications connection.

**121**. The method as claimed in claim **118**, which includes using the packet switching of the IP packets from the switch for trace routing for the respective communications connection.

**122**. The method as claimed in claim **118**, which includes accessing a database of network topology in order to select a line-switching connection that bypasses a data blockage of the packet switching of the IP data packets from the switch.

**123**. The method as claimed in claim **118**, which includes a network management system producing a control signal when the packet switching of the IP data packets from the switch does not have the desired bandwidth, and the switch responding to the control signal by changing over, from the packet switching of the IP data packets from the switch, to line switching of the IP data packets from said at least one of the origin end terminals to said destination end terminal.

**124**. The method as claimed in claim **118**, wherein the switch provides access to the Internet, the packet switching of the IP data packets from the switch is initiated over the Internet, and the method includes changing over at the switch, from the packet switching of the IP data packets from the switch, to line switching of the IP data packets from said at least one of the origin end terminals to said destination end terminal.

**125**. The method as claimed in claim **118**, which includes the switch multiplexing data of several origin end terminals over a single line-switched connection.

\* \* \* \* \*

EXHIBIT 5





# BUNDESPATENTGERICHT

## IM NAMEN DES VOLKES

URTEIL

**4 Ni 60/04**
**hinzuverbunden**
**4 Ni 42/05**

―――――――――――

(Aktenzeichen)

Verkündet am
5. April 2006

May
Justizsekretärin
als Urkundsbeamtin
der Geschäftsstelle

In der Patentnichtigkeitssache

1. Cisco Systems Inc., vertreten durch den Präsidenten und CEO J. T. Chambers,
170 West Tasman Drive, San Jose, California 95134 (V. St. A.),

Klägerin (4 Ni 60/04),

Prozessbevollmächtigter: Patentanwalt Dipl.-Ing. Dipl. CEIPI J. Lang (Bardehle
Pagenberg Dost Altenburg Geissler), Galileiplatz 1, 81679 München,

2. Quintum Technologies Inc., vertreten durch den CEO Cheng T. Chen,
71 James Way, Eatontown, New Jersey 07724 (V. St. A.),

Klägerin (4 Ni 42/05),

Prozessbevollmächtigter: Patentanwalt Dipl.-Phys. Dr. D. Heunemann (Vossius
& Partner), Siebertstraße 3, 81675 München,

g e g e n

- 2 -

TELES AG Informationstechnologien, vertreten durch die Vorstandsmitglieder
Prof. Dr. S. Schindler, J. Bastian, A. Krüger, J. Schwarzer, R. Wegener, O. Schulz,
Dovestraße 2-4, 10587 Berlin,

Beklagte,

Prozessbevollmächtigter: Patentanwalt Dipl.-Phys. Dr. W. Müller (Maikowski
& Ninnemann), Kurfürstendamm 54-55, 10707 Berlin,

**betreffend das Patent 196 45 368**

hat der 4. Senat (Nichtigkeitssenat) des Bundespatentgerichts auf die mündliche
Verhandlung vom 5. April 2006 unter Mitwirkung der Vorsitzenden Richterin
Winkler sowie der Richter Dipl.-Phys. Dr. Hartung, Voit, Dipl.-Phys. Dr. Zehendner
und Dipl.-Ing. (Univ.) Höppler

für Recht erkannt:

    I.   Das deutsche Patent DE 196 45 368 wird für nichtig erklärt.

    II.   Die Kosten des Rechtsstreits trägt die Beklagte.

    III.  Das Urteil ist gegen Sicherheitsleistung in Höhe von 120 %
        des jeweils zu vollstreckenden Betrages vorläufig vollstreck-
        bar.

- 3 -

## Tatbestand

Die Beklagte ist eingetragene Inhaberin des deutschen Patents 196 45 368 (Streit-patent), das am 23. Oktober 1996 unter Inanspruchnahme der inneren Priorität der Patentanmeldung DE 196 42 063 vom 7. Oktober 1996 angemeldet worden ist. Es betrifft ein Verfahren sowie eine Kommunikationseinrichtung zur Übertragung von Daten in einem Telekommunikationsnetz und umfasst 15 Ansprüche, die insge-samt angegriffen sind. Die Ansprüche 1 und 13 der erteilten Fassung lauten wie folgt:

1. Verfahren zur Übertragung von Daten zwischen einer ersten und einer zweiten Telekommunikations-Einrichtung, wahlwei-se per Leitungsvermittlung oder per Paketvermittlung, beste-hend aus folgenden Schritten:
   a) Aufbau einer Verbindung von der ersten Telekommunikati-ons-Einrichtung zu einem Zugangspunkt zu einem paket-vermittelten Netz,
   b) Übertragen der Daten von der ersten Telekommunikati-ons-Einrichtung zum Zugangspunkt des paketvermittelten Netzes,
   c) paketvermitteltes Übertragen der Daten über das paket-vermittelte Netz zur zweiten Telekommunikationseinrich-tung oder einer dieser vorgeschalteten Telekommunikati-ons-Einheit,
   d) wiederholtes Prüfen, ob ein Steuersignal insbesondere ei-nes Endgerätes oder eines Routers zum Übergang auf ei-ne leitungsvermittelte Verbindung vorliegt,
   e) Aufbau einer leitungsvermittelten Verbindung zu der zwei-ten Telekommunikations-Einrichtung bei Vorliegen eines entsprechenden Steuersignals,

- 4 -

  f) Wechsel auf eine leitungsvermittelte Datenübertragung und Übertragen der Daten zur zweiten Telekommunikations-Einrichtung.

13. TK-Endgerät zur Verwendung in einem Verfahren nach Anspruch 1, insbesondere Fernsprechgerät, mit

  a) einer Paketiereinrichtung (111) zum Paketieren der zu übertragenden Daten gemäß dem Standard IP/TCP,

  b) einer Einrichtung (112) zur Anordnung der Daten in Datenrahmen für eine leitungsvermittelte Übertragung,

  c) einer Steuereinrichtung (114), die ein Hin- und Herschalten zwischen einer paketvermittelten und einer leitungsvermittelten Übertragung ermöglicht und

  d) einer Auswahleinheit (115), die Steuersignale an die Steuereinrichtung betreffend eine paketvermittelte oder leitungsvermittelte Datenübertragung gibt.

Wegen der übrigen, auf die Ansprüche 1 oder 13 unmittelbar oder mittelbar zurück bezogenen Ansprüche der erteilten Fassung wird auf die Streitpatentschrift DE 196 45 368 C2 Bezug genommen.

Mit der Nichtigkeitsklage machen die Klägerinnen geltend, der Gegenstand des Streitpatents sei nicht neu und beruhe nicht auf erfinderischer Tätigkeit. Zur Stützung ihres Vorbringens verweisen die Klägerinnen auf folgende schriftliche Beschreibungen, wobei zunächst die Bezifferung der Klägern zu 1 (NK mit laufender Nummer), gegebenenfalls die Bezeichnung der Klägerin zu 2 in Klammern und sodann die Bezifferung der Klägern zu 2 (K mit laufender Nummer) zugrunde gelegt wird:

**NK7**  WO 90/12466 A1(**K5** der Klägerin 2)
**NK10** US 5 347 516 (**K4** der Klägerin 2)
**NK11** WO 95/25407 A1

- 5 -

NK12  Draft ITU-T Recommendation H. 323, 28. Mai 1996, S. 1-75

NK13  Nakamura Y. et al.: „On a Hybrid Network System of Circuit Switching and Packet Switching", in: The Transactions of the IECE of Japan, Vol. E 65, No. 6, S. 679-686

NK14  GB 2 283 154 A

NK16  Standards ITU I-Serie

NK18  Pressemitteilung der Firma Lucent Technologies v. 17. September 1996 (http://www.lucent.com/press/0996/960917.bcb.html)

NK19  JP 3-235555 mit englischer Übersetzung (**NK19a**)

NK20  JP 7-154426 mit englischer Übersetzung (**NK20a**)

NK21  JP 57-159153 mit englischer Übersetzung (**NK21a**)

NK22  Ausdruck aus der Internet-Enzyklopädie Wikipedia zum Begriff „Point of Presence"

NK23  Ausdruck aus der Internet-Enzyklopädie Wikipedia zum Begriff „Einwahlknoten"

NK24  Kopie „Das Mailbox-Jahrbuch ´86" v. W. Spindler, Titelblatt-S. 127

NK25  Auszug aus „Computernetzwerke", A. Tanenbaum, S. 54-59

NK26  Erich Stein, Auszug aus „Taschenbuch Rechnernetze und Internet", 2. Aufl., S. 22-27

NK27  Pressemitteilung der Klägerin zu 1 v. 20. November 1995 (http://newsroom.cisco.com/dlls/1995/prod_112095c.html)

NK28  L. Blumenhofer, Der sichere Einstieg in die Datenfernübertragung, 1990, S. 80-91

NK29  „Support of Packet Mode Terminal Equipment by an ISDN", ITU-T Recommendation X.31, 11/1995

NK30  „Zugang zu X.25-Netzen über Euro-ISDN mittels X.31", Stand Dezember 1995

NK31  M. Listani, F. Villani: „An X.25-compatible protocol for packet voice communications", computer communications, Vol. 6, No. 1, Februar 1983

- 6 -

K2    TAXI-System, User Manual Version 2.0, Dezember 1995 (Englische Version)

K3    IDB-64/2, ISDN Dial Backup, Benutzerhandbuch, Software Release 4.11, März 1996

K6    Auszüge aus „Lexikon für Informatik und Datenverarbeitung, H.-J. Schneider, 2. Aufl. 1986, S. 151, 338-339, 418-419, 482-483

K8    Malek M.: „Integrated Voice and Data Communications Overview", in: IEEE Communications Magazine, Juni 1988, Vol. 26, No. 6, S. 5-15

K9    Wacker C.: „Interconnection of LANs using ISDN", in: Computer Networks and ISDN Systems 23, Elsevier Science Publishers, 1991, S. 203-208

K10a  „Vocaltec introduces the internet phone telephony", Herzliya, Israel, 8. März 1996, S. 1-2

K10b  Ausdruck aus dem Internet (http://www.thedigest.com/71/71-3.html) vom 4. März 2005: „Vocaltec links phones to web", 2. August 1996

K11   Installation and ISDN Configuration Guide NetWare MultiProtocol Router for ISDN 3.1, AVM GmbH Berlin, Juni 1996

K12   „Telefonieren auf dem Novell-Netz", LANline, Februar 1995, S. 44-48

K13   „LAN und TK-Funktionen wachsen zusammen", LANline, Juli 1995, S. 110-113

K14   Kötz W.: „Das LAN wird zur Telefonanlage", ntz Heft 4/1995, S. 45-47

K15   Schulthess P. et al.: „Realisierung von LAN-Diensten über TK-Anlagen", ntz Heft 12/1992, S. 970-976

K16   Jenny C., Kümmerle K.: „Distributed Processing Within an Integrated Circuit Packet-Switching Node", IEEE Transactions on Communication, Vol. Com-24, No. 10, Oktober 1976, S. 1089-1100

K17   Coviello G., Lyons R.: „Conceptual Approaches to Switching in Future Military Network", IEEE Transactions on Communication, Vol. Com-28, No. 9, September 1980, S. 1491-1498

K18   Bhushan B., Opderbeck H.: „The Evolution of Data Switching for PBX's", IEEE Journal on selected areas in Communication, Vol. SAC-3, No. 4, Juli 1985, S. 569-573

- 7 -

**K19**  Kohashi T. et al.: „Integrated-Circuit and Packet Switching Applications to a Loop System for Local Area Networks", IEEE Journal on selected areas in Communication, Vol. SAC-3, No. 4, Juli 1985, S. 574-583

**K20**  Karol M., Hluchyj M.: „Using a Packet Switch for Circuit-Switched Traffic: A Queuing System with Periodic Input Traffic", IEEE Transactions on Communication, Vol. 37, No. 6, Juni 1989, S. 623-625

**K21**  Stallings W.: „ISDN and Broadband ISDN with Frame Relay and ATM", Prentice Hall, 3. Aufl. 1995, Deckblatt und S. 108

Die Klägerinnen beantragen,

>    das deutsche Patent DE 196 45 368 für nichtig zu erklären.

