IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>      Plaintiff,<br><br>v.<br><br>QUINTUM LLC,<br><br>      Defendant. | C.A. No. 06-197-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 18th day of July, 2008, **PLAINTIFF TELES' SECOND SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES** was served upon the following counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Rodger D. Smith, II, Esquire<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>Wilmington, DE 19801 | **HAND DELIVERY** |
| Gerald Levy, Esquire<br>Day Pitney LLP<br>7 Times Square<br>New York, NY 10036-7311 | **VIA FEDERAL EXPRESS** |
| Richard H. Brown, III, Esquire<br>Day Pitney LLP<br>200 Campus Drive<br>Florham Park, NJ 07932 | **VIA FEDERAL EXPRESS** |

{00169717;v1}

|  |  |
|---|---|
|  | ASHBY & GEDDES |
|  |  |
|  | /s/ Lauren E. Maguire |
|  | _____ |
|  | Steven J. Balick (I.D. #2114) |
|  | John G. Day (I.D. #2403) |
|  | Lauren E. Maguire (I.D. #4261) |
|  | 500 Delaware Avenue, 8th Floor |
|  | P.O. Box 1150 |
|  | Wilmington, DE 19899 |
|  | Telephone: (302) 654-1888 |
|  | Facsimile: (302) 654-2067 |
|  | sbalick@ashby-geddes.com |
|  | jday@ashby-geddes.com |
|  | lmaguire@ashby-geddes.com |
|  |  |
|  | *Attorneys for Plaintiff* |

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500

Dated: July 18, 2008