IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, ) ) ) | |
| Plaintiff, ) ) | C.A. No. 06-197-SLR |
| v. ) ) | |
| QUINTUM TECHNOLOGIES, INC., ) ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendant Quintum Technologies, Inc.'s Supplemental Initial Disclosures* were caused to be served on July 18, 2008 upon the following in the manner indicated:

### BY E-MAIL & HAND

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Fl.
Wilmington, DE 19801
jday@ashby-geddes.com

### BY E-MAIL

Michael D. Kaminski
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007-5109
mkaminski@foley.com

Andrea M. Augustine
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610
aaugustine@foley.com

2

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendant*
  *Quintum Technologies, Inc.*

OF COUNSEL:

Gerald Levy
Richard H. Brown
John L. Dauer, Jr.
DAY PITNEY LLP
7 Times Square
New York, NY  10036-7311
(212) 297-5800

July 18, 2008
522179

**CERTIFICATE OF SERVICE**

    I, Rodger D. Smith II, hereby certify that on July 18, 2008, I caused to be electronically filed the foregoing NOTICE OF SERVICE with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

  John G. Day, Esquire
  Ashby & Geddes

and that on July 18, 2008 I caused copies to be served upon the following in the manner indicated:

**BY E-MAIL & HAND**

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Fl.
Wilmington, DE 19801
john.day@ashby-geddes.com

**BY E-MAIL**

Michael D. Kaminski, Esquire
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC 20007-5109
mkaminski@foley.com

Andrea M. Augustine, Esquire
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610
aaugustine@foley.com

        */s/ Rodger D. Smith II*

        Rodger D. Smith II (#3778)
        MORRIS, NICHOLS, ARSHT & TUNNELL LLP
        (302) 658-9200
        rsmith@mnat.com