IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, ) ) ) Plaintiff, ) ) v. ) ) QUINTUM LLC, ) ) Defendant. ) | C.A. No. 06-197-SLR |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of July, 2008, **TELES' SUPPLEMENTAL FIRST SET OF REQUESTS FOR PRODUCTION TO QUINTUM** was served upon the following counsel of record at the address and in the manner indicated:

Rodger D. Smith, II, Esquire                                            HAND DELIVERY
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE  19801

Gerald Levy, Esquire                                                    VIA ELECTRONIC MAIL
Day Pitney LLP
7 Times Square
New York, NY  10036-7311

Richard H. Brown, III, Esquire                                          VIA ELECTRONIC MAIL
Day Pitney LLP
200 Campus Drive
Florham Park, NJ  07932

{00169717;v1}

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500

Dated: July 30, 2008

ASHBY & GEDDES

*/s/ Lauren E. Maguire*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Lauren E. Maguire (I.D. #4261)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
sbalick@ashby-geddes.com
jday@ashby-geddes.com
lmaguire@ashby-geddes.com

*Attorneys for Plaintiff*

{00169717;v1}