IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 06-197-SLR |
| v. | ) ) | |
| QUINTUM LLC, | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Quintum LLC's Responses to Teles's Supplemental First Set of Interrogatories;* and (2) *Quintum LLC's Responses to Teles's Supplemental First Set of Requests for Production,* were caused to be served on August 29, 2008, upon the following in the manner indicated:

### BY E-MAIL & HAND

John G. Day, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Fl.
Wilmington, DE  19801
jday@ashby-geddes.com

### BY E-MAIL

Michael D. Kaminski
Foley & Lardner LLP
3000 K Street, N.W., Suite 500
Washington, DC  20007-5109
mkaminski@foley.com

Andrea M. Augustine
Foley & Lardner LLP
321 North Clark, Suite 2800
Chicago, IL 60610
aaugustine@foley.com

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
rsmith@mnat.com
  *Attorneys for Defendant*
  *Quintum LLC*

OF COUNSEL:

Gerald Levy
Richard H. Brown
John L. Dauer, Jr.
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
(212) 297-5800

August 29, 2008
522179

**CERTIFICATE OF SERVICE**

I, Rodger D. Smith II, hereby certify that on August 29, 2008, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> John G. Day, Esquire
> Ashby & Geddes

and that on August 29, 2008, I caused copies to be served upon the following in the manner indicated:

**BY E-MAIL & HAND**

> John G. Day, Esquire
> Ashby & Geddes
> 500 Delaware Avenue, 8th Fl.
> Wilmington, DE 19801
> john.day@ashby-geddes.com

**BY E-MAIL**

> Michael D. Kaminski, Esquire
> Foley & Lardner LLP
> 3000 K Street, N.W., Suite 500
> Washington, DC 20007-5109
> mkaminski@foley.com

> Andrea M. Augustine, Esquire
> Foley & Lardner LLP
> 321 North Clark, Suite 2800
> Chicago, IL 60610
> aaugustine@foley.com

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(302) 658-9200
rsmith@mnat.com