IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TELES AG INFORMATIONSTECHNOLOGIEN,<br><br>  Plaintiff,<br><br>v.<br><br>QUINTUM LLC,<br><br>  Defendant. | )<br>)<br>)<br>)<br>) C.A. No. 06-197-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 8th day of September, 2008, **TELES' RESPONSES TO QUINTUM'S SUPPLEMENTAL FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-72)** was served upon the following counsel of record at the address and in the manner indicated:

Rodger D. Smith, II, Esquire                     <u>HAND DELIVERY</u>
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

Gerald Levy, Esquire                              <u>VIA ELECTRONIC MAIL</u>
Day Pitney LLP
7 Times Square
New York, NY 10036-7311

Richard H. Brown, III, Esquire                    <u>VIA ELECTRONIC MAIL</u>
Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932

{00169717;v1}

|  |  |
|---|---|
| | ASHBY & GEDDES |
| | |
| | /s/ *John G. Day* |
| | ——————————————— |
| | Steven J. Balick (I.D. #2114) |
| | John G. Day (I.D. #2403) |
| | Lauren E. Maguire (I.D. #4261) |
| | 500 Delaware Avenue, 8th Floor |
| | P.O. Box 1150 |
| | Wilmington, DE 19899 |
| | Telephone: (302) 654-1888 |
| | Facsimile: (302) 654-2067 |
| | sbalick@ashby-geddes.com |
| | jday@ashby-geddes.com |
| | lmaguire@ashby-geddes.com |
| | |
| | *Attorneys for Plaintiff* |

*Of Counsel:*

Michael D. Kaminski
FOLEY & LARDNER LLP
3000 K Street, N.W., Suite 500
Washington, D.C. 20007-5109
(202) 672-5300

Andrea M. Augustine
FOLEY & LARDNER LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60610
(312) 832-4500

Dated: September 8, 2008