Die Beklagte beantragt,

>    die Klagen im Umfang der erteilten Ansprüche 1 bis 10 und 13 bis 15 des Streitpatents mit der Maßgabe abzuweisen, dass im Merkmal f) des erteilten Anspruchs 1 zwischen den Worten „Datenübertragung" und „und" eingefügt wird: „während der bestehenden Verbindung" (Hauptantrag),

>    hilfsweise mit der Maßgabe, dass Patentanspruch 1 folgende Fassung erhält und die Ansprüche 2 bis 10 und 13 bis 15 der erteilten Fassung bestehen bleiben (Hilfsantrag 1):

>>    1.    Verfahren zur Übertragung von Daten zwischen einer ersten und einer zweiten Telekommunikations-Einrichtung, wahlweise per Leitungsvermittlung oder per Paketvermittlung, bestehend aus folgenden Schritten:

>>>    a)    Aufbau einer Verbindung von der ersten Telekommunikations-Einrichtung zu einem Zugangspunkt zu einem paketvermittelten Netz, **wobei das paketver-**

- 8 -

mittelte Netz nicht der X.25-Paketvermittlungsteil eines ISDNs ist,

b)   Übertragen der Daten von der ersten Telekommunikations-Einrichtung zum Zugangspunkt des paketvermittelten Netzes,

c)   paketvermitteltes Übertragen der Daten über das paketvermittelte Netz zur zweiten Telekommunikationseinrichtung oder einer dieser vorgeschalteten Telekommunikations-Einheit,

d)   wiederholtes Prüfen, ob ein Steuersignal insbesondere eines Endgerätes oder eines Routers zum Übergang auf eine leitungsvermittelte Verbindung vorliegt,

e)   Aufbau einer leitungsvermittelten Verbindung zu der zweiten Telekommunikations-Einrichtung bei Vorliegen eines entsprechenden Steuersignals,

f)   Wechsel auf eine leitungsvermittelte Datenübertragung **während der bestehenden Verbindung** und Übertragen der Daten zur zweiten Telekommunikations-Einrichtung,

weiter hilfsweise mit der Maßgabe, dass die Patentansprüche 1 und 13 folgende Fassung erhalten und die Ansprüche 2 bis 10 und 14 bis 15 der erteilten Fassung bestehen bleiben (Hilfsantrag 2):

1.   Verfahren zur Übertragung von Daten **einer Telefonie-Anwendung** zwischen einer ersten und einer zweiten Telekommunikations-Einrichtung, wahlweise per Leitungsvermittlung oder per Paketvermittlung, bestehend aus folgenden Schritten:

- 9 -

a) Aufbau einer Verbindung von der ersten Telekommu-
nikations-Einrichtung zu einem Zugangspunkt zu ei-
nem paketvermittelten Netz, **wobei das paketver-
mittelte Netz nicht der X.25-Paketvermittlungsteil
eines ISDNs ist,**

b) Übertragen der Daten von der ersten Telekommuni-
kations-Einrichtung zum Zugangspunkt des paketver-
mittelten Netzes,

c) paketvermitteltes Übertragen der Daten über das pa-
ketvermittelte Netz zur zweiten Telekommunikations-
einrichtung oder einer dieser vorgeschalteten Tele-
kommunikations-Einheit,

d) wiederholtes Prüfen, ob ein Steuersignal insbeson-
dere eines Endgerätes oder eines Routers zum
Übergang auf eine leitungsvermittelte Verbindung
vorliegt,

e) Aufbau einer leitungsvermittelten Verbindung zu der
zweiten Telekommunikations-Einrichtung bei Vorlie-
gen eines entsprechenden Steuersignals,

f) Wechsel auf eine leitungsvermittelte Datenübertra-
gung **während der bestehenden Verbindung** und
Übertragen der Daten zur zweiten Telekommunikati-
ons-Einrichtung.

13. TK-Endgerät zur Verwendung in einem Verfahren nach
Anspruch 1, **nämlich** Fernsprechgerät, mit

a) einer Paketiereinrichtung (111) zum Paketieren der
zu übertragenden Daten gemäß dem Standard
IP/TCP,

b) einer Einrichtung (112) zur Anordnung der Daten in
Datenrahmen für eine leitungsvermittelte Übertra-
gung,

- 10 -

  c) einer Steuereinrichtung (114), die ein Hin- und Her-
    schalten zwischen einer paketvermittelten und einer
    leitungsvermittelten Übertragung ermöglicht und

  d) einer Auswahleinheit (115), die Steuersignale an die
    Steuereinrichtung betreffend eine paketvermittelte
    oder leitungsvermittelte Datenübertragung gibt.

weiter hilfsweise mit der Maßgabe, dass die Patentansprüche 1
und 13 folgende Fassung erhalten und die Ansprüche 2 bis 10
und 14 bis 15 der erteilten Fassung bestehen bleiben (Hilfsan-
trag 3):

  1. Verfahren zur Übertragung von Daten **einer Telefonie-
    Anwendung** zwischen einer ersten und einer zweiten Te-
    lekommunikations-Einrichtung, wahlweise per Leitungs-
    vermittlung oder per Paketvermittlung, bestehend aus fol-
    genden Schritten:

    a) Aufbau einer Verbindung von der ersten Telekommu-
      nikations-Einrichtung zu einem Zugangspunkt zu ei-
      nem paketvermittelten Netz, **wobei das paketver-
      mittelte Netz das Internet ist,**

    b) Übertragen der Daten von der ersten Telekommuni-
      kations-Einrichtung zum Zugangspunkt des paketver-
      mittelten Netzes,

    c) paketvermitteltes Übertragen der Daten über das pa-
      ketvermittelte Netz zur zweiten Telekommunikations-
      einrichtung oder einer dieser vorgeschalteten Tele-
      kommunikations-Einheit,

    d) wiederholtes Prüfen, ob ein Steuersignal insbeson-
      dere eines Endgerätes oder eines Routers zum
      Übergang auf eine leitungsvermittelte Verbindung
      vorliegt,

- 11 -

    e)    Aufbau einer leitungsvermittelten Verbindung zu der zweiten Telekommunikations-Einrichtung bei Vorliegen eines entsprechenden Steuersignals,

    f)    Wechsel auf eine leitungsvermittelte Datenübertragung **während der bestehenden Verbindung** und Übertragen der Daten zur zweiten Telekommunikations-Einrichtung.

13. TK-Endgerät zur Verwendung in einem Verfahren nach Anspruch 1, **nämlich** Fernsprechgerät, mit

    a)    einer Paketiereinrichtung (111) zum Paketieren der zu übertragenden Daten gemäß dem Standard IP/TCP,

    b)    einer Einrichtung (112) zur Anordnung der Daten in Datenrahmen für eine leitungsvermittelte Übertragung,

    c)    einer Steuereinrichtung (114), die ein Hin- und Herschalten zwischen einer paketvermittelten und einer leitungsvermittelten Übertragung ermöglicht und

    d)    einer Auswahleinheit (115), die Steuersignale an die Steuereinrichtung betreffend eine paketvermittelte oder leitungsvermittelte Datenübertragung gibt.

weiter hilfsweise mit der Maßgabe, dass die Patentansprüche 1 und 13 folgende Fassung erhalten und die Ansprüche 2 bis 10 und 14 bis 15 der erteilten Fassung bestehen bleiben (Hilfsantrag 4):

1. Verfahren zur Übertragung von **Daten einer Telefonie-Anwendung** zwischen einer ersten und einer zweiten Telekommunikations-Einrichtung, **wobei die Daten zunächst von mindestens einem Telefon zur ersten Tele-**

- 12 -

kommunikations-Einrichtung übertragen werden, und dabei

aa) sofern nur ein Telefon Daten zur ersten Telekommunikations-Einrichtung überträgt, dieses Telefon die Daten als analoge Daten oder als nicht paketierte digitale Daten erzeugt,

bb) sofern mehrere Telefone Daten zur ersten Telekommunikations-Einrichtung übertragen, mindestens eines dieser Telefone die Daten als analoge Daten oder als nicht paketierte digitale Daten erzeugt,

wahlweise per Leitungsvermittlung oder per Paketvermittlung, bestehend aus folgenden Schritten:

a) Aufbau einer Verbindung von der ersten Telekommunikations-Einrichtung zu einem Zugangspunkt zu einem paketvermittelten Netz, **wobei das paketvermittelte Netz das Internet ist,**

b) Übertragen der Daten von der ersten Telekommunikations-Einrichtung zum Zugangspunkt des paketvermittelten Netzes,

c) paketvermitteltes Übertragen der Daten über das paketvermittelte Netz zur zweiten Telekommunikationseinrichtung oder einer dieser vorgeschalteten Telekommunikations-Einheit,

d) wiederholtes Prüfen, ob ein Steuersignal insbesondere eines Endgerätes oder eines Routers zum Übergang auf eine leitungsvermittelte Verbindung vorliegt,

e) Aufbau einer leitungsvermittelten Verbindung zu der zweiten Telekommunikations-Einrichtung bei Vorliegen eines entsprechenden Steuersignals,

- 13 -

    f)    Wechsel auf eine leitungsvermittelte Datenübertragung **während der bestehenden Verbindung** und Übertragen der Daten zur zweiten Telekommunikations-Einrichtung.

13. TK-Endgerät zur Verwendung in einem Verfahren nach Anspruch 1, **nämlich** Fernsprechgerät, mit

    a)    einer Paketiereinrichtung (111) zum Paketieren der zu übertragenden Daten gemäß dem Standard IP/TCP,

    b)    einer Einrichtung (112) zur Anordnung der Daten in Datenrahmen für eine leitungsvermittelte Übertragung,

    c)    einer Steuereinrichtung (114), die ein Hin- und Herschalten zwischen einer paketvermittelten und einer leitungsvermittelten Übertragung ermöglicht und

    d)    einer Auswahleinheit (115), die Steuersignale an die Steuereinrichtung betreffend eine paketvermittelte oder leitungsvermittelte Datenübertragung gibt.

Die Beklagte, die zunächst 6 Hilfsanträge gestellt hatte, hat in der mündlichen Verhandlung vom 5. April 2006 die ursprünglich gestellten Hilfsanträge 4 und 6 nicht mehr aufrechterhalten. Sie hält das Streitpatent im beschränkt verteidigten Umfang, hilfsweise im Umfang der durch die Hilfsanträge vorgegebenen Beschränkungen, für patentfähig.

Entscheidungsgründe

1. Die zulässigen Klagen sind begründet und führen zur Nichtigerklärung des Streitpatents. Das Streitpatent konnte weder in der erteilten Fassung nach Hauptantrag noch in den hilfsweise verteidigten Fassungen Bestand haben, weil deren Gegenstände nicht patentfähig sind.

- 14 -

**2.** Als Fachmann ist ein Entwicklungsingenieur der Fachrichtung Nachrichtentechnik mit Hochschulausbildung anzusehen, mit besonderen Kenntnissen auf dem Gebiet der Datenübertragungstechnik über Netzwerke.

**Zum Hauptantrag:**

**3.** Die Patentansprüche 1 und 13 gemäß Hauptantrag beschreiben - nach Merkmalen gegliedert - ein Verfahren zur Übertragung von Daten und ein TK-Endgerät mit folgenden Merkmalen:

Patentanspruch 1:

| | | |
|---|---|---|
| 1.1. | 1. | Verfahren zur Übertragung von Daten zwischen einer ersten und einer zweiten Telekommunikations-Einrichtung, |
| 1.2. | | wahlweise per Leitungsvermittlung oder per Paketvermittlung, bestehend aus folgenden Schritten: |
| 1.3. | a) | Aufbau einer Verbindung von der ersten Telekommunikations-Einrichtung zu einem Zugangspunkt zu einem paketvermittelten Netz, |
| 1.4. | b) | Übertragen der Daten von der ersten Telekommunikations-Einrichtung zum Zugangspunkt des paketvermittelten Netzes, |
| 1.5. | c) | paketvermitteltes Übertragen der Daten über das paketvermittelte Netz zur zweiten Telekommunikationseinrichtung oder einer dieser vorgeschalteten Telekommunikations-Einheit |
| 1.6. | d) | wiederholtes Prüfen, ob ein Steuersignal insbesondere eines Endgerätes oder eines Routers zum Übergang auf eine leitungsvermittelte Verbindung vorliegt, |
| 1.7. | e) | Aufbau einer leitungsvermittelten Verbindung zu der zweiten Telekommunikations-Einrichtung bei Vorliegen eines entsprechenden Steuersignals, |
| 1.8. | f) | Wechsel auf eine leitungsvermittelte Datenübertragung während der bestehenden Verbindung und Übertragen der Daten zur zweiten Telekommunikations-Einrichtung. |

- 15 -

Patentanspruch 13:

13.1.  13. TK-Endgerät zur Verwendung in einem Verfahren nach Anspruch 1, insbesondere Fernsprechgerät, mit

13.2  a)  einer Paketiereinrichtung (111) zum Paketieren der zu übertragenden Daten gemäß dem Standard IP/TCP,

13.3  b)  einer Einrichtung (112) zur Anordnung der Daten in Datenrahmen für eine leitungsvermittelte Übertragung,

13.4  c)  einer Steuereinrichtung (114), die ein Hin- und Herschalten zwischen einer paketvermittelten und einer leitungsvermittelten Übertragung ermöglicht und

13.5  d)  einer Auswahleinheit (115), die Steuersignale an die Steuereinrichtung betreffend eine paketvermittelte oder leitungsvermittelte Datenübertragung gibt.

4. Der Gegenstand des Patentanspruchs 1 nach Hauptantrag beruht nicht auf einer erfinderischen Tätigkeit. Er ergab sich für den Fachmann in naheliegender Weise aus dem Stand der Technik nach der Pressemitteilung NK18 in Verbindung mit seinem, ebenfalls durch den Stand der Technik belegten Fachwissen.

a) Die Pressemitteilung NK18 betrifft ein Verfahren zum Übertragen von Daten zwischen einer ersten Telekommunikations-Einrichtung und einer zweiten Telekommunikations-Einrichtung (Seite 1 von 2, 1. Absatz des Textkörpers: Internet telephony servers - Telekommunikations-Einrichtungen - zum Routen von Fax-, Voice mail- und Telefon-Daten - Merkmal 1.1), wahlweise per Leitungsvermittlung oder per Paketvermittlung (Seite 1 von 2, 5. und 6. Absatz des Textkörpers: Eventually, the network management software will be able to transparently route traffic over either Internet or the public network; per Leitungsvermittlung: public network/traditional telecommunications network oder per Paketvermittlung: Internet - Merkmal 1.2).

- 16 -

Nachdem das in der NK18 beschriebene Verfahren den Datenverkehr wahlweise über das leitungsvermittelte Netz oder das paketvermittelte Netz routet (Seite 1 von 2, 6. Absatz des Textkörpers: transparently route traffic over either Internet or the public network) und die Wahl der Route (des Netzes) abhängt von den Kosten und der Übertragungsqualität (Seite 1 von 2, 2. und 7. Absatz des Textkörpers: cost savings, cost efficiencies, quality, reliability), sieht sich der Fachmann veranlasst, zu prüfen, ob die vorliegende Wahl des Datenübertragungsweges den entsprechenden Anforderungen nach Kosteneffizienz und Übertragungsqualität genügt, oder ob ggf ein Wechsel der Datenübertragung vorzunehmen ist. Einen Wechsel auf eine leitungsvermittelte Datenübertragung (public network, traditional telecommunications network) während der bestehenden Verbindung und Übertragen der Daten zur zweiten Telekommunikations-Einrichtung für den Fall einer Überlastung des Internets entnimmt der Fachmann ebenfalls der NK18, vgl. Seite 1 von 2, 6. Absatz des Textkörpers: If the Internet was too congested, for instance, the server could switch back to the public network - Merkmal 1.8.

Nachdem die Wahl der Verbindung - paketvermittelt oder leitungsvermittelt - mittels einer die Telekommunikations-Einrichtungen (Internet telephony servers/routers) steuernden Netzwerkmanagement-Software erfolgt (Seite 1 von 2, 6. Absatz des Textkörpers: the network management software will be able to transparently route traffic over either Internet or the public network), setzt der Fachmann ein solches Netzwerkmanagement ein, um wiederholt zu prüfen, ob ein Steuersignal bspw. eines Routers/Servers zum Übergang auf eine leitungsvermittelte Verbindung vorliegt (Merkmal 1.6). Für den Fall, dass ein entsprechendes Steuersignal für einen Wechsel auf eine leitungsvermittelte Datenübertragung vorliegt, erfolgt zwangsläufig der Aufbau einer leitungsvermittelten Verbindung zu der zweiten Telekommunikations-Einrichtung (Merkmal 1.7).

Damit sind aus NK18 die Merkmale 1.1, 1.2, 1.6, 1.7 und 1.8 des Patentanspruchs 1 nach Hauptantrag als bekannt entnehmbar oder dem Fachmann zumindest nahegelegt.

- 17 -

b) Der außerdem von dem Verfahren nach Anspruch 1 geforderte Verbindungs-
aufbau von der ersten Telekommunikations-Einrichtung zum paketvermittelten
Netz unter Einbeziehung eines Zugangspunktes zu einem paketvermittelten Netz
und das daran anschließende Übertragen der Daten gemäß den Merkma-
len 1.3, 1.4 und 1.5 ist dem Fachmann aus seinem Fachwissen heraus geläufig, er
richtet den Zugang zu dem in NK18 beschriebenen paketvermittelten Netz (Inter-
net) gemäß den gegebenen und wohlbekannten Zugangsmöglichkeiten zum Inter-
net ein, wie dies implizit auch bereits in der NK18 angesprochen ist (vgl. Seite 1
von 2, 5. Absatz des Textkörpers). Als Beleg für das hier ergänzend zur Anwen-
dung gelangende Fachwissen sei die Abhandlung K8 genannt, die auf Seite 10 in
den Figuren 6 und 7 und den zugehörigen Beschreibungsteilen „Integrated
Switching" und „Integrated Access" ebenfalls Verfahren zur Übertragung von Da-
ten zwischen ersten und zweiten Telekommunikations-Einrichtungen, wahlweise
per Leitungsvermittlung oder per Paketvermittlung, beschreibt. Der Zugang zum
paketvermittelten Netz erfolgt durch Aufbau einer Verbindung von einer ersten Te-
lekommunikations-Einrichtung zu einem Zugangspunkt des paketvermittelten Net-
zes und Übertragen der Daten von der ersten Telekommunikations-Einrichtung
zum Zugangspunkt des paketvermittelten Netzes (Fig. 7, re Sp. 1. Abs, ACCESS
LINE - Merkmale 1.3 und 1.4). Daran anschließend werden die Daten paketvermit-
telt zu einer zweiten Telekommunikationseinrichtung oder einer dieser vorgeschal-
teten Telekommunikations-Einheit übertragen (S. 10 li. Sp. Abschnitt „Integrated
Switching", 1. Abs. - Merkmal 1.5).

Damit ist der Fachmann bereits ohne erfinderische Überlegungen zum Gegen-
stand des Patentanspruchs 1 nach Hauptantrag gelangt.

c) Der Argumentation der Beklagten, dass in der NK18 eine erste und eine zweite
Telekommunikations-Einrichtung und ein Zugangspunkt nicht expressis verbis ge-
nannt seien, mag zwar beizupflichten sein, jedoch setzt der Fachmann aufgrund
seines Fachwissens die genannten Vorrichtungen zur Durchführung des in der
NK18 beschriebenen Verfahrens voraus, wie oben unter Abschnitt **4b)** dargelegt
wurde.

- 18 -

Die Beklagte hat weiter ausgeführt, das in NK18 pauschal beschriebene Vorge-
hen, insbesondere das dort genannte „Zurückswitchen" der Übertragung auf ein
Telekommunikationsnetzwerk (vgl. NK18, Seite 1 von 2, 6. Absatz des Textkör-
pers: the server could switch the transmission back to the public network) könne
den Fachmann nicht veranlassen zu einem Wechsel auf eine leitungsvermittelte
Datenübertragung während der bestehenden Verbindung gemäß Merkmal 1.8 des
Anspruchs 1. Es werde insbesondere nicht deutlich, wie der Wechsel konkret
durchgeführt werde und ob dieser Wechsel während einer bestehenden Verbin-
dung geschehe. Auch werde nach der NK18 die Art der Datenübertragung bereits
vor dem Beginn einer Datenübertragung festgelegt. Zwar mag die NK18 dem
Wortlaut nach nur einen (Zurück-) Wechsel der (paketvermittelten Internet-) Da-
tenübertragung auf eine leitungsvermittelte Datenübertragung beschreiben. Dieser
Wechsel geschieht jedoch während der bestehenden (paketvermittelten) Verbin-
dung, weil eine Überlastung des Internets (und damit der bestehenden paketver-
mittelten Verbindung) den Wechsel gemäß NK18 auslöst, mithin ein Wechsel wäh-
rend der solcherart bestehenden Verbindung veranlasst wird. Mehr fordert jedoch
auch der Anspruch 1 des Streitpatents in seinem Merkmal 1.8 nicht. Ob und wie
die Art der Datenübertragung vor deren Beginn möglicherweise festgelegt wird,
spielt für den Wechsel während der Verbindung keine Rolle mehr.

Selbst wenn Merkmal 1.8 Einzelheiten zum Wechsel selbst aufzeigen würde,
könnten diese das Vorliegen einer erfinderischen Tätigkeit auch nicht begründen.
Der Fachmann kennt zum Wechsel von einer paketvermittelten auf eine leitungs-
vermittelte Verbindung - und auch umgekehrt - verschiedene Vorgehensweisen
und diese auch in ihren Details. Als Beleg für dieses Fachwissen wären aus dem
Stand der Technik ergänzend zur K8 zu zitieren u. a. die japanische Druck-
schrift NK21, hier die Figuren 3, 4, 7 und 8 und die zugehörigen Beschreibungstei-
le, aber auch die mit ISDN befassten Druckschriften NK7 und NK10 Die vorge-
nannten Druckschriften belegen auch einmal mehr das Fachwissen des Fachman-
nes hinsichtlich der Begriffe Telekommunikations-Einrichtung, Zugangspunkt, Lei-
tungs- und Paketvermittlung und allgemein zu Verbindungen.

- 19 -

5. Die Vorrichtung gemäß dem nebengeordneten Patentanspruch 13 nach Haupt-
antrag ergab sich für den Fachmann in naheliegender Weise aus dem Stand der
Technik nach der Druckschrift NK21 (Zitate nach der Übersetzung NK21a) in Ver-
bindung mit seinem, ebenfalls durch den Stand der Technik belegten Fachwissen.

a) Aus der NK21 sind TK-Endgeräte zur Verwendung in einem Verfahren nach An-
spruch 1 als bekannt entnehmbar (vgl. insbesondere die Fig. 3, 4, 5, 7 und 8,
S. 281 re. Sp. le. Abs., S. 285 re. Sp. le. Abs. bis S. 286 li. Sp. 1. Abs., S. 282
re. Sp. 2. und 3. Abs., S. 282 li. Sp. vorle. Abs. und re. Sp. dritte. und vorle. Abs.
- Merkmal 13.1).

Nachdem zumindest einige der aus NK21 bekannten TK-Endgeräte direkt an eine
Paketvermittlung angeschlossen werden können und auch die Datenübertragung
als eine Übertragung paketierter Daten durchgeführt wird, geht der Fachmann da-
von aus, dass die TK-Endgeräte eine Paketiereinrichtung zum Paketieren der zu
übertragenden Daten aufweisen, vgl Seite 285 rechte Spalte vorletzter und letz-
ter Absatz. Ein Standard, nachdem die Daten paketiert werden, ist in NK21 nicht
genannt. Dem Fachmann sind jedoch aus seinem Fachwissen heraus mehrere
einschlägige Standards geläufig, insbesondere auch der für das Internet ge-
bräuchliche Standard IP(Internet Protocol)/TCP auch als TCP/IP bezeichnet. Als
Beleg für dieses Fachwissen sei auf die Abhandlung K14, Seite 45, mittlere Spal-
te, 2. und 3. Absatz im Abschnitt „Neue Telefone mit Ethernet-Anschluss" verwie-
sen. Dort sind insbesondere auch Fernsprechgeräte beschrieben, die Sprachda-
ten digitalisieren und in Form von Datenpaketen u. a. gemäß dem Standard
IP/TCP an ein paketvermitteltes Netzwerk senden (Merkmal 13.2).

Des weiteren weisen die aus NK21 als bekannt entnehmbaren TK-Endgeräte Ein-
richtungen auf zur Anordnung der Daten in Datenrahmen für eine leitungsvermit-
telte Übertragung, vgl. Figur 5 i. V. m. Seite 283 linke Spalte letzter Absatz und
rechte Spalte vorletzter Absatz und z. B. Seite 282 rechte Spalte 3. Absatz. Die
dort beschriebenen Datenrahmen dienen der Multiplex-Übertragung der Daten auf
den Teilnehmer-Leitungen u. a. zu einer Leitungsvermittlung (Merkmal 13.3). Im

- 20 -

Übrigen ist dem Fachmann die geforderte Anordnung der Daten in Datenrahmen auch aus einschlägigen Standards zu ISDN geläufig, nur beispielhaft sei dazu auf die K8, insbesondere Seite 12 Abschnitt „ISDN Architecture and Standards", verwiesen.

**b)** Bei der in der NK21 beschriebenen Anordnung ist außerdem eine Steuereinrichtung (communication mode switching device 20) vorgesehen, die ein Hin- und Herschalten zwischen einer paketvermittelten und einer leitungsvermittelten Übertragung ermöglicht (vgl. die Fig. 3, 4, 7 und 8, S. 282 re. Sp. 2. und 3. Abs., S. 282 li. Sp. vorle. Abs. und re. Sp. drittle. und vorle. Abs., und dementsprechend zu den Fig. 7 und 8 auf den S. 285 und 286 - Merkmal 13.4). Schließlich enthält die aus NK21 bekannte Steuereinrichtung eine Auswahleinheit (control circuit 45), die Steuersignale an die Steuereinrichtung betreffend eine paketvermittelte oder leitungsvermittelte Datenübertragung gibt (vgl. Fig. 6 S. 283 re. Sp. le. Abs. und S. 284 li. Sp. 1. und vorle. Abs. - Merkmal 13.5).

Die aus NK21 als bekannt entnehmbare Steuereinrichtung mit Auswahleinheit ist vornehmlich als von dem TK-Endgerät getrennte Baueinheit beschrieben, jedoch sind nach NK21 auch andere Anordnungen möglich, vgl. S. 285 linke Spalte 2. Absatz. Eine Anordnung von Steuereinheit und Auswahleinheit in Baueinheit mit dem TK-Endgerät - sofern eine solche dem Wortlaut des Anspruchs 13 überhaupt eindeutig entnehmbar ist - lag zumindest im Griffbereich des Fachmanns. Er wägt Vor- und Nachteile der verschiedenen Anordnungen ab und wählt aus den gegebenen Alternativen die ihm am günstigsten erscheinende aus.

Damit ist der Fachmann ohne erfinderische Überlegungen zum Gegenstand des Patentanspruchs 13 nach Hauptantrag gelangt.

**c)** Die Beklagte hat ausgeführt, dass in der NK21 weder eine Paketiereinrichtung noch eine Einrichtung zur Anordnung der Daten in Datenrahmen für eine leitungsvermittelte Übertragung expressis verbis genannt seien. Dem mag zwar zuzustimmen sein, jedoch setzt der Fachmann aufgrund seines Fachwissens die genann-

- 21 -

ten Vorrichtungen als selbstverständlich voraus, wie oben unter Abschnitt **5a)** im Einzelnen dargelegt wurde.

Die Beklagte hat unter Bezug auf NK21, Seite 281 Rechte Spalte vorletzter Absatz bis S. 282 linke Spalte 2. Absatz, weiter argumentiert, die NK21 sei vorwiegend mit dem „housing" von Endgeräten und damit zusammenhängend mit der notwendigen Zahl von Teilnehmerleitungen befasst. Diesen Argumenten mag insoweit beizupflichten sein, als die vorgenannte Problematik sicher eine wesentliche Aufgabenstellung für die in NK21 beschriebene Erfindung gewesen ist. Die aus NK21 als bekannt entnehmbare Erfindung beschreibt aber über diese Aufgabe hinausgehend auch verschiedene Lösungen und diese umfassen insbesondere eine Steuereinrichtung, die ein Hin- und Herschalten zwischen einer paketvermittelten und einer leitungsvermittelten Übertragung ermöglicht, und eine Auswahleinheit, die Steuersignale an die Steuereinrichtung betreffend eine paketvermittelte oder leitungsvermittelte Datenübertragung gibt. Der Fachmann sieht sich jedenfalls durch die in NK21 genannte Problematik des „housings" nicht gehindert, die in NK21 beschriebene Steuereinheit und Auswahleinheit bei einem TK-Endgerät nach Patentanspruch 13 in Anschlag zu bringen, wie oben unter Abschnitt **5b)** abgehandelt.

<u>Zum Hilfsantrag 1:</u>

6. Die Gegenstände der Ansprüche 1 und 13 nach Hilfsantrag 1 beruhen nicht auf einer erfinderischen Tätigkeit.

a) Anspruch 1 nach Hilfsantrag 1 unterscheidet sich inhaltlich von Anspruch 1 nach Hauptantrag dadurch, dass das Merkmal 1.3 folgendermaßen lautet (Änderungen hervorgehoben):

- 22 -

Patentanspruch 1:

1.3.  a)  Aufbau einer Verbindung von der ersten Telekommunikations-Einrichtung zu einem Zugangspunkt eines paketvermittelten Netzes, **wobei das paketvermittelte Netz** nicht der X.25-Paketvermittlungsteil eines ISDNs ist,

Anspruch 13 nach Hilfsantrag 1 ist unverändert zum Anspruch 13 nach Hauptantrag.

**b)** Wie oben zum Patentanspruch 1 nach Hauptantrag erörtert - vgl. die Abschnitte **4a)** bis **4c)** -, handelt es sich bei dem in NK18 (vgl. Seite 1 von 2, Titel und insbesondere den 1. Absatz des Textkörpers) beschriebenen paketvermittelten Netz um das Internet, somit nicht um den X.25-Teil eines ISDNs. Auch die in den als Beleg für das Fachwissen angezogenen Schriften K8 und NK21 genannten paketvermittelten Netze sind nicht auf den X.25-Paketvermittlungsteil eines ISDNs beschränkt. Das in den Anspruch 1 aufgenommene Merkmal „wobei das paketvermittelte Netz nicht der X.25-Paketvermittlungsteil eines ISDNs ist" kann deshalb die Patentfähigkeit des Gegenstandes des Patentanspruchs 1 nicht begründen.

**c)** Zum Patentanspruch 13 nach Hilfsantrag 1 wird auf die Ausführungen zum Patentanspruch 13 nach Hauptantrag verwiesen, vgl. die Abschnitte **5a)** bis **5c)**.

**Zum Hilfsantrag 2:**

**7.** Auch die Gegenstände der Ansprüche 1 und 13 nach Hilfsantrag 2 beruhen nicht auf einer erfinderischen Tätigkeit.

**a)** Anspruch 1 nach Hilfsantrag 2 unterscheidet sich inhaltlich von Anspruch 1 nach Hauptantrag dadurch, dass die Merkmale 1.1 und 1.3 folgendermaßen lauten (Änderungen hervorgehoben):

- 23 -

Patentanspruch 1:

1.1.   1.  Verfahren zur Übertragung von Daten **einer Telefonie-Anwendung** zwischen einer ersten und einer zweiten Telekommunikations-Einrichtung,

1.3.   a)  Aufbau einer Verbindung von der ersten Telekommunikations-Einrichtung zu einem Zugangspunkt eines paketvermittelten Netzes, **wobei das paketvermittelte Netz nicht der X.25-Paketvermittlungsteil eines ISDNs ist,**

Anspruch 13 nach Hilfsantrag 2 unterscheidet sich inhaltlich von Anspruch 13 nach Hauptantrag dadurch, dass das Merkmal 13.1 folgendermaßen lautet (Änderung hervorgehoben):

Patentanspruch 13:

13.1.  13. TK-Endgerät zur Verwendung in einem Verfahren nach Anspruch 1, **nämlich** Fernsprechgerät, mit

**b)** Auch zu dem Gegenstand des Patentanspruches 1 nach Hilfsantrag 2 gelten die zu Anspruch 1 nach Hauptantrag und nach Hilfsantrag 1 unter den Abschnitten **4a)** bis **4c)** und **6a)** bis **6b)** dargelegten Ausführungen in gleicher Weise.

Wie oben zum Hauptantrag erörtert - vgl. die vorgenannten Abschnitte -, werden bei dem aus der NK18 als bekannt entnehmbaren Verfahren zur Übertragung von Daten ebenfalls Daten einer Telefonie-Anwendung übertragen (Seite 1 von 2, 1. Absatz des Textkörpers: Internet telephony servers ... to route (their) faxes, voice mail and phone calls over the Internet). Auch bei den in der als Beleg für das Fachwissen angezogenen Schrift K8 genannten Datenübertragungen werden Daten einer Telefonie-Anwendung übertragen (vgl. K8 S. 10 Telefondarstellungen in den Fig. 6 und 7). Auch die mit ISDN-Systemen befassten Druckschriften NK7 und

- 24 -

NK10 weisen den Fachmann, schon allein aus der Definition des ISDN heraus, auf eine Übertragung von Daten einer Telefonie-Anwendung hin. Somit kann das in den Anspruch 1 aufgenommene Merkmal „Übertragung von Daten **einer Telefonie-Anwendung**" die Patentfähigkeit des Gegenstandes des Anspruches 1 nicht begründen.

Das des weiteren in den Anspruch 1 aufgenommene Merkmal „wobei das paketvermittelte Netz nicht der X.25-Paketvermittlungsteil eines ISDNs ist" kann, wie zu Anspruch 1 nach Hilfsantrag 1 unter den Abschnitten **6a)** und **6b)** ausgeführt, die Patentfähigkeit des Gegenstandes des Anspruches 1 nach Hilfsantrag 2 ebenfalls nicht stützen.

c) Zu dem Gegenstand des Patentanspruches 13 nach Hilfsantrag 2 gelten zunächst die zu Anspruch 13 nach Hauptantrag unter den Abschnitten **5a)** bis **5c)** dargelegten Ausführungen in gleicher Weise.

Anspruch 13 gemäß Hilfsantrag 2 spezifiziert das TK-Endgerät nunmehr als Fernsprechgerät. Die als Beleg für das Fachwissen angezogene Abhandlung K14 nennt als einschlägiges TK-Endgerät ein Fernsprechgerät (Telefon), vgl. Seite 45, mittlere Spalte, 2. und 3. Absatz im Abschnitt „Neue Telefone mit Ethernet-Anschluss". Die vorgenommene Konkretisierung des TK-Endgeräts als ein Fernsprechgerät kann die Patentfähigkeit des Gegenstandes des Anspruches 13 nach Hilfsantrag 2 somit nicht stützen.

## Zum Hilfsantrag 3:

8. Die Gegenstände der Ansprüche 1 und 13 nach Hilfsantrag 3 beruhen ebenfalls nicht auf einer erfinderischen Tätigkeit.

a) Anspruch 1 nach Hilfsantrag 3 unterscheidet sich inhaltlich von Anspruch 1 nach Hauptantrag dadurch, dass die Merkmale 1.1 und 1.3 jeweils folgendermaßen lauten (Änderungen hervorgehoben):

- 25 -

Patentanspruch 1:

1.1.   1.  Verfahren zur Übertragung von Daten **einer Telefonie-Anwendung**
            zwischen einer ersten und einer zweiten Telekommunikations-Einrich-
            tung,

1.3.   a)  Aufbau einer Verbindung von der ersten Telekommunikations-Einrich-
            tung zu einem Zugangspunkt eines paketvermittelten Netzes, **wobei**
            **das paketvermittelte Netz das Internet ist**,

Anspruch 13 nach Hilfsantrag 3 lautet unverändert wie Anspruch 13 nach Hilfsan-
trag 2.

b) Zum Gegenstand des Patentanspruches 1 nach Hilfsantrag 3 gelten die zu An-
spruch 1 nach Hauptantrag und nach Hilfsantrag 2 unter den Abschnitten **4a)**
bis **4c)** und **7a)** bis **7b)** dargelegten Ausführungen in gleicher Weise.

Wie oben zum Hilfsantrag 2 erörtert - vgl. dazu insbesondere die Abschnitte **7a)**
und **7b)** -, werden bei dem aus der NK18 als bekannt entnehmbaren Verfahren zur
Übertragung von Daten ebenfalls Daten einer Telefonie-Anwendung übertragen
(Seite 1 von 2, 1. Absatz des Textkörpers: Internet telephony servers ... to route
(their) faxes, voice mail and phone calls over the Internet). Gleiches gilt für die aus
den als Beleg für das Fachwissen angezogenen Schriften K8, NK7, NK10 als be-
kannt entnehmbaren Datenübertragungen. Somit kann das in den Anspruch 1 auf-
genommene Merkmal „Übertragung von Daten **einer Telefonie-Anwendung**" die
Patentfähigkeit des Gegenstandes des Anspruches 1 nach Hilfsantrag 3 nicht stüt-
zen.

Wie ebenfalls bereits zum Hauptantrag erörtert - vgl. die Abschnitte **4a)** bis **4c)** -,
handelt es sich bei dem in NK18 beschriebenen paketvermittelten Netz um das In-
ternet (vgl. Seite 1 von 2, Titel und insbesondere den 1. Absatz des Textkörpers).
Das in den Ansprüchen 1 und 2 aufgenommene Merkmal „wobei das paketvermit-

26 -

telte Netz das Internet ist" kann deshalb die Patentfähigkeit des Gegenstandes des Anspruches 1 nach Hilfsantrag 3 ebenfalls nicht begründen.

c) Zum Patentanspruch 13 nach Hilfsantrag 3 wird auf die Ausführungen zum Patentanspruch 13 nach Hilfsantrag 2 verwiesen, vgl. die Abschnitte 7a) und 7c).

**Zum Hilfsantrag 4:**

9. Auch die Gegenstände der Ansprüche 1 und 13 nach Hilfsantrag 4 beruhen nicht auf einer erfinderischen Tätigkeit.

a) Anspruch 1 nach Hilfsantrag 4 unterscheidet sich inhaltlich von Anspruch 1 nach Hauptantrag dadurch, dass die Merkmale 1.1 und 1.3 folgendermaßen lauten (Änderungen hervorgehoben):

Patentanspruch 1:

1.1.    1.    Verfahren zur Übertragung von Daten einer **Telefonie-Anwendung** zwischen einer ersten und einer zweiten Telekommunikations-Einrichtung, **wobei die Daten zunächst von mindestens einem Telefon zur ersten Telekommunikations-Einrichtung übertragen werden, und dabei**

aa)    sofern nur ein Telefon Daten zur ersten Telekommunikations-Einrichtung überträgt, dieses Telefon die Daten als analoge Daten oder als nicht paketierte digitale Daten erzeugt,

bb)    sofern mehrere Telefone Daten zur ersten Telekommunikations-Einrichtung übertragen, mindestens eines dieser Telefone die Daten als analoge Daten oder als nicht paketierte digitale Daten erzeugt,

- 27 -

1.3.     a)   Aufbau einer Verbindung von der ersten Telekommunikations-Ein-
             richtung zu einem Zugangspunkt eines paketvermittelten Netzes,
             **wobei das paketvermittelte Netz das Internet ist,**

Anspruch 13 nach Hilfsantrag 4 lautet unverändert wie Anspruch 13 nach Hilfsan-
trag 2.

**b)** Auch zum Gegenstand des Patentanspruches 1 nach Hilfsantrag 4 gelten die
zu Anspruch 1 nach Hauptantrag unter den Abschnitten **4a)** bis **4c)** dargelegten
Ausführungen.

Wie außerdem bereits zu den Hilfsanträgen 2 und 3 erörtert - vgl. die Abschnit-
te **7a)** und **7b)** resp. **8a)** und **8b)** -, werden insbesondere bei dem aus der NK18
als bekannt entnehmbaren Verfahren zur Übertragung von Daten ebenfalls Daten
einer Telefonie-Anwendung übertragen (Seite 1 von 2, 1. Absatz des Textkörpers:
Internet telephony servers ... to route (their) faxes, voice mail and phone calls over
the Internet). Das in den Anspruch 1 aufgenommene Merkmal „Übertragung von
Daten **einer Telefonie-Anwendung**" kann die Patentfähigkeit des Gegenstandes
des Anspruches 1 nach Hilfsantrag 4 jedenfalls nicht begründen.

Nachdem - wie aus NK18 bekannt, vgl. den vorstehenden Absatz - Daten einer
Telefonie-Anwendung übertragen werden, sieht der Fachmann auch mindestens
ein Telefon vor, von dem die Daten zur ersten Telekommunikations-Einrichtung
übertragen werden. Ein solches Vorgehen war dem Fachmann durch sein Fach-
wissen und -können nahegelegt, und überdies auch durch den Stand der Technik
belegt, vgl. z. B. die K8, Seite 10, die Figuren 6 und 7. Weiter war es dem Fach-
mann am Prioritätstag des Streitpatents geläufig, dass Telefone die von ihnen er-
zeugten Daten als analoge Daten oder als nicht paketierte digitale Daten erzeug-
ten, auch das beschrieben in der K8 (vgl. S. 8 re. Sp. le. Abs.: the PSTN has been
designed and optimized primarily to transport voice signals (i. e., continuous sig-
nals - also analoge Daten); und weiter S. 9 li. Sp. 2. Abs.: voice is presented to the
network over the access media - übertragen zur ersten Telekommunikations-Ein-

- 28 -

richtung - as digital data (i. e., a bit stream - d. h. als nicht paketierte digitale Daten mit z. B. 64 kbits/s). Zumindest ein Telefon für eine solcherart ausgestaltete Datenerzeugung und -übertragung vorzusehen, steht im Belieben des Fachmanns. Somit kann auch die hier abgehandelte Merkmalsgesamtheit „... wobei die Daten zunächst von mindestens einem Telefon zur ersten Telekommunikations-Einrichtung übertragen werden, und dabei

aa)   sofern nur ein Telefon Daten zur ersten Telekommunikations-Einrichtung überträgt, dieses Telefon die Daten als analoge Daten oder als nicht paketierte digitale Daten erzeugt,

bb)   sofern mehrere Telefone Daten zur ersten Telekommunikations-Einrichtung übertragen, mindestens eines dieser Telefone die Daten als analoge Daten oder als nicht paketierte digitale Daten erzeugt,"

die Patentfähigkeit des Gegenstandes des Anspruches 1 nach Hilfsantrag 4 nicht begründen.

Schließlich wurde zu Hilfsantrag 3 - und auch bereits zum Hauptantrag - ausgeführt (vgl. die Abschnitte **8a)** und **8b)** resp. **4a)** bis **4c)**), dass es sich bei dem in NK18 beschriebenen paketvermittelten Netz um das Internet handelt (vgl. Seite 1 von 2, Titel und insbesondere den 1. Absatz des Textkörpers). Also kann das im Anspruch 1 vorgesehene Merkmal „wobei das paketvermittelte Netz das Internet ist" die Patentfähigkeit des Gegenstandes des Anspruches 1 nach Hilfsantrag 4 auch nicht stützen.

**c)** Zum Patentanspruch 13 nach Hilfsantrag 4 wird auf die Ausführungen zum Patentanspruch 13 nach Hilfsantrag 2 verwiesen, vgl. die Abschnitte **7a)** und **7c)**.

**10.** Mit den Patentansprüchen 1 und 13 jeweils nach Hauptantrag und nach den Hilfsanträgen 1 bis 4 fallen auch die von den Klägerinnen angegriffenen Patentansprüche 2 bis 12 und 14 bis 16, die sich gemäß Hauptantrag und den Hilfsanträgen 1 bis 4 jeweils gleichlautend an die jeweiligen Patentansprüche 1 und 13 anschließen.

- 29 -

11) Die Kostenentscheidung beruht auf § 84 Abs. 2 PatG i. V. m. § 91 Abs. 1 ZPO, die Entscheidung über die vorläufige Vollstreckbarkeit auf § 99 Abs. 1 PatG i. V. m. § 709 ZPO.

Winkler        Dr. Hartung        Voit        Dr. Zehendner        Höppler

Be

# EXHIBIT 6

Certified Translation of a German Document – Ruling by the Federal Supreme Court
for Patent Matters of 5 April 2006 in the Matter of Cisco Systems Inc vs. Teles AG

p.1

Stationery for rulings of the Federal Supreme Court for Patent Matters

(rubber stamp received.... 6 June... attorneys Bardehle.....

IN THE NAME OF THE PEOPLE

Judgment



(docket no.) 4 Ni 60/04
connected with
4 Ni 42/05

Ordered on 5 April 2006-06-13
May
Secretary
As Clerk of the Court


In the matter for the nullification of a patent

Parties involved:


1.Cisco Systems Inc, represented by its president and CEO J.T. Chambers, 170 West
Tasman Drive, San Jose, California 95134 ( USA)

    petitioner ( 4 Ni 60/04)

represented by patent attorneys licensed engineer CEIPI J.Lang ( Bardehle Pagenburg
Dost Altenburg Geissler), 1 Galileiplatz, 81679 Muenchen

2.Quintum Technologies Inc. represented by its CEO Cheng T.Chen, 71 James Way,
Eatontown, NJ 07724 (USA)

    petitioner ( 4 Ni 42/05)

represented by : patent attorney lic.phys. Dr.H. Hennemann ( Vossius & Partner
Siebertstr., 81675 Muenchen

Vs.

p.2

TELES AG Informationstechnologien, represented by the members of the board
Prof.Dr.S.Schindler, J.Bastian, A.Krueger,J.Schwarzer,R.Wegener,O.Schulz, 2-4
Dovestr., 10587 Berlin

    respondent

represented by patent attorney Dipl.Phys. Dr.W.Mueller ( Maikowski & Ninnemann )
54-55 Kurfuerstendamm, 10707 Berlin


### regarding the patent 196 45 368

the 4th chamber of the Federal Supreme Court for Patent Matters has ruled after a
hearing of 5 April 2006 acting with the participation of presiding judge Ms Winkler
and the following judges Dipl.Phys. Dr.Hartung, Voit, Dipl.Phys. Dr.Zehendner and
Dipl.-Ing(Univ.) Hoeppler  as follows:


        I.The German patent DE 196 45 368 is hereby declared void.

        II.Respondent to pay the legal fees of the dispute.

        III.This judgment is enforceable if a security is posted in the amount of
        120 % of the amount to be enforced – provisional enforceability.


p.3

### Facts of the matter:

The respondent holds by virtue of registration the German patent 196 45 368 ( the
patent at issue )which has been entered into the registry on 23 October 1996 by claiming
inner priority of the patent application DE 196 42 063 of 7 October 1996. This patent
concerns a method as well as a communication installation for the transfer of data from
a telecommunications network and involved 15 claims which are attacked in their
entirety. The claims 1 thru 13 of the patent as issued are defined as follows :


1. Method for the transmission of data between a first and a second
   telecommunications installation, either by line-switching or by packet-
   switching consisting of the following steps:

a) formation of a connection from the first telecommunications installation to an access point to a packet-switching network,

b) data transfer from the first telecommunications installation to the access point to a packet-switching network,

c) data transmission by packet-switching via the packet-switching network to the second telecommunications installation or to a telecommunications installation which is positioned in front of it,

d) repeated checking whether a control signal, in particular that of an end appliance or of a router exists to move to a line-switching connection,

e) formation of a line-switching connection to the second telecommunications installation if the corresponding control signal exists,

p.4

f) change to a line-switching data-transmission and data transmission to the second telecommunications installation.

13. telecommunications end user appliance to be used in a method acc. to claim 1, in particular a telephone with

a)    a packaging installation (111) in order to package data to be transmitted acc. to the standard IP/TCP,

b)    an installation (112) in order to organize data in data frames for a transmission by line-switching,

c)    a guiding installation (114) which allows switching to and from a line-switching and a packet-switching transmission and

d)    a selection unit (115) which transmits control signals to the guiding installation regarding a packet-switching or line-switching data transmission.

As regards the other claims cross referenced to claims 1 or 13 directly or indirectly in relation to the patent in its issued form reference is made to the patent document of the patent at issue DE 196 45 368 C2.

With their petition for nullification the petitioners claim that the object of the patent at issue is not novel and that it is not based on inventive activity. In order to support their argument the petitioners refer to the following descriptions in writing - the enumeration as used by petitioner no.1 ( NK with consequent numbering ), if applicable the numbering as used by petitioner no.2 in brackets and finally the enumeration of the petitioner no.2 ( K with subsequent numbers) :

NK 7 – thru K 21 (page 7 of the document translated)

p.7

The petitioners ask

that the German patent DE 196 445 368 be declared void.

The respondent asks

that the requests be dismissed in the extent of the claims 1 thru 10 and 13 thru 15 of the patent at issue with the proviso that in the characteristic f) of the issued claim 1 between the words "data transmission" and "and" the following words are inserted: "during an existing connection" (main petition),

additionally upon the condition that the main petition is not successful that patent claim 1 is worded as follows and that claims 2 thru 10 and 13 thru 15 of the patent in its issued form are maintained ( additional petition no.1):

1. Method for the transmission of data between a first and second telecommunications installation either by line-switching or by packet-switching consisting of the following steps:
a) formation of a connection from the first telecommunications installation to an access point to a package-switching network, *when the packet-switching*

p.8.

*network is not the X.25 packet-switching part of an ISDN,*
b) data transmission from the first telecommunications installation to the access point of a packet-switching network,
c) data transmission by packet-switching via the packet-switching network to the second telecommunications installation or to a telecommunications installation positioned before it,
d) repeated checking whether a control signal, in particular of an end appliance or of a router exists for the change to a line-switching connection,
e) formation of a line-switching connection to a second telecommunications installation if the corresponding control signal exists,
f) change to a line-switching data transmission *during an existing connection* and transmission of data to a second telecommunications installation,

further additionally upon the condition that the main petition is not successful with the proviso that the patent claims 1 and 13 are worded as follows and that the claims 2 thru 10 and 14 and 15 of the patent in its issued form are maintained ( additional petition no.2 ):

1. Method for data transmission of *a telephony application* between a first and second telecommunications installation, either by line-switching or by packet-switching, consisting of the following steps:

p.9

a) formation of a connection from the first telecommunications installation to an access point to a packet-switching network *when the packet-switching network is not the X.25 packet-switching part of an ISDN,*

b) data transmission from the first telecommunications installation to the access point of a packet-switching network,

c) data transmission by packet-switching via the packet-switching network to the second telecommunications installation or to a telecommunications installation positioned before it,

d) repeated checking if there exists a control signal, in particular of an end-user appliance or of a router to change to a line-switching connection,

e) formation of a line-switching connection to the second telecommunications installation if the corresponding control signal exists,

f) change to a line-switching data transmission *during an existing connection* and data transfer to a second telecommunications installation.

13. telecommunications end-user appliance in order to be used in a method acc. to claim 1, namely a telephone with

a) a packaging device (111) to package the data to be transmitted acc. to the standard IP/TCP,

*b)* an installation (112) to organize the data into data frames for a transmission by line-switching,

p.10   c) a guiding installation (114) which allows a switching to and from between a line-switching and a packet-switching transmission and

c) a selection unit (115) which produces the control signal to the guiding installation regarding a data transmission by line-switching or packet-switching.

further additionally upon the condition that the main petition is not successful with the proviso that the patent claims 1 and 13 are worded as follows and that the claims 2 thru 10 and 14 and 15 of the patent in its issued form are maintained ( additional petition no.3 ):

1. Method for the data transmission of *a telephony application* between the first and second telecommunications installation either via line-switching or by packet switching consisting of the following steps:

a) Formation of a connection from the first telecommunications installation to an access point to a packet-switching network *when the packet-switching network is the internet,*

b) Data transmission from the first telecommunications installation to the access point of the packet-switching network,

c) Data transmission by packet-switching via the packet-switching network to the second telecommunications installation or to a telecommunications installation positioned before it,

d) Repeated checking whether a control signal particularly of an end-user appliance of a router exists for the change to a line-switching connection

p.11

    e) formation of a line-switching connection to the second telecommunications installation if the corresponding control signal exists,

    f) change to a line-switching data transmission *during an existing connection* and data transmission to the second telecommunications installation.

13 telecommunications end-user appliance to be used in a procedure acc. to claim 1, *namely* telephone with

    a) a packaging device (111) to package the data to be transmitted acc. to the standard IP/TCP,

    *b)* an installation (112) to organize the data into data frames for a transmission by line-switching,

p     c) a guiding installation (114) which allows a switching to and from between a line-switching and a packet-switching transmission and

    d) a selection unit (115) which produces the control signal to the guiding installation regarding a data transmission by line-switching or packet-switching.

further additionally upon the condition that the main petition is not successful with the proviso that the patent claims 1 and 13 and 13 are worded as follows and that the claims 2 thru 10 and 14 and 15 of the patent in its issued form are maintained ( additional petition no.4 ):

    1. Method for the data transmission of *data of a telephony application* between a first and second telecommunications installation *when the data firstly are transmitted from at least one telephone to the first telecommunications installation and when then*

    *aa) if only one telephone transmits data to the first telecommunications installation and if this telephone produces data as analogue data or as not packaged digital data,*

    *bb) if several telephones transmit data to the first telecommunications installation and if at least one of these several telephones produces the data as analogue data as not packaged digital data,*

    either by line-switching or via packet-switching, consisting of the following steps:

    a) formation of a connection from the first telecommunications installation to an access point to  a packet-switching network *when the packet-switching network is the internet,*

    b) data transfer from the first telecommunications installation to the access point for a packet-switching network,

    c) data transmission by packet-switching via the packet-switching network to the second telecommunications installation or to a telecommunications installation positioned before it,

    d) repeated checking whether a control signal in particular one by an end-user application or of a router exists for the switch to a line-switching connection,

e) formation of a line-switching connection to the second telecommunications installation if the corresponding control signal exists,

p.13    f) change to a line-switching data transmission *during an existing connection* and data transfer to the second telecommunications installation.

13. telecommunications end-user appliance to be used in a procedure acc. to claim 1, *namely* telephone with
a) packaging device (111) to package the data to be transmitted acc. to the standard IP/TCP,
b)an installation (112) to organize the data into data frames for a transmission by line-switching,

p    c) a guiding installation (114) which allows a switching to and from between a line-switching and a packet-switching transmission and

d) a selection unit (115) which produces the control signal to the guiding installation regarding a data transmission by line-switching or packet-switching.

The respondent who had at first filed 6 additional requests in case the main requests would not be successful has in the course of the hearing of 5 April 2006 discontinued maintaining the originally filed additional requests no. 4 and 6. She maintains that the patent at issue in the extent in which it has been defended in a limited manner as suitable to be patented, in case the court should not follow this reasoning the respondent maintains that it is suitable to be patented within the limitations as described in the additional requests.

## Reasons for the Ruling

1. The suits are admissible and justified; they are successful, the patent at issue is declared to be void. The patent at issue cannot be sustained, neither in the form in which it has been issued according to the main request, nor in the form as defended by the additional requests ( filed in case the main request/s would not be successful ). The reason for this is that the objects of these forms of the patent are not suitable for patenting.

p.14

2. Person skilled in the art in this sense would be a development engineer in the field of telecommunications with a degree after successful studies at a university or comparable institution, with particular person skilled in the artise in the field of data transmission technology via networks.

As to the main petition:

The patent claims1 and 13 acc. to the main petition  describe – organized by their characteristics – a procedure for the transmission of data as well as a telecommunications installation with the following specifications:

Patent claim no. 1

        1.1.    Method for transmission of data from a first  to second telecommunications installation,,

        1.2.    either  by line switching of by packet switching, consisting of the following   steps:

        1.3.    a)formation of a connection from the first switch to an access point of a packet-switching network,

        1.4.    b)transfer of data from the first switch to an access point of a packet-switching network,

        1.5.    c) transfer of data by packet-switching network via the packet-switching network to the 2d switch or to a switch which is positioned before this switch,

        1.6    d)repeated testing whether there is a control signal in particular of an end-user appliance or of a router in order to transfer to a line-switching connection,

        1.7    e) formation of a line-switching connection to the second telecommunications installation if the corresponding control signal exists,

        1.8    f) change from a data transmission by line-switching during an existing connection and data transfer to the second telecommunications installation

p.15

Patent claim 13:

13.1    13. telecommunications end-user appliance for use in a procedure acc. to claim 1, in particular a telephone, with

13.2    a) a packaging device (111) to package data to be transmitted acc. to the standard IP/TCP,

13.3    b) an installation (112) to organize data in data frames for the purpose of transmission by line-switching,

13.4    c) a guiding device (114) allowing a switching to and from between a data transmission by line-switching and packet-switching,

13.5    d) a selection unit (115) which transmits guiding signals to the guiding device in regard to data transmission either by packet switching or by line-switching.

4. The object of the patent claim no.1 acc. to the main petition is not based in inventive activity. This was accessible for an person skilled in the art in a pretty obvious manner

from the state of the art acc. to the press release NK18 in connection with his person skilled in the art knowledge which is also documented by the state of the art.

a)the press release  NK18 refers to a method for data transmission between a first telecommunications installation and a second telecommunications installation (p.1 of 2, 1st paragraph of the text body Internet telephony servers - telecommunications installation –as regards the routing of fax data, voice mail data and telephone data – spec. 1.1 ) either by line-switching or packet-switching ( p.1 of 2, 5th and 6th paragraph of the text body: Eventually, the network management software will be able to transparently route traffic over either Internet or the public network; per line-switching: public network/traditional telecommunications network or via packet-switching network or by packet-switching network: Internet spec. 1.2).

p.16

Since the procedure described in NK18 routs the data traffic either via the line-switching network or the packet-switching network ( p.1 of 2, 6th paragraph of the text body : transparently route traffic over either Internet or the public network ) and since the choice of the route ( of the network ) is dependent upon the cost and the transmission quality ( p.1 of 2,2d and 7th paragraph of the text body : cost savings, cost efficiencies, quality, reliability) the person skilled in the art sees himself supposed to check whether the choice of the routing for the data transmission meets the requirements for cost efficiency and transmission quality the person skilled in the art finds himself supposed to check or whether it is necessary to change the way of the data transmission. The person skilled in the art will gather from NK18 the option of a change towards line-switching data transmission (public network, traditional telecommunications network ) during an existing connection and a transmission of the data to a second telecommunications installation in case the internet suffers from overload, comp. p.1 of 2, 6th paragraph of the text body: If the internet was too congested, for instance, the server could switch back to the public network – spec. 1.8.

Since the choice of the connection – either by packet-switching or by line-switching – is made by means of a guiding network management guiding the telecommunications installation ( internet telephony servers/routers  ( p.1 of 2, 6th paragraph of the text body: the network management software will be able to transparently route traffic over either Internet or the public network ) the person skilled in the art will deploy such a network management in order to check repeatedly whether there is a control signal f.e. of a router/ server to change to a line-switching connection ( spec.1.6). In case that such a control signal exists for a change to data transmission by line-switching, then by necessity a line-switching connection to the second telecommunications installation will be established ( spec. 1.7 )

Therefore from NK18 the specs 1.1,1.2, 16, 1.7 and 1.8 of the patent claim no.1 as the main  petition can be drawn as known or are at least easily obvious to the person skilled in the art.

p.17

b)The formation of a connection required for the procedure acc. to claim 1 from the first telecommunications installation to a packet-switching network involving an access point

to a packet-switching network and the subsequent data transmission acc. to specs. 1.3, 1.4 and 1.5 is customary for the person skilled in the art because of his person skilled in the art knowledge; he will install the access to the packet-switching network described in NK18 ( Internet ) acc. the existing and well known access options to the Internet as this is implicitly dealt with in NK 18 ( comp. p.1 of 2, 5th paragraph of the text body ). As evidence for this person skilled in the art knowledge as it is applied here the document K8 is quoted which describes at p.10 in fig.6 and 7 and the relevant describing texts "Integrated Switching" and "Integrated Access"; these are also procedures for data transmission between first and second telecommunications installations, either by line-switching or by packet-switching. Access to a packet-switching network is effected by creating a connection  from the first telecommunications installation to the access point of a packet-switching network and by data transmission from the telecommunications installation to the access point of the packet-switching network ( Fig.7, right column 1, sect. on ACCESS LINE – specs 1.3 and 1.4). Subsequently data are transmitted by packet-switching to the second telecommunications installation or to a telecommunications installation positioned before it ( p.10 , left column, sec. "Integrated Switching", 1st paragraph – spec. 1.5 ).

Thus the person skilled in the art has already reached the object of the patent claim no 1 acc. to the main petition without inventive activity.

c)The respondent's argument that NK18 does not expressly mention a first and second telecommunications installation and an access point may be true; however the person skilled in the art will deploy the mentioned installations already because of his person skilled in the art's knowledge in order to carry out the procedure described in NK18, as already reasoned at paragraph 4b).

p.18

The respondent has further argued that the way to proceed as described in NK18 on the whole, in particular the procedure of "switching back" of the transmission to a telecommunications network ( comp. NK18 p.1 of 2, 6th paragraph of the text body: the server could switch the transmission back to the public network ) could not make the person skilled in the art to change to a line-switching data transmission during an existing connection acc. to spec. 1.8 of claim 1. In particular it would not become clear how the change would be conducted in a concrete manner and whether that change would be effected during an existing connection. Also with NK18 the type of data transmission would be determined before the beginning of the transmission. It may be that NK18 describes acc. to its wording only a switching (back) of the packet-switching internet data transmission to a line-switching data transmission. This change however occurs only during the existing (packet-switching) connection because an overload of the internet ( and thereby of the existing packet-switching connection ) induces the change acc. to NK18; thus the change is effected during the existence of such a connection. The claim no.1 of the patent at issue does not demand more in its spec. 1.8.It is irrelevant for the change during the connection whether and how the type of data transmission is determined possibly before its beginning

Even if spec.1.8 would spell out details to that change these would not meet the requirement of inventive activity. The person skilled in the art is aware of several different ways to proceed as regards the change from a packet-switching data

connection to a line-switching connection – as well as the reverse - ; and the person skilled in the art knows their details. As evidence for this person skilled in the art knowledge it should be quoted as to the state of the art in addition to K8; to be quoted here is the Japanese print NK21, here Fig.3,4,7 and 8 and the corresponding text descriptions, as well as the publications dealing with ISDN, docs NK7 and NK10. These documents show once more the person skilled in the art's knowledge as regarding telecommunications installation, access point, switching of lines and packets and generally as regards connections.

p.19

5. The device acc. to the parallel organized patent claim 13 of the main petition is evident for the person skilled in the art from the state of the art, namely NK 21 ( quotes from the translation NK21a ) in connection with his person skilled in the art knowledge, evidenced by the state of the art.

a)from NK21 telecommunications end devices for use in a procedure as to claim 1 can be drawn as being known ( comp. in particular Fig.3,4,5,7 and 8, p.281 right column last paragraph, p.285 right column, left paragraph until p.286, left column 1st paragraph, p.282 right column no. 2 and 3, p.282 left column second to last paragraph and right column third and second to last paragraph – spec. 13.1 )

Since at least some of the telecommunications devices known from NK21 and can be connected directly to a packet-switching device and since the data transmission is effected as the transmission of data to be packaged the person skilled in the art bases his thinking on the fact that the telecommunications end-user devices have a feature to package data to be transmitted, comp. p.285 right column, second to last and last paragraph. NK21 does not reference a standard according to which the packets are packaged. However the person skilled in the art is aware because of his person skilled in the art's knowledge of a number of standards , in particular the standard used for the internet IP (Internet Protocol)/TCP also called TCP/IP. As reference for this person skilled in the art's knowledge reference is made to the publication K14, p.45 middle column,, 2d and 3d paragraph in the section on "novel telephones with Ethernet-plug-in. There telephones are described which digitalize speech and send speech in the form of data packets to a packet-switching network, among others acc. to the standard IP/TCP (spec.13.2).

Furthermore the telecommunications end-user devices which are known acc. to NK21 have features for the organization of data in data frames for a line-switching transmission, comp. fig 5 in connection with p.283 left column, 3d paragraph. The data frames described there serve for multiplex transmission of data to participants' lines, among others for line-switching ( spec. 13.3.Furthermore the person skilled in the art is aware of the required organization of data in data frames already from the applicable standards for ISDN, only as an example reference is made to K8, in particular p.12 section on "ISDN Architecture and Standards.

b)Also the device described in NK21 provides for a guiding feature ( communication mode switching device 20 ) which allows for a switch back and forth between a packet-switching and a line-switching transmission. (comp.Fig. 3,4, 7 and 8, p.282 right column, 2d and 3d paragraph, p.282 left column second to last paragraph and right column,

third to last and second to last paragraph and correspondingly to Fig.7 and 8 on p.285 and 286 – spec. 13.4) Finally the guiding device, known from NK21, contains a selection unit ( control circuit 45 ), which will provide control signals to the guiding device regarding packet-switching and line-switching data transmission ( comp. Fig.6 p.283 right column last paragraph and p.284 left column 1st and 2d to last paragraph – spec. 13.5).

The guiding device with control circuit which is known acc. to NK21 is primarily described as a device separate from the telecommunications end-user device, however acc. to NK21 other configurations are possible, comp. p.285 left column 2d paragraph. A configuration of guiding device and selection unit in one system together with the telecommunications end-user device – in so far as such a configuration could be seen as contained in the wording of claim 13 in a clear manner – was within reach of the person skilled in the art . He weighs advantages and disadvantages and chooses from available alternatives the one seemingly most advantageous.

Therefore the person skilled in the art has reached the object of patent claim no.13 acc. to the main petition without inventive activity.

c)Respondent argued that in NK21 neither a packaging device nor a device for the organization of data in data frames for line-switching data transmission is expressly mentioned. This may be true but the person skilled in the art is aware by virtue of his expert skills and knowledge

p.21

of these devices as reasoned above at paragraph 5a) in greater detail.

The respondent has further argued by reference to NK21 p.281 right column, second to last paragraph until p.282 left column, 2d paragraph that NK21 deals primarily with the "housing" of end-user devices and in that context with the necessary number of participants' phone lines. These arguments may be convincing in so far as this problem certainly was one of the main issues for the invention described in NK21. This invention which is as described in NK21 known describes beyond this task different solutions and these include in particular a guiding device which allows a switching back and forth between line-switching and packet-switching; also a control circuit which transmits control signals to the control unit regarding a packet-switching or line-switching data transfer. The person skilled in the art views himself by the issue of "housing" as described in NK21 not as prevented to suggest the control unit described in NK21 and the selection unit with a telecommunications end-user device acc. to patent claim 13, as detailed above at paragraph 5b).

### As to additional petition no.1:

6. The objects of claims 1 and 13 acc. to the additional petition no.1 are not based on inventive activity.

> a) claim 1 acc. to additional petition no.1 is different from claim 1 acc. to the main petition in regard to the following, spec. 1.3 now reads as follows ( modifications highlighted ):

p.22

Patent claim no.1

        1.3    a) formation of a connection from the first telecommunications installation to an access point for a packet-switching network, *when the packet-switching network is not the X.25 packet-switching part of an ISDN,*

Claim 13 acc. to additional petition no.1 is unchanged vis-à-vis to claim 13 of the main petition.

        b) as already reasoned regarding patent claim 1 acc. to the main petition – comp. paragraph 4a) thru 4c) – the packet-switching network described in NK18 (comp. p.1 of 2, titles and in particular paragraph 1 of the text body ) is the internet and not the X.25 part of an ISDN. Also the packet-switching networks mentioned in the docs for expert knowledge K8 and NK21 are not limited to the X.25 packet-switching part of an ISDN. The element incorporated into claim 1 " when the packet-switching net is not the X.25 packet-switching part of an ISDN" is therefore not suitable to justify the patentability of the object of patent claim no.1

        c) as for patent claim 13 acc. to additional petition no.1 reference is made to the reasoning as regards patent claim 13 acc. to the main petition – comp. paragraph 5a) thru 5c).

As to additional petition no.2:

7.Also the objects of claims 1 and 13 acc. to additional claim no.2 are not based on inventive activity.

    a) claim 1 acc. to the additional petition no.2 is different from claim 1 acc. to the main petition in so far that spec. 1.1 and 1.3 read as follows ( modifications highlighted):

p.23

Patent claim no.1

        1.1    1. Method for data transfer *in a telephony application* between a first and second telecommunications installation.
        1.2    a) formation of a connection from the first telecommunications installation to an access point of a packet-switching network *when the packet-switching network is not the X.25 packet-switching network of an ISDN,*

Claim 13 acc. to additional petition no.2 is different from claim 13 acc. to the main petition because spec.13.1 reads as follows ( modifications highlighted ) :

Patent claim no.13

13.1    13. telecommunications end-user device for the use in a procedure add. To claim
        1, namely *telephone,* with

    b) Also as regards the object of patent claim 1 acc. to additional petition no.2 the
       reasoning made as regards claim 1 acc. to the main petition and acc. to additional
       petition at paragraph 4a) thru 4c) and 6a) thru 6b) in the same manner.

As discussed above in the context of the main petition – comp. the paragraphs listed
above - the data transmission procedures which are known because of their being
mentioned in NK18 also transmit data of a telephony application ( p.1 of 2, 1st
paragraph of the text body : Internet telephony servfers.... to route (their ) faxes, voice
mail and phone calls over the internet ). Also with data transmissions mentioned in K8 –
referenced as part of the evidence for expert's knowledge – data of a telephony
application are transmitted ( comp. K8 p.10 telephone descriptions in Fig. 7and 8 ). Also
the docs NK7 and


p. 24

NK10 dealing with ISDN systems refer to person skilled in the art simply because of
ISDN's definition to the data transfer of a telephony application. Therefore the element
"data transmission of *a telephony application* cannot be the base for the patentability of
the object of claim 1.

The further element incorporated into claim 1 "when the packet-switching network is
not the X.25 packet-switching network part of an ISDN" can also not justify the
patentability of the object of claim 1 acc. to the additional claim no.2 as detailed at
paragraph 6a) and 6b).

    c) As to the object of patent claim 13 acc. to additional petition no.2 the reasoning
       as to claim 13 acc. to the main petition at paragraph 5a) thru 5c) apply in the
       same manner.

Claim 13 acc. to the additional petition no.2 specifies the telecommunications end-user
device now as a telephone. The document K14, quoted as evidence for expert's
knowledge names as such a telecommunications end-user device a telephone, comp. p.45
mddle column, 2d and 3d paragraph in the sect. "New telephones with Ethernet
connection". The effected concretization of the telecommunications end-user device as a
telephone cannot support the claim of patentatbility of the object of claim 13 acc. to
additional petition no.2.


As to additional petition 3:

The objects of claims 1 and 13 acc. to additional petition 3 are also not based on
inventive activity.

a) claim 1 acc. to additional petition 3 is different from claim 1 acc. to the main petition since the wording of spec. 1.1 and 1.3 are as follows ( modifications highlighted ):

Patent claim no.1

1.1    1. Method for the transmission of data *of a telephony application* between a first and second telecommunications installation,

1.3    a) formation of a connection from the first telecommunications installation to an access point of a packet-switching network, *when the packet-switching network is the internet,*

Claim 13 acc. to additional petition no.3 is worded unchanged as claim 13 acc. to additional petition 2.

b) as regards the object of patent claim 1 acc. to additional petition no.3 the reasoning as to claim 1 acc. to the main petition and acc. to additional petition no.2 under paragraphs 4a) thru 4c) and 7a) until 7b) apply likewise.

As above discussed in the context of the additional petition – comp. in particular paragraph 7a) and 7b) – there are data of a telephony application transmitted together with data as per the procedure described in NK 18 , a procedure which is therefore known –( p.1 of 2, 1ˢᵗ section of the text body : internet telephony servers...to route (their) faxes, voice mail and phone calls over the internet). The same applies for those data transmission described in the docsK8,NK7 and NK10 and which are therefore known. Thus the element incorporated into claim 1 "data transmission *of a telephony application* cannot justify the patentability of an object of claim 1 acc. to additional petition no.3.

As also discussed in the context of the main petition –comp. paragraphs 4a) thru 4c) – the packet-switching network described in NK18 is the internet ( comp. p.1 of 2, title and in particular the 1ˢᵗ paragraph of the text body). The element incorporated into claims 1 and 2 "when the packet-switching network is the internet

p.26

is therefore unable to justify the patentability of the object of claim 1 acc. to the additional claim no.3w.

c) as regards patent claim 13 acc. to additional petition 3 reference is made to the reasoning regarding patent claim 13 add. To additional claim 2, comp. paragraph 7a) and 7c).

As to the additional petition 4:

Also the objects of claims 1 and 13 acc. to additional petition 4 are not based on inventive activity.

a) claim1 acc. to additional petition no.4 is different from claim1 acc. to the main
petition in so far as the specs 1.1 and 1.3 are worded as follows ( modifications
highlighted ):

Patent claim no.1:

1.1    1.Method for the transfer of data *of a telephony application* between a first and
second telecommunications installation *when the data firstly are transmitted from
at last one telephone to the first telecommunications installation and when in this
process*
aa) *in so far as only one telephone transmits data to the first telecommunications
installation this telephone produces data as analogue data or as not packaged digital
data,*
bb) *if several telephones transmit data to the first telecommunications installation at
least one of these telephones produces data as analogue data or as not packaged
digital data,*

p.27

1.2    a) formation of a connection from the first telecommunications installation to an
access point of a packet-switching network *when the packet-switching network is
the internet.*

Claim 13 acc. to additional petition no.4 is worded unchanged as claim 13 acc. to
additional petition no.2

b) Also as regards the object of patent claim no.1 acc. to additional petition no.4 the
same reasoning applies as to claim 1 acc. to the main petition as detailed at
paragraph 4a) thru 4c).

As also already discussed in the context of additional petitions no.2 and 3 – comp.
paragraphs 7a) and 7b) and 8a) and 8b) – there are data transmitted in the course of the
procedure known from NK18 and there are data transmitted of a telephony application
( p.1 of 2, 1st paragraph of the text body: internet telephony servers....to route (their)
faxes, voice mail and phone calls over the internet ) the element incorporated into claim
1 "data transmission of *a telephony application*" is unable to justify the patentability of
the object of claim 1 acc. to additional petition no.4 .

Since – as known from NK18, comp. the last paragraph above – data of a telephony
application are transmitted, the person skilled in the art provides at least one telephone
from which data to the first telecommunications installation can be transmitted. Such a
procedure was known and obvious to the person skilled in the art by his expert skills
and knowledge and moreover documented by the state of the art, comp. f.e. K8 p.10,
fig.6 and 7. Further it was customary knowledge for the person skilled in the art at the
date of the patent of issue that telephones transmit the data produced by them as
analogue data and not as packaged digital data, this too is described in K8 ( comp. p.8
right column, last paragraph : the PSTN has been designed and optimized primarily to
transport voice signals ( f.e. continuous signals – thus analogue data ) and further p.9 left
column 2s paragraph : voice is presented to the network over the access media –
transmitted to the first telecommunications installation

p.28

as digital data ( i.e. a bit stream – meaning not as packaged digital data with f.e. 64 kbits/s) . To provide for at least one telephone for the production of data thus configured and for their transmission is within the discretion of the person skilled in the art. Thus also the entirety of the elements dealt with here " when the data are transmitted from at least one telephone to the first telecommunications installation and when
aa) if only one telephone transmits data to the first telecommunications installation this telephone produces data as analogue data or as not packaged digital data
   bb) several telephones transmit data to the first telecommunications installation that then at least one of these telephones produces data as analogue data or as not packaged digital data",

cannot justify the patentability of the object of claim 1 acc. to additional petition no.4.

Finally it was detailed to additional petition no.3 – and already as regards the main petition –( comp. paragraph 8a) and 8b and 4a) thru 4c) that the packet-switching network described in NK18 is the internet (comp. p.1 of 2, title and in particular 1st paragraph of the text body). Also the element provided for in claim 1 "when the packet-switching network is the internet" cannot justify the patentability of the object of claim 1 acc. to additional petition 4.

   c)  as to patent claim 13 acc. to additional petition 4 reference is made to the reasoning as to patent claim 13 acc. to additional petition n.2 – comp. paragraph 7a) and 7c).

10. Likewise as the patent claims 1 and 13 acc. to the main petition and to additional petitions 1 thru 4 the patent claims 2 thru 12 and 14 thru 16 as attacked by the petitioners suffer the same fate which follow up acc. to main petition and additional petitons 1 thru 4 the patent claims 1 and 13.

p.29

11. The ruling as to legal fees is based on sect. 84 subs. 2 Patent Statute in connection with sect. 91 subs.1 Civil Procedure Code, the ruling as to provisional enforceability is based on sect. 99 Patent Statute in connection with sect. 709 Civil Procedure Statute.

Winkler, Dr.Hartung, Voit, Dr.Zehendner, Höppler

Making reference to my professional oath as a translator for the Free State of Bavaria I hereby confirm that the above is a complete and correct translation of Ruling by the Federal Supreme Court for Patent Matters of 5 April 2006 in the Matter of Cisco Systems Inc vs. Teles AG

München, den  13 June 2006  ........................................
Dr.Donald Cramer